Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**E.T.I. EURO TELECOM INTERNATIONAL N.V.,**

       Plaintiff,

       -against-

**REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,**

       Defendants.

08 CV 4247 (LTS)

---

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9], and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Plaintiff E.T.I. Euro Telecom International N.V. ("ETI")

certifies that it is a corporation organized and existing under the laws of the Kingdom of the

Netherlands (the "Netherlands"). ETI is a wholly-owned subsidiary of International

Communication Holding N.V. ("ICH"), a corporation organized and existing under the laws of

the Netherlands. ICH is a wholly-owned subsidiary of Telecom Italia International N.V. ("TII"),

a corporation organized and existing under the laws of the Netherlands. TII is, in turn, a wholly-

owned subsidiary of Telecom Italia S.p.A., a corporation organized and existing under the laws

of Italy. Of these companies, only Telecom Italia S.p.A. is publicly traded. Therefore, no

publicly held company other than Telecom Italia S.p.A. owns more than 10% of ETI's stock.

Dated: New York, New York
      May 5, 2008

                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                     By: _Robert L. Sills_____
                                     Robert L. Sills (RS 8896)
                                     Steven J. Fink (SF 3497)
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                                     666 Fifth Avenue
                                     New York, New York 101013
                                     Telephone: 212 506 5000
                                     Facsimile: 212 506 5151

                                     Attorneys for Plaintiff E.T.I. Euro Telecom
                                     International N.V.