Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
Ryan S. Lester (RL 5603)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

    Plaintiff,

-against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

    Defendants.

---

CIVIL ACTION NO. 08-CV-4247 (LTS)

**DECLARATION OF SERVICE**

RYAN S. LESTER declares the following to be true:

1. I am not a party to the above case, am over eighteen years old, and am an attorney at Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

2. On May 12, 2008, I served true and correct copies of the following documents:

    a. Notice of Motion to Confirm Attachment;

    b. Memorandum in Support of ETI Euro Telecom International N.V.'s Motion to Confirm Order of Attachment;

    c. Declaration of Robert L. Sills in Support of Motion to Confirm Order of Attachment (with exhibits);

- d. *Ex Parte* Order of Attachment attaching certain assets of Empresa Nacional de Telecomunicaciones Entel S.A. located in New York;

- e. Memorandum of Law in Support of *Ex Parte* Motion;

- f. Declaration of Franco Bertone (and exhibits);

- g. Declaration of Robert L. Sills (and exhibits); and

- h. Declaration of Fabio Incutti (and exhibit);

by placing true and correct copies thereof in properly addressed and sealed boxes and depositing said boxes for standard overnight delivery (for U.S. addresses) and international priority delivery (for Bolivia addresses) prior to the latest time designated by Federal Express, postage paid by sender, to:

His Excellency Gustavo Guzman
The Ambassador of Bolivia
Embassy of the Republic of Bolivia
3014 Massachusetts Avenue, NW
Washington, DC 20008

Nora Dindyal
Process Specialist
CT Corporation
111 Eighth Avenue
New York, NY 10011

Jane R. Capraro
Vice President
Uni Credit
150 East 42nd Street
New York, NY 10017

Mr. Joel Flores
Empresa Nacional de Telecomunicaciones Entel S.A.
Edificio Tower
Calle Federico Zuazo No. 1771
La Paz
Bolivia

Richard A. Bertocci
Gilmartin, Poster & Shafto LLP
845 Third Avenue
18th Floor
New York, NY 10022

His Excellency
David Choquehuanca Cespedes
Ministero de Relaciones Exteriores y Culto
Plaza Murillo – c. Ingavi esq. c. Junin
La Paz
Bolivia

Empresa Nacional de Telecomunicaciones Entel S.A.
Edificio Tower
Calle Federico Zuazo No. 1771
La Paz
Bolivia

Carl Del Vecchio
Assistant Vice President, Legal
J.P. Morgan Chase & Co.
1 Chase Manhattan Plz, Floor 20
New York, NY 10081

     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008 at New York, New York.

_____
Ryan S. Lester