Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
Ryan S. Lester (RL 5603)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

    Plaintiff,

   -against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

    Defendants.

---

CIVIL ACTION NO. 08-CV-4247 (LTS)

**DECLARATION OF SERVICE**

RYAN S. LESTER declares the following to be true:

 1. I am not a party to the above case, am over eighteen years old, and am an attorney at Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

 2. On May 12, 2008, I served true and correct copies of the following documents:

  a. Summons in a Civil Action;

  b. Civil Cover Sheet;

  c. Complaint for Order of Attachment in Aid of International Arbitration;

  d. Plaintiff's Disclosure of Corporate Affiliations;

  e. Individual Practices of Judge Laura Taylor Swain and Procedures for Electronic Case Filing; and

   f.  Individual Practices of Magistrate Judge Maas;

by placing true and correct copies thereof in properly addressed and sealed boxes and depositing said boxes for standard overnight delivery (for U.S. addresses) and international priority delivery (for Bolivia addresses) prior to the latest time designated by Federal Express, postage paid by sender, to:

  His Excellency Gustavo Guzman
  The Ambassador of Bolivia
  Embassy of the Republic of Bolivia
  3014 Massachusetts Avenue, NW
  Washington, DC 20008

  Nora Dindyal
  Process Specialist
  CT Corporation
  111 Eighth Avenue
  New York, NY 10011

  Jane R. Capraro
  Vice President
  Uni Credit
  150 East 42nd Street
  New York, NY 10017

  Mr. Joel Flores
  Empresa Nacional de Telecomunicaciones Entel S.A.
  Edificio Tower
  Calle Federico Zuazo No. 1771
  La Paz
  Bolivia

  Richard A. Bertocci
  Gilmartin, Poster & Shafto LLP
  845 Third Avenue
  18th Floor
  New York, NY 10022

His Excellency
David Choquehuanca Cespedes
Ministero de Relaciones Exteriores y Culto
Plaza Murillo – c. Ingavi esq. c. Junin
La Paz
Bolivia

Empresa Nacional de Telecomunicaciones Entel S.A.
Edificio Tower
Calle Federico Zuazo No. 1771
La Paz
Bolivia

Carl Del Vecchio
Assistant Vice President, Legal
J.P. Morgan Chase & Co.
1 Chase Manhattan Plz, Floor 20
New York, NY 10081

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008 at New York, New York.

_____
Ryan S. Lester