Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

    Plaintiff,

-against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

    Defendants.

---

08 CV 4247 (LTS)

**EX PARTE
ORDER OF ATTACHMENT**

Upon the declaration of Franco Bertone executed on May 4, 2008, the declaration of Robert L. Sills executed on May 5, 2008, the declaration of Fabio Incutti, executed on May 5, 2008, and upon all prior papers and proceedings heretofore had herein, it is

ORDERED, that E.T.I Euro Telecom International N.V.'s motion for the issuance of an *ex parte* Order of Attachment be and hereby is granted; and it is further

ORDERED that the amount to be secured by this order of attachment is an amount no less than approximately $12,803,102 and €14,932,152; and it is further

ORDERED that the United States Marshal for the Southern District of New York, or any person appointed to act in his place or stead, shall levy within this jurisdiction upon such monies, property, and/or interest in the property of Defendants Empresa Nacional de Telecomunicaciones Entel S.A. ("Entel") and the Republic of Bolivia ("Bolivia") as are on deposit, including without



limitation time deposits, with the New York branch of JP Morgan Chase Bank N.A. ("JP Morgan"), located at 4 New York Plaza, Floor 15, New York, New York, 10004, including without limitation account number 304-279-757; the New York branch of Unicredito Italiano S.p.A. d/b/a Unicredit S.p.A. ("Unicredito"), located at 150 East 42nd Street, New York, New York 10017, including without limitation account number 3100042572; and the New York branch of Intesa Sanpaolo S.p.A. d/b/a Banca Intesa (collectively with JP Morgan and UniCredito, the "Garnishees"), located at One William Street, New York, New York 10004, including without limitation account numbers 8601-081-0001 and 8601-081-0099; and shall pay or deliver all such funds, monies, property, and/or interests in property to the Clerk of this Court for the purpose of satisfying any arbitral award that may be obtained against Bolivia by ETI; and it is further

ORDERED that, the Court hereby appoints the following persons to act in the place and stead of the U.S. Marshal for the purpose of serving this Order and effecting the levy ordered hereby: Arthur Bernard and Thomas Backiel, both of whom are employed by counsel for Plaintiff; and it is further

ORDERED that service of a copy of this Order upon Garnishees by facsimile, electronic transmission, overnight courier, or personal delivery, shall be deemed sufficient service thereof; and it is further

ORDERED that the statement required by CPLR § 6219 shall be served by Garnishees upon the U.S. Marshal, and a copy served on Orrick, Herrington & Sutcliffe LLP, Plaintiff's counsel, within five (5) days after service of this Order; and it is further

ORDERED that, pursuant to CPLR § 6211, Plaintiff shall move within a period not to exceed five days after levy, for an order confirming the order of attachment, with notice of 15 business [days]

-2-

days to Defendants and Garnishees, and serve on Defendants all papers upon which this Order is based; and it is further

ORDERED that Defendants and Garnishees shall serve and file papers, if any, in opposition to such motion within _10_ business days after such service, and that Plaintiff shall serve and file its reply papers, if any, within _3 business_ days after receipt by Plaintiff's counsel of such papers in opposition; and it is further

ORDERED that service of such motion and the papers on which this order is based upon the Garnishees shall be made by hand, and upon Defendants by Federal Express or other recognized international courier service for the promptest available delivery, addressed as follows:

> His Excellency
> David Choquehuanca Cespedes
> Ministero de Relaciones Exteriores y Culto
> Plaza Murillo – c. Ingavi esq. c. Junin
> La Paz
> Bolivia
>
> -and-
>
> His Excellency
> Ambassador Gustavo Guzman
> Embassy of the Republic of Bolivia
> 3014 Massachusetts Avenue, NW
> Washington, DC 20008

in the case of Republic of Bolivia; and

> Empresa Nacional de Telecomunicaciones Entel S.A.
> Edificio Tower
> Calle Federico Zuazo No. 1771
> La Paz
> Bolivia

in the case of Entel, and that such service shall, in all respects, be deemed good and sufficient; and it is further

ORDERED that, pursuant to CPLR § 6212, Plaintiff shall deposit with the Clerk of the Court, within five (5) business days, a standby Letter of Credit or other undertaking in the amount of $ 259,000 as security.

IT IS SO ORDERED.

Dated: New York, New York
       May 5, 2008

Issued at 2:36 p.m.

_____
United States District Judge

Part I

-4-