UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

Plaintiff,

-against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

Defendants.

---

08 CV 4247 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                     : ss.:
COUNTY OF NEW YORK )

Arthur Bernard, being duly sworn, deposes and says:

1. I am over the age of 18 years, am not a party to this action and am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103.

2. On the 5th day of May, 2008, I served a true and correct copy of the Ex Parte Order Of Attachment, dated 5/5/08 via hand delivery upon:

Uni Credit
150 East 42nd Street
New York, NY 10017

by personally delivering a true and correct copy to Jane R. Capraro, Vice President, who is authorized to accept service.

I describe Ms. Capraro as Caucasian female, brown hair, approximately 42 years old, 5 feet 4 inches tall and weighing approximately 140 lbs.

Arthur Bernard

Sworn to before me this
7th day of May, 2008

Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010