UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

   Plaintiff,

  -against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

   Defendants.

---

08 CV 4247 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        : ss.:
COUNTY OF NEW YORK )

  Thomas Backiel, being duly sworn, deposes and says:

  1. I am over the age of 18 years, am not a party to this action and am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103.

  2. On the 5th day of May, 2008, I served a true and correct copy of the Ex Parte Order Of Attachment, dated 5/5/08 via hand delivery upon:

Intesa Sanpaolo S.p.A. d/b/a Banca Intesa
One William Street
New York, NY 10004

by personally delivering a true and correct copy to Ann T. Stefan, First Vice President at One William Street, New York, NY, who is authorized to accept service.

I describe Ms. Ann T. Stefan as Caucasian female, brown hair, approximately 45 years old, 5 feet 4 inches tall and weighing approximately 170 lbs.

  3. On the 5th day of May, 2008, I also served a true and correct copy of the Ex Parte Order Of Attachment, dated 5/5/08 via hand delivery upon:

JP Morgan Chase Bank N.A.
4 New York Plaza
New York, NY 10004

by personally delivering a true and correct copy to Carl Del Vecchio, Assistant Vice President at 1 Chase Manhattan Plaza, New York, NY, who is authorized to accept service.

I describe Mr. Carl Del Vecchi as Caucasian male, brown hair, approximately 47 years old, 5 feet 10 inches tall and weighing approximately 210 lbs.

_____
Thomas Backiel

Sworn to before me this
6th day of May, 2008

_____
Notary Public

BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 2011