Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
Ryan S. Lester (RL 5603)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

       Plaintiff,

       -against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

       Defendants.

CIVIL ACTION NO. 08-CV-4247 (LTS)

**DECLARATION OF SERVICE**

---

RYAN S. LESTER declares the following to be true:

    1.    I am not a party to the above case, am over eighteen years old, and am an attorney at Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

    2.    On May 19, 2008, I served true and correct copies of the May 13, 2008 Initial Conference Order in the above-captioned action by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing said boxes for standard overnight delivery prior to the latest time designated by Federal Express, postage paid by sender, to:

        Michael Krinsky, Esq.
        Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.
        111 Broadway, 11th Floor
        New York, NY 10006-1901
        *Counsel for Defendant Empresa Nacional de Telecomunicaciones Entel S.A.*

and

Janis H. Brennan, Esq.
Foley Hoag LLP
1875 K Street, N.W., Suite 800
Washington, D.C. 20006-1238
*Counsel for Defendant Republic of Bolivia*


I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2008 at New York, New York.

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　Ryan S. Lester