Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
Ryan S. Lester (RL 5603)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL N.V., <br><br> Plaintiff, <br><br> -against- <br><br> **REPUBLIC OF BOLIVIA** and **EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL S.A.**, <br><br> Defendants. | CIVIL ACTION NO. 08-CV-4247 (LTS) <br><br> **DECLARATION OF SERVICE** |

RYAN S. LESTER declares the following to be true:

1. I am not a party to the above case, am over eighteen years old, and am an attorney at Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

2. On May 22, 2008, I served true and correct copies of the May 13, 2008 Initial Conference Order in the above-captioned action by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing said boxes for priority international delivery (for the Bolivia address) and standard overnight delivery (for the U.S. address) prior to the latest time designated by Federal Express, postage paid by sender, to:

His Excellency
David Choquehanca Cespedes
Ministero de Relaciones Exteriores y Culto
Plaza Murillo – c. Ingavi esq. c. Junin
La Paz
Bolivia

His Excellency Gustavo Guzmán
The Ambassador of Bolivia
Embassy of the Republic of Bolivia
3014 Massachusetts Avenue, NW
Washington, DC 20008


I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2008 at New York, New York.

_____
Ryan S. Lester