AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

E.T.I. Euro Telecom International, N.V.
    Plaintiff,

v.

Republic of Bolivia and Empresa Nacional
de Telecomunicaciones Entel, S.A.,
    Defendants.

**APPEARANCE**

Case Number:  08-cv-4247 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Republic of Bolivia

I certify that I am admitted to practice in this court.

Nothing in this Appearance shall constitute a waiver, explicit or implicit, of any right, privelege or immunity the Republic of Bolivia may have, or any objections it may have, with respect to the jurisdiction of the Court, service or purported service or otherwise, including such rights, privileges, immunities and objections under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1602 et seq., and the Republic of Bolivia expressly reserves same.

| 5/29/2008 | _(signature)_ |
|---|---|
| Date | Signature |
|  | Ronald E.M. Goodman     RG6698 |
|  | Print Name     Bar Number |
|  | Foley Hoag LLP, 1875 K St NW, Suite 800 |
|  | Address |
|  | Washington     DC     20006 |
|  | City     State     Zip Code |
|  | (202) 223-1200     (202) 785-6687 |
|  | Phone Number     Fax Number |