IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

    Plaintiff,

v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

    Defendants.

Case No. 08-cv-4247 (LTS)

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Empresa Nacional de Telecomunicaciones Entel, S.A. certifies the following:

Defendant Empresa Nacional de Telecomunicaciones Entel, S.A. is a corporation organized under the laws of Bolivia. It is more than 97% owned by the Republic of Bolivia. No publicly held corporation owns 10% or more of its stock.

Dated: May 30, 2008
    New York, New York

_____
Michael Krinsky, Esq. (MK-4503)
Rabinowitz, Boudin, Standard, Krinsky &
Lieberman, P.C.
111 Broadway, 11th Floor
New York, NY 10006
(212) 254-1111
*Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S.A.*