UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. Euro Telecom International, N.V.,  )
                                      )
                         Plaintiff,  )
                                      )
                       v.  )    Case No. 08 CV 4247 (LTS)
                                      )
Republic of Bolivia and Empresa Nacional de  )
Teleeomunicaciones Entel S.A.,  )
                                      )
                        Defendants.  )

---

**STIPULATION ON TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION TO CONFIRM EX PARTE ORDER OF ATTACHMENT AND TO RESPOND TO SUMMONS AND COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties in the above-captioned action, by and through their undersigned counsel, as follows:

1.    Subject to further order of the Court or stipulation of the parties, each of the Defendants shall file its respective Opposition to Plaintiff's Motion to Confirm the Order of Attachment, entered on May 5, 2008 (hereafter, "Opposition") on June 3, 2008, through the ECF system, and provide counsel for Plaintiff with copies of such filing via e-mail or otherwise deliver them to counsel for Plaintiff on June 3, 2008, and by depositing same in the U.S. mail on that date.

2.    Subject to further order of the Court or stipulation of the parties, Plaintiff shall file its Reply to each Defendant's Opposition on June 9, 2008, through the ECF system, and provide counsel for each Defendant with copies of such filing via e-mail or otherwise deliver them to counsel for each Defendant on June 3, 2008, and by depositing same in the U.S. mail on that date.

3. Each of Defendants shall answer or otherwise respond to the Plaintiff's Summons and Complaint within sixty (60) days from Plaintiff's depositing of same with Federal Express on May 12, 2008, that is, on or before July 11, 2008.

4. Service shall be timely under this Stipulation if made in the manner prescribed before midnight of the referenced day.

5. Nothing in this Stipulation waives, explicitly or implicitly, any right, privilege or immunity that the Republic of Bolivia or Empresa Nacional de Telecomunicaciones Entel S.A. ("Entel") may have, or any objections that either may have, with respect to the jurisdiction of the Court, service or purported service or otherwise, including such rights, privileges, immunities and objections under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 *et seq.*, and the Republic of Bolivia and Entel each expressly reserve same.

6. This Stipulation is without prejudice to Plaintiff's position that, save for this Stipulation, each of the Defendants was required to file an Opposition no later than May 30 , 2008 and is without prejudice to each of Defendants' position that, save for this Stipulation, it was required to file an Opposition no later than June 3, 2008, and is similarly without prejudice to each of the party's position as to when, save for this Stipulation, each Defendant would have been required to answer or otherwise respond to the summons and complaint herein.

7. This is the first such Stipulation for setting the time for Defendants to respond to Plaintiff's pleadings.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *[signature]*
Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: 212-506-5000
Counsel for Plaintiff E.T.I.
Euro Telecom International, N.V.

FOLEY HOAG LLP

By: *[signature]*
Ronald E.M. Goodman (RG6698)
Paul S. Reichler
FOLEY HOAG LLP
1875 K Street, NW
Washington, D.C. 20006
Telephone: 202-223-1200
Facsimile: 202-785-6687
Counsel for Defendant
Republic of Bolivia

RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIBERMAN, P.C.

By: *[signature]*
Michael Krinsky (MK 4503)
111 Broadway, 11th Floor
New York, New York 10006
Telephone: 212-254-1111 ext. 102
Facsimile: 212 674 4614
Counsel for Defendant Empresa Nacional de Telecomunicaciones Entel S.A.

Dated: May 29, 2008

SO ORDERD this  2  day of June, 2008:

*[signature]*
U.S.D.J.