Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
　KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone:　(212) 254-1111
Facsimile:　(212) 674-4614\
Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS) <br><br> **APPEARANCE** |

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel for this case for

　　Defendant, Empresa Nacional de Telecomunicaciones Entel, S.A.

　　I certify that I am admitted to practice in this court.

　　Nothing in this Appearance shall constitute a waiver, explicit or implicit, of any right, privilege or immunity Empresa Nacional de Telecomunicaciones Entel, S.A. may

have, or any objections it may have, with respect to the jurisdiction of the Court, service or purported service or otherwise, including such rights, privileges, immunities and objections under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1602 et seq., and Empresa Nacional de Telecomunicaciones Entel, S.A. expressly reserves same.

Dated: June 3, 2008
      New York, New York

_____
Michael Krinsky, Esq. (MK-4503)
Rabinowitz, Boudin, Standard, Krinsky &
Lieberman, P.C.
111 Broadway, 11th Floor
New York, NY 10006
(212) 254-1111
*Attorneys for Empresa Nacional de Telecomunicaciones Entel, S.A.*