Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS) <br><br> **ORAL ARGUMENT REQUESTED** |

### OPPOSITION OF EMPRESA NACIONAL de TELECOMUNICACIONES ENTEL S.A. TO MOTION TO CONFIRM *EX PARTE* ORDER OF PREJUDGMENT ATTACHMENT

Empresa Nacional de Telecomunicaciones Entel S.A. ("ENTEL"), by and through its undersigned counsel, opposes plaintiff's motion, dated May 12, 2008, to confirm the *ex parte* order prejudgment attachment issued on May 5 and served on ENTEL on May 19, 2008 in La Paz, Bolivia.

ENTEL sets forth its grounds for opposition in its accompanying memorandum of

law.

In support of its opposition, ENTEL files herewith the following declarations and the exhibits thereto:

1. Declaration of Javier Castro

2. First Declaration of Alejandro Salinas Vilela

3. Second Declaration of Alejandro Salinas Vilela

4. First Declaration of Lorena Molina

5. Second Declaration of Lorena Molina

6. Third Declaration of Lorena Molina

7. Fourth Declaration of Lorena Molina

8. Declaration of Joel Flores Carpio

On ENTEL's memorandum of law and other papers filed herewith, and upon all the prior papers and proceedings herein, ENTEL respectfully prays that the Court deny plaintiff's motion to confirm, vacate the *ex parte* order of attachment, and award ENTEL damages, attorneys' fees and costs.

**ENTEL requests oral argument.**

Dated: New York, New York
June 11, 2008

Of Counsel:

Jules Lobel
3900 Forbes Avenue
Pittsburgh, PA  15260

Adam Belsky
GROSS BELSKY ALONSO LLP

Respectfully submitted,

Michael Krinsky (MK 4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*