Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone:  (212) 254-1111
Facsimile:  (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone:  (415) 514-0200
Facsimile:  (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

    Plaintiff,

       v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

    Defendants.

:     Case No. 08-cv-4247 (LTS)

---

# DECLARATION OF JAVIER CASTRO IN SUPPORT
## OF DEFENDANT EMPRESA NACIONAL DE
### TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
### TO MOTION TO CONFIRM *EX PARTE* ORDER OF
### PREJUDGMENT ATTACHMENT

Michael Krinsky (MK4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P C
111 Broadway, 11th Floor
New York, New York 10006
Telephone   (212) 254-1111
Facsimile   (212) 674-4614

Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

E T I EURO TELECOM
INTERNATIONAL, N V ,

                    Plaintiff,

                                                        Case No  08-cv-4247 (LTS)

          v

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S A ,

                    Defendants

_____

## DECLARATION OF DR. JAVIER CASTRO

    I, DR  JAVIER CASTRO, declare under penalty of perjury of the laws of the

United States of America that the following is true and correct

    1      I am the head of the Corporate Section of the Legal Department at the

Empresa Nacional de Telecomunicaciones, S A  ("ENTEL"), and have held this position

for ten years    I am also a lawyer and a member of the National Bar Association of

Bolivia and of the Bar of La Paz   I received my law degree in 1999 from the Bolivian

Catholic University School of Law in La Paz   I submit this declaration in support of the opposition to the Motion to Confirm Order of Attachment filed by E T I  Euro Telecom International N V  ("ETI") by the Republic of Bolivia and ENTEL

2      As part of my responsibilities as the head of ENTEL's Corporate Section, I am the custodian of records for the Book of Stockholders that lists the shareholders of ENTEL who have been issued share certificates, and am responsible for assisting in the maintenance of the minutes of meetings of shareholders and meetings of the board of directors, and copies of all documents and business records relevant to the corporate operation of ENTEL, and also have responsibility to review, verify and maintain in ENTEL's records copies of relevant laws, supreme decrees and ministerial resolutions that affect ENTEL and the shareholders of ENTEL

3      As I explain below, as of May 1, 2008, the Republic of Bolivia was the owner of 12,484,544 shares in ENTEL, which is 97 4671% of all of the shares issued by the company

4      On April 23, 2007, the President of Bolivia issued Supreme Decree 29101 Pursuant to this Supreme Decree, the Republic of Bolivia became the owner of all shares that previously had been held by the pension fund managers AFP Futuro de Bolivia S A and BBVA Prevision AFP S A   Each of these two funds had held 3,037,729 shares of ENTEL, for a total of 6,075,458 shares of ENTEL   These shares are 47 4671% of all the shares issued by the company   Pursuant to this Supreme Decree, Article 1, "The object of this Supreme Decree is to transfer to the Bolivian State" the shares previously held by these pension funds   According to Article 2 II of the Supreme Decree, the prior owners of the shares were instructed "to change the ownership of the shares      to the 'Ministry of Public Works, Services and Housing of the Bolivian State '"  A true and correct copy of Supreme Decree 29101 is attached hereto as Exhibit A

5      On May 1, 2008, the President of Bolivia issued Supreme Decree 29544 This Supreme Decree, Article 2, stated that "The totality of the stock package held by

2

ETI EUROTELECOM INTERNATIONAL NV in ENTEL S A is nationalized   Stock held by this capitalizing company shall be transferred to the Bolivian State [and placed] under the temporary ownership of the Ministry of Public Works, Services and Housing " ETI had held 50% of the shares of ENTEL, and pursuant to Supreme Decree 29544 these shares were transferred to the Republic of the Bolivia   A copy of this Supreme Decree 29544 is attached hereto as Exhibit B

6      Thus, as of May 1, 2008, the Republic of Bolivia was the owner of the shares totaling 97 4671% of ENTEL

7      Regulatory Administrative Resolution No  2008/1056 of May 1, 2008, issued by the Superintendent of Telecommunications, appointed Joel Flores Carpio to be the Interventor to manage the affairs of ENTEL for a 90 day period   I have maintained a copy of this Administrative Regulation in the books and records of ENTEL   I attach a copy of this Administrative Resolution as Exhibit C

8      A letter from the Minister of the Ministry of Public Works, Services and Housing, Ref No  MOPSV-DESP 1066/2008, dated May 2, 2008, delivered to ENTEL on that date, stated that pursuant to Article 2 of Supreme Decree No  29544 the shares held by ETI "will be transferred to the Bolivian State under the transitional ownership of the Ministry of Public Works, Services and Housing" and the Minister requested the Interventor, Jose Flore Carpio, to "instruct the Secretary of the Board of Directors to record the above-mentioned stock in the Book of Stockholders under the name of the Ministry in my care "  I have maintained a copy of this letter in the books and records of ENTEL   A copy of this letter is attached hereto as Exhibit D

9      Marta Vilar, the Secretary of ENTEL's Board of Directors and the head of ENTEL's legal department, requested that I assist her in transferring the shares   I reviewed the Book of Stockholders with Sra Vilar   The shares that had been held by ETI were listed in Folio No  00002 of the Book of Stockholders, which then showed that share certificate 0000001 had been issued to ETI on April 9, 1996, for 6,404,494 shares

3

10    As part of my assistance to Sra  Vilar, I wrote on the second line of Folio No  00002 that on May 2, 2008, the 6,404,494 shares were transferred to the Ministry of Public Works, Services and Housing, and that the new folio for these shares was Folio No  2316  Sra  Vilar then signed this line of Folio No  00002  A true and correct copy of Folio No  00002 is attached as Exhibit E

11    Sra  Vilar also requested that I prepare a new Folio No  2316, which listed as the shareholder the Ministry of Public Works, Services and Housing, and showed that the share certificate 0000001 was entered in the Book of Stockholders on May 2, 2008, for 6,404,494 shares for this shareholder  I typed up the new Folio No  2316 with this information  Sra  Vilar then signed this line of Folio No  2316 in my presence  A true and correct copy of Folio No  2316 is attached as Exhibit F

12    A shareholders meeting had taken place on February 26, 2008, in which the shareholders approved the payment of dividends  This meeting took place at a time when ETI owned 50% of the shares of ENTEL and had managerial control and the ability to appoint five of the seven members of ENTEL's board of directors  It is the regular business practice of ENTEL to maintain written minutes of meetings of shareholders, and I assist the Secretary of the Board in maintaining the minutes of shareholders meetings  According to the minutes of this shareholders meeting, the shareholders voted to declare a dividend that was paid to all shareholders, including both ETI and the Bolivian State  According to the Minutes of the Regular Meeting of the Stockholders in the Corporation ENTEL S A  No  01/2008 Held on February 26, 2008, "The Ministry of Public Works, Services and Housing for the State of Bolivia, with 6,080,025 shares representing 47 4671% of the stock package of Entel S A , [was] represented by the Minister of Public Works, Services and Housing, Sr  Oscar Coca Antezana "  A true and correct copy of these Minutes are attached as Exhibit G

13    A shareholders meeting took place on May  13,  2008, in which the shareholders elected a new board of directors and took other actions  According to the

4

Minutes of the Regular Meeting of the Stockholders in the Corporation ENTEL S.A. No. 02/2008 Held on May 13, 2008, "The Ministry of Public Works, Services and Housing for the State of Bolivia, with 12,484,519 shares representing 97.4671% of the stock package of Entel S.A., [was] legally represented by its representative, the Minister of Public Works, Services and Housing, Sr. Oscar Coca Antezana." A true and correct copy of these Minutes are attached as Exhibit H.

     14.    All of the documents that are attached to this Declaration as exhibits are business records of ENTEL that were kept in the course of ENTEL's regularly conducted activity. All of the documents that are attached to this Declaration as exhibits, other than the Supreme Decrees, Administrative Resolutions or letters from Ministers, are business records of ENTEL that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of ENTEL's regularly conducted business activity, and were made by the regularly conducted business activity as a regular practice.

     Executed on June 1, 2008, in La Paz, Bolivia.

                                  JAVIER CASTRO

Michael Krinsky (MK 4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P C
111 Broadway, 11th Floor
New York, New York 10006
Telefono (212) 254-1111
Facsimile (212) 674-4614

Abogados de Empresa Nacional de
Telecomunicaciones Entel, S A

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE LA CIUDAD DE NUEVA YORK

---

E T I EURO TELECOM
INTERNATIONAL, N V ,

Demandante

Caso No  08-cv-4247 (LTS)

v

REPÚBLICA DE BOLIVIA, y
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S A ,

Acusados

---

## DECLARACIÓN DE DR. JAVIER CASTRO

Yo, DR JAVIER CASTRO declara lo siguiente como verdadero y correcto bajo

pena de perjurio de acuerdo con las leyes de los Estados Unidos de Norte America

1   Soy el encargado de la seccion corporativa del departamento legal en la

Empresa Nacional de Telecomunicaciones, S A  ("ENTEL"), y he tenido este papel por

10 años  Tambien soy miembro del Colegio Nacional y Departamental de Abogados  Me

titule en la facultad de derecho de la Universidad Catolica Boliviana en La Paz en el año

1999  Yo entrego esta declaracion en oposición a la Moción para Confirmar la Orden de

Embargo interpuesta por E T I  Euro Telecom International N V  ("ETI") por la República de Bolivia y ENTEL

2    Como parte de mis responsabilidades como jefe de la sección corporativa de ENTEL, soy el custodio del libro de registro de acciones que contiene una lista de accionistas de ENTEL a quienes se emitieron certificados de acciones, por el mantenimiento de las actas de las juntas de accionistas y las reuniones del Directorio, por el mantenimiento de copias de todos los documentos y registros relevantes a la operación corporativa de ENTEL, y además, tengo la responsabilidad de revisar, verificar y mantener en el registro de ENTEL todas las copias de leyes, decretos supremos y resoluciones ministeriales relevantes que afecten a ENTEL y a sus accionistas

3    Como explico abajo, a partir de 1° de mayo, 2008 la República de Bolivia es dueña de 12,484,544 acciones de ENTEL, las cuales representan el 97,4671 por ciento de todas las acciones emitidas por la empresa

4    El 23 de abril de 2007 el Presidente de Bolivia emitió el Decreto Supremo 29101  Según este Decreto Supremo, la República de Bolivia se convirtió en dueña de todas las acciones que antes eran de propiedad de las administradoras de los fondos de pensiones AFP Futuro de Bolivia S A  y BBVA Prevision AFP S A  Cada uno de los dos fondos habían tenido 3,037,729 acciones de ENTEL, lo cual significa un total de 6 075 458 acciones de ENTEL  Estas acciones eran 47,4671% de todas las acciones emitidas por la empresa  Según el Decreto Supremo, Artículo 1°, "El presente Decreto Supremo tiene por objeto transferir a favor del Estado Boliviano" las acciones que pertenecían anteriormente a los fondos de pensiones  Según el Artículo 2 II del Decreto Supremo, los titulares anteriores de las acciones fueron instruidas a 'sustituir la titularidad de las acciones   al "Ministerio de Obras Públicas, Servicios y Vivienda por el Estado boliviano " Una copia fiel del Decreto Supremo 29101 se adjunta como prueba A

2

5    El 1° de mayo de 2008 el Presidente de Bolivia emitio Decreto Supremo 29544 Este Decreto Supremo, Articulo 2°, dice que "Se nacionaliza la totalidad del paquete accionario de la capitalizadora ETI EUROTELECOM INTERNATIONAL NV en ENTEL S A , debiendo las acciones de esta empresa capitalizadora ser transferidas al Estado boliviano bajo la titularidad transitoria del Ministerio de Obras Publicas, Servicios y Vivienda " ETI era dueño de 50 por ciento de las acciones de ENTEL, y segun el Decreto Supremo 29544 estas acciones fueron transferidas a la República de Bolivia Una copia del Decreto Supremo 29544 se adjunta como prueba B

6    Entonces, a partir del 1° de mayo de 2008 la República de Bolivia es dueña del 97,4671 por ciento de las acciones de ENTEL

7    La Resolucion Administrativa Regulatoria No 2008/1056 del 1 de mayo de 2008 emitida por el Superintendente de Telecomunicaciones designo a Joel Flores Carpio como Interventor para administrar los asuntos de ENTEL por un periodo de 90 dias  Mantuve una copia de esta Regulacion Administrativa en los libros y registros de ENTEL  Adjunto una copia de esta Resolución Administrativa como prueba C

8    Una carta del Ministro del Ministerio de Obras Publicas, Servicios y Vivienda, con número de referencia MOPSV-DESP 1066/2008, con fecha del 2 de mayo, 2008 entregada a ENTEL en esa fecha, establece que, según el articulo 2° del Decreto Supremo número 29544 las acciones que pertenecían a ETI "sean transferidas al Estado Boliviano bajo la titularidad transitoria del Ministerio de Obras Públicas, Servicios, y Vivienda," y el Ministro pidio al Interventor, Jose Flores Carpio que ' instruya a la Secretaria del Directorio inscribir las mencionadas acciones en el Libro de Accionistas al nombre del Ministerio bajo mi cargo " He guardado una copia de esta carta en los libros y registros de ENTEL  Una copia de esta carta se adjunta como prueba D

9    Marta Vilar, la Secretaria del Directorio de ENTEL y la encargada del Departamento Legal de ENTEL, me pidio que la asistiera en la transferencia de estas

3

acciones  Revise el Libro de Accionistas con la Sra Marta Vilar   Las acciones que eran de propiedad de ETI fueron inscritas en el folio No  00002 del Libro de Registro de Accionistas, lo cual evidenciaba que el certificado 0000001 fue emitido a favor de ETI el 9 de abril de 1996 por 6,404,494 acciones

10    Bajo las ordenes de la Sra  Vilar, en la segunda linea  del folio No  00002 registre que en fecha 2 de mayo de 2008 se transfirieron a favor del Ministerio de Obras Publicas Servicios y Vivienda 6,404,494 acciones, y que el nuevo folio de estas acciones era el No  2316   La Sra  Vilar firmo esta linea del folio No 00002   Una copia fiel del folio No 00002 se adjunta como prueba E

11    La señora Vilar me instruyo que prepare el nuevo folio No  2316, en el cual se evidencie como accionista al Ministerio de Obras Publicas, Servicios y Vivienda y mostrar que el titulo 0000001 fue registrado en fecha 2 de mayo de 2008 en el Libro de Registro de Accionistas por 6,404,494  acciones a favor de este   Elabore el nuevo folio No  2316 con dicha información   Posteriormente, la Sra  Vilar firmó esta linea del folio No  2316 en mi presencia   Una copia fiel del Folio No 2316 se adjunta como prueba F

12    Una Junta de Accionistas se celebro el 26 de febrero de 2008, en la cual los accionistas aprobaron el pago de dividendos   Esta Junta se llevó acabo cuando ETI era titular del 50% de ENTEL SA y tenia control administrativo y la facultad de designar a cinco miembros de los 7 que conforman el Directorio de ENTEL SA   Es una práctica comun en ENTEL, mantener actas escritas de Juntas de Accionistas, y yo ayudo a la Secretaria del Directorio en mantener las actas de las Juntas de Accionistas   Segun las actas de Juntas de Accionistas, los accionistas votaron por el pago y distribucion de dividendos a todos los accionistas, incluidos ambos, ETI y el Estado Boliviano   De acuerdo al Acta de la Junta Ordinaria de Accionistas de ENTEL SA No  01/2008 celebrada el 26 de febrero de 2008, el "Ministerio de Obras Publicas, Servicios y Vivienda" por el Estado Boliviano, con 6,080,025 acciones que representan el

4

47 4671% del paquete accionario de ENTEL SA, fue representado por el Ministro Oscar Coca Antezana, del Ministerio de Obras Publicas, Servicios y Vivienda Una copia fiel de estas minutas se adjuntan como prueba G

13    Hubo una Junta de Accionistas el 13 de mayo de 2008, en la cual los accionistas eligieron un nuevo Directorio y tomaron otras medidas Segun las actas de la Junta Ordinaria de Accionistas de la empresa ENTEL S A  No  02/2008 del día 13 de mayo de 2008, "El Ministerio de Obras Públicas, Servicios y Vivienda por el Estado Boliviano con 12,484,519 acciones que constituyen el 97 4671% del paquete accionario de Entel S A , fue legalmente representado por su titular el señor Ministro de Obras Públicas, Servicios y Vivienda, el señor Oscar Coca Antezana " Una copia fiel de estas minutas se adjunta como prueba H

14    Todos los documentos que se adjuntan a esta declaracion como pruebas son registros empresariales de ENTEL que fueron guardados en el transcurso de la actividad normal de ENTEL  Todos los documentos adjuntos a esta declaracion como pruebas, que no sean Decretos Supremos, resoluciones administrativas o cartas del Ministerio son registros empresariales de ENTEL que fueron hechos en el momento o poco después de la ocurrencia de los asuntos iniciados por, o de informacion transmitida por, una persona con el conocimiento sobre dichos asuntos, fueron guardados en el transcurso de la actividad normal de negocios de ENTEL y fueron hechos como parte de una actividad normal de negocios considerada una practica normal dentro de la empresa

Declarado y suscrito el 01 de Junio de 2008, en La Paz, Bolivia

JAVIER CASTRO

## DECLARATION OF ACCURACY

I, Erik Meier Kirzner, hereby declare under penalty of perjury under the laws of the United States as follows

I am fluent in Spanish and English and the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the Declaration of Dr Javier Castro

Executed on June 6, 2008 in La Paz, Bolivia

ERIK MEIER KIRZNER

**EXHIBIT A**

## SUPREME DECREE NO. 29101

### EVO MORALES AYMA

### CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

**WHEREAS:**

The Political Constitution of the State declares in Article 133 that the use of natural and human resources shall be for the purpose of national independence and the development of the country, while protecting the security of the State and in pursuit of the well-being of the Bolivian people.

Article 13S of the Fundamental Law declares that every company established for exploitation, use or business in the country shall be considered a national company and shall be subject to the sovereignty, laws and the authorities of the Republic.

Notwithstanding the aforementioned constitutional provisions, during the neo-liberal period of the last two decades, a systematic dismantling has occurred of all the strategic state companies, which has resulted in their transfer to private hands through the anti-national processes of privatization and capitalization.

Under Capitalization Law No. 1544 dated March 21, 1994, the capitalization was order for, among others, Empresa Nacional de Telecomunicaciones – ENTEL, created on December 22 1965, for the purpose of developing telecommunications in the national territory.

This capitalization process meant the loss of the administration by the State of the companies that were capitalized, and, as part of the process, a pseudo-transfer of stock in favor of Bolivian citizens, that were of legal age, was performed as of December 31, 1995.

The Bolivian citizens did not, at any time, possess any stock and consequently they did not participate in the Board of Directors or in the Shareholders' Meeting of the capitalized company; the Administrators of the Pension Funds took over the administration, without any mandate or legal representation, thus perverting the corporate nature claimed by the capitalized companies, which also do not comply with the provisions of Article 137 of the Code of Commerce.

### IN CABINET MEETING,

**DECREES**:

**ARTICLE 1. - (PURPOSE).** The object of this Supreme Decree is to transfer to the Bolivian State, at no charge, the Bolivian citizens' stock that was part of the Collective Capitalization Fund of the Empresa Nacional de Telecomunicaciones Sociedad Anónima

– ENTEL S.A., currently managed by the Administrators of the Pension Funds "Futuro de Bolivia S.A. AFP" and "BBVA Previsión AFP S.A."

**ARTICLE 2. - (STOCK TRANSFER).**

I.     The Administrators of the Pension Funds "Futuro de Bolivia S.A. AFP" and "BBVA Previsión AFP S.A." are obligated to transfer the management of stock indicated in the above Article to the Ministry of Public Works, Services and Housing, within the term of one working administrative day from the legal effect of this Supreme Decree.

II.     The Administrators of the Pension Funds shall perform the transfer by instructing the Bolivian Security Deposit Entity Corporation– EDV S.A. to change the ownership of the shares currently appearing as "BBVA Prevision AFP S.A. for the Fund of Collective Capitalization" and "AFP Futuro de Bolivia S.A. for the Fund of Collective Capitalization" with "Ministry of Public Works, Services and Housing of the Bolivian State."

III.     Once the aforementioned stock is under the administration of the Ministry of Public Works, Services and Housing, the Bolivian Security Deposit Entity Corporation – EDV S.A. shall produce and deliver the aforementioned stock to the custody of the Central Bank of Bolivia –CBB, after complying with due formalities.

IV.     The Ministry of Public Works, Services and Housing shall exercise ownership of the ENTEL stock until the formation of the public company "Empresa Nacional de Telecomunicaciones Bolivia – ENTELBO". After its incorporation, the stock shall be transferred to the aforementioned company at no charge.

**ARTICLE 3. - (MODIFICATION OF FINANCIAL STRUCTURE OF THE COLLECTIVE CAPITALIZATION FUND).** After the transfer, the Bolivian State stock in ENTEL shall no longer be part of the financial structure of the Collective Capitalization Fund.

**ARTICLE 4. - (GUARANTEE OF BONOSOL FINANCING).** The Bolivian State, in its capacity as ENTEL stockholder, shall pay the contributions for dividends to the Collective Capitalization Fund, in order to guarantee payment of BONOSOL and funeral costs.

**ARTICLE 5. - (NON-COMPLIANCE).** The Superintendency of Pensions, Securities and Insurance shall intervene with the Administrator of the Pension Funds if it does not comply with the provisions of this Supreme Decree, pursuant to paragraph a) of Article 34 of Pension Law No. 1732 dated November 29, 1996, and concordant with paragraph s) of Article 31 of the same Law.

**REVOKED AND REPEALED PROVISIONS**

**REVOKED PROVISIONS.** - The following legal provisions are revoked:

- Supreme Decree No. 24025 of June 7, 1995 (Formation of ENTEL S.A.M.)
- Supreme Decree No. 24133 of September 29, 1995 (Providing the Capitalization of ENTEL S.A.).
- Supreme Decree No. 24700 of July 7, 1997 (AFP Trust)

**REPEALED PROVISIONS**. - All provisions contrary to this Supreme Decree are repealed.

The Minister of State, in the Office of Public Works, Services and Housing, is responsible for the execution and enforcement of this Supreme Decree.

Issued in the Government Palace of the city of La Paz, on the twenty-third day of the month of April of the year two thousand seven.

**SIGNED/EVO MORALES AYMA**, David Coquehuance Cespedes, Juan Ramon Quintana Taborga, Alfredo Octavio Rada Velez, Colima Torneo Rojas, Gabriel Loza Telleria, Luis Alberto Arce Catacora, Abel Mamani Marca, Colinda Sosa Lunda, Jerges Mercado Suarez, Susana Rivero Guzman, Carlos Villegas Quiroga, Luis Alberto Echazu Alvarado, Walter Juvenal Delgadillo Terceros, Water Juvenal Delgadillo Terceros [sic], Nila Heredia Miranda.

G A C E T A    O F I C I A L    D E    B O L I V I A

### DECRETO SUPREMO N° 29101

### EVO MORALES AYMA
### PRESIDENTE CONSTITUCIONAL DE LA REPUBLICA

CONSIDERANDO:

Que la Constitución Política del Estado, en su Artículo 133 señala que el aprovechamiento de los recursos naturales y humanos tendrá como objetivo la independencia nacional y el desarrollo del país en resguardo de la seguridad del Estado y en procura del bienestar del pueblo boliviano.

Que el Artículo 135 de la Ley fundamental señala que todas las empresas establecidas para explotaciones, aprovechamiento o negocios en el país se considerarán nacionales y estarán sometidas a la soberanía, a las Leyes y a las autoridades de la República.

Que no obstante de los preceptos constitucionales mencionados, en el periodo neoliberal de las dos últimas décadas, se ha producido un sistemático desmantelamiento de las empresas estratégicas del Estado que se materializó en su transferencia a manos privadas, a través de los procesos antinacionales de privatización y capitalización.

Que al amparo de la Ley N° 1544 de 21 de marzo de 1994, de Capitalización, se dispuso la capitalización, entre otras, de la Empresa Nacional de Telecomunicaciones – ENTEL, creada en 22 de diciembre de 1965, con la finalidad de desarrollar las telecomunicaciones en territorio nacional.

Que este proceso de capitalización implicó la pérdida de la administración por parte del Estado, de sus empresas que fueron capitalizadas, y como parte del proceso se efectuó una seudo transferencia de las acciones en favor de los ciudadanos bolivianos mayores de edad al 31 de diciembre de 1995.

Que los ciudadanos bolivianos nunca tuvieron en su poder acción alguna y consiguientemente, nunca participaron en el Directorio ni en la Junta de Accionistas de la empresa capitalizada, siendo las Administradoras de Fondos de Pensiones, las que asumieron la administración sin ningún mandato ni representación legal, desnaturalizando de esta manera la naturaleza de sociedad anónima que ostentan las empresas capitalizadas, y que no se adecuan a lo dispuesto por el Artículo 137 del Código de Comercio.

N° 2987    G A C E T A    O F I C I A L    D E    B O L I V I A

EN CONSEJO DE MINISTROS,

D E C R E T A:

**ARTÍCULO 1.- (OBJETO)**. El presente Decreto Supremo tiene por objeto transferir en favor del Estado boliviano, a título gratuito, las acciones de los ciudadanos bolivianos que formaban parte del Fondo de Capitalización Colectiva en la Empresa Nacional de Telecomunicaciones Sociedad Anónima — ENTEL S.A., actualmente administradas por las Administradoras de Fondos de Pensiones Futuro de Bolivia S.A. AFP y BBVA Previsión AFP S.A.

**ARTÍCULO 2.- (TRANSFERENCIA DE LAS ACCIONES)**.

I. Las Administradoras de Fondos de Pensiones, Futuro de Bolivia S.A. AFP y BBVA Previsión AFP S.A. están obligadas a transferir la administración de las acciones señaladas en el Artículo anterior al Ministerio de Obras Públicas, Servicios y Vivienda, en el plazo de un día hábil administrativo computable a partir de la vigencia del presente Decreto Supremo.

II. Las Administradoras de Fondos de Pensiones realizarán la transferencia instruyendo a la Entidad de Depósito de Valores de Bolivia Sociedad Anónima — EDV S.A., sustituir la titularidad de las acciones que actualmente figuran como "BBVA Previsión AFP S.A. para el Fondo de Capitalización Colectiva" y "AFP Futuro de Bolivia S.A. para el Fondo de Capitalización Colectiva" por "Ministerio de Obras Públicas, Servicios y Vivienda por el Estado boliviano".

III. Una vez que dichas acciones estén bajo la administración del Ministerio de Obras Públicas, Servicios y Vivienda, la Entidad de Depósito de Valores de Bolivia Sociedad Anónima — EDV S.A., deberá materializar las mismas y remitirlas en custodia al Banco Central de Bolivia — BCB, previo cumplimiento de las formalidades de rigor.

IV. El Ministerio de Obras Públicas, Servicios y Vivienda ejercerá la titularidad de las acciones en ENTEL hasta que se conforme la empresa pública "Empresa Nacional de Telecomunicaciones Bolivia — ENTELBO". Una vez constituida ésta, el paquete accionario será transferido a la mencionada empresa, a título gratuito.

**ARTÍCULO 3.- (MODIFICACIÓN DE LA ESTRUCTURA FINANCIERA DEL FCC)**. Las acciones del Estado boliviano en ENTEL, desde su transferencia, no formarán parte de la estructura financiera del Fondo de Capitalización Colectiva.

**ARTÍCULO 4.- (GARANTÍA DE FINANCIAMIENTO DEL BONOSOL)**. El Estado boliviano, en su calidad de accionista de ENTEL, responderá

15

los aportes por dividendos al Fondo de Capitalización Colectiva - FCC, con el fin de garantizar el pago del BONOSOL y los gastos funerarios.

ARTÍCULO 5.- **(INCUMPLIMIENTO).** La Superintendencia de Pensiones, Valores y Seguros intervendrá a la Administradora de Fondos de Pensiones que incumpla lo dispuesto por el presente Decreto Supremo, de conformidad al inciso a) del Artículo 34 de la Ley N° 1732 de 29 de noviembre de 1996, de Pensiones, concordante con el inciso s) del Artículo 31 de la misma Ley.

### DISPOSICIONES ABROGATORIAS Y DEROGATORIAS

**DISPOSICIONES ABROGATORIAS.-** Se abrogan las siguientes disposiciones legales:

- Decreto Supremo N° 24025 de 7 de junio de 1995 (Formación de ENTEL S.A.M.).
- Decreto Supremo N° 24133 de 29 de septiembre de 1995 (Dispone la Capitalización de ENTEL S.A.).
- Decreto Supremo N° 24700 de 7 de julio de 1997 (Fideicomiso AFPs).

**DISPOSICIONES DEROGATORIAS.-** Quedan derogadas todas las disposiciones contrarias al presente Decreto Supremo.

El Señor Ministro de Estado, en el Despacho de Obras Públicas, Servicios y Vivienda, queda encargado de la ejecución y cumplimiento del presente Decreto Supremo.

Es dado en el Palacio de Gobierno de la ciudad de La Paz, a los veintatrés días del mes de abril del año dos mil siete.

**FDO. EVO MORALES AYMA,** David Choquehuanca Céspedes, Juan Ramón Quintana Taborga, Alfredo Octavio Rada Vélez, Celima Torrico Rojas, Gabriel Loza Tellería, Luis Alberto Arce Catacora, Abel Mamani Marca, Celinda Sosa Lunda, Jerges Mercado Suárez, Susana Rivero Guzmán, Carlos Villegas Quiroga, Luis Alberto Echazú Alvarado, Walter Juvenal Delgadillo Terceros, Walter Juvenal Delgadillo Terceros, Nila Heredia Miranda.

**PRECIO OFICIAL PARA TODO EL PAIS Bs. 5.-**

*Impreso en Imprenta de Gaceta*
*Oficial de Bolivia*
*Calle Mercado N° 1123*
*Edificio Guerrero*
*TELÉFONO 2147935*
*CASILLA N° 4607*

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language** *Works*

STATE OF NEW YORK    )
                     )    ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of a **"Supreme Decree No. 29101"** completed on 6/06/2008, originally written in Spanish.

Gina St. Laurent
Director of Legal Translation Division
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 6th day of June 2008

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

**EXHIBIT B**

**SUPREME DECREE NO. 29544**

## EVO MORALES AYMA
## CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

**WHEREAS**:

Capitalization Law No. 1544 dated March 21, 1994 provided for the capitalization of several public companies, among them, the Empresa Nacional de Telecomunicaciones – ENTEL.

For this purpose, ENTEL was transformed into a Mixed Corporation, converting workers into shareholders up to the amount of their benefits; subsequently it was converted into a corporation through the signing of a capitalization agreement with a strategic partner and a pseudo-transfer of stock to Bolivian citizens of legal age on December 31, 1995. The sole purpose of this action was to divest the State of its share in the capitalized company and release it to private interests.

No shares were ever issued in favor of Bolivian citizens, and consequently they never received dividends nor did they participate or appoint representation to the Board of Directors or to the Shareholders' Meetings of the capitalized company, thus distorting the Corporation's nature claimed by ENTEL S.A., which does not comply with the provisions of Article 137 of the Code of Commerce.

The Stock Subscription Agreement dated November 27, 1995 required the capitalizing company to invest the amount of the stock subscription in the telecommunications sector, for the benefit of ENTEL; the agreement provided for the existence of a reserve fund for issuance premiums. In the end, the amount was distributed among shareholders through a voluntary capital reduction process, agreed upon at the Shareholders' Meeting held from September 16 through September 20, 2005, which caused the decapitalization of the company.

Within the framework mentioned above, the National Government, by means of Supreme Decree No. 29087 of March 28, 2007, provided for the creation of an Ad Hoc Commission to negotiate the recovery of ETI EUROTELECOM INTERNATIONAL NV stock in ENTEL S.A.

In spite of having consented to the negotiation process, officially designated its representatives and participated in three meetings of the Government Commission, the capitalizing company unilaterally interrupted the course of negotiations.

The National Government, through Supreme Decree No. 29101 of April 23, 2007, provided for the transfer in favor of the Bolivian State, at no charge, of the shares of the Bolivian citizens that were part of the Collective Capitalization Fund at ENTEL S.A., managed by the Administrators of Pension Funds "Futuro de Bolivia S.A. AFP" and "BBVA Prevision AFP S.A."

The Political Constitution of the State declares in Article 133 that the use of natural and human resources shall be for the purpose of national independence and the development of the country while protecting the security of the State and in pursuit of the well-being of the Bolivian people.

Pursuant to Articles 24 and 135 of the Political Constitution of the State, all companies established in the country shall be considered national companies and shall be subject to the sovereignty, laws and the authorities of the Republic.

## IN CABINET MEETING,

**DECREES**:

**ARTICLE 1. - (PURPOSE).** It is the purpose of this Supreme Decree to nationalize the stock package held by ETI EUROTELECOM INTERNATIONAL NV in Empresa Nacional de Telecomunicaciones Sociedad Anonima – ENTEL S.A.

**ARTICLE 2. - (NATIONALIZATION).** The totality of the stock package held by ETI EUROTELECOM INTERNATIONAL NV in ENTEL S.A. is nationalized. Stock held by this capitalizing company shall be transferred to the Bolivian State, [and placed] under the temporary ownership of the Ministry of Public Works, Services and Housing until the legal transformation of ENTEL S.A. into ENTEL SAM is completed. By virtue of this measure, every ENTEL S.A. subsidiary in Bolivia and abroad shall also be nationalized proportionally.

**ARTICLE 3. (PAYMENT OF THE VALUE OF THE STOCK).** The Bolivian State shall pay ETI EUROTELECOM INTERNATIONAL NV the value of the nationalized stock to the capitalizing company; for this purpose, a valuation shall be carried out within a term of not more than 60 days from the date of entry into force of this Supreme Decree.

**ARTICLE 4. (LIABILITIES).** As the General Treasury of the Nation had assumed all the liabilities of the public company ENTEL before its capitalization, financial, tax, labor, commercial and regulatory liabilities of ENTEL S.A., both receivable and contingent, shall be deducted at the time of final liquidation of the payment to the company ETI EUROTELECOM INTERNATIONAL NV.

**ARTICLE 5. (DIVIDENDS).** The dividends generated by the nationalized stock shall be destined for reinvestment, technological development and growth of the

company, in accordance with the National Development Plan, the new Bylaws and the new institutional strategic plan while dividends corresponding to stock recovered by the State through Supreme Decree No. 29101 of April 23, 2007 shall continue to be destined for the *Fondo de Renta Dignidad*.

**ARTICLE 6. (ENTEL SAM).**

I.     ENTEL S.A. shall be transformed into a mixed corporation, pursuant to the provisions of the Code of Commerce; for this purpose, the Shareholders' Meeting shall adapt its bylaws and constituent documents within a term of 180 calendar days starting from the date of entry into force of this Supreme Decree.

II.    The Ministry of Public Works, Services and Housing shall exercise legal protection over ENTEL S.A.M.

**ARTICLE 7. (CONTINUITY OF SERVICES).**

I.     The continuity of all services rendered by ENTEL is hereby guaranteed; it shall be the responsibility of the entity regulating the telecommunications sector to ensure compliance with the provisions of this paragraph, pursuant to the Law of Telecommunications and its regulatory decrees.

II.    Persons preventing or disrupting in any way the normal development of the company or those whose actions cause damage or loss to its worth shall have charges brought against them before the Public Prosecutor for crimes of "Attempt against the safety of public services", "Anti-economic behavior", "Qualified Damage" and other crimes described in the Criminal Code.

**ARTICLE 8. (EMPLOYMENT).**

I      Continued employment is guaranteed to ENTEL workers, pursuant to the provisions of Article 11 of Supreme Decree No. 28699 of May 1 2006.

II     Directors and higher-level officials of the capitalizing company are excluded from the provisions of the above paragraph.

**ARTICLE 9. (REGULATORY FRAMEWORK).** The nationalized company shall be subject to the laws, regulations and authorities governing the telecommunications sector.

**ARTICLE 10 (ADMINISTRATION).**

I.    The Ministry of Public Works, Services and Housing, through the Deputy Minister of Telecommunication, shall adopt the measures necessary to ensure the temporary administration of the company and normal provision of services, until the corporate nature of the company is changed.

II.   Agreements executed by ENTEL S.A. granting the provision of certain services to third parties shall remain in effect. Agreements held with companies related to ETI EUROTELECOM INTERNATIONAL N.V. group shall be analyzed on a case-by-case basis and either ratified or voided, after issuance of technical and legal reports.

III.  Likewise, service agreements or consulting agreements executed with professionals or firms shall remain in effect, provided no legal incompatibility exists.

The Ministers of the State in their respective Offices shall be responsible for the execution and enforcement of this Supreme Decree.

Issued in the Government Palace of the city of La Paz, on the first day of the month of May of the year two thousand eight.

SIGNED/EVO MORALES AYMA, David Coquehuanca Céspedes, Juan Ramón Quintana Taborga, Alfredo Octavio Rada Velez, Walter San Miguel Rodriguez, Celima Torrico Rojas, Graciela Toro Ibañez, Luis Alberto Arce Catacora, Rene Gonzalo Orellana Halkyer, Angel Javier Hurtado Mercado, Oscar Coca Antezana, Susana Rivero Guzmán, Carlos Villegas Quiroga, Luis Alberto Echazu Alvarado, Walter Juvenal Delgadillo Terceros, María Magdalena Cajias de la Vega, Walter Selum Rivero.



DECRETO SUPREMO Nº **29544**

*Presidencia de la República*

B O L I V I A

**EVO MORALES AYMA**
**PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA**

**C O N S I D E R A N D O:**

Que mediante Ley Nº 1544 de Capitalización de 21 de marzo de 1994 se dispuso la capitalización de varias empresas públicas, entre ellas de la Empresa Nacional de Telecomunicaciones -- ENTEL.

Que a este efecto se dispuso la transformación de ENTEL en sociedad anónima mixta, convirtiendo a los trabajadores en accionistas hasta el monto de sus beneficios sociales, produciéndose posteriormente su conversión en sociedad anónima, a través de la firma de un contrato de capitalización con un socio estratégico y una seudo transferencia de las acciones en favor de los ciudadanos bolivianos mayores de edad al 31 de diciembre de 1995, que tuvo el único propósito de despojar al Estado de su participación en la empresa capitalizada y de dejarla librada a intereses privados.

Que nunca se emitieron acciones en favor de los ciudadanos bolivianos y por consiguiente éstos nunca recibieron dividendos ni participaron o delegaron su participación en el Directorio ni en las Juntas de Accionistas de la empresa capitalizada, desvirtuándose de esta manera la naturaleza de sociedad anónima que ostenta ENTEL S.A. y que no se adecua a lo dispuesto por el Artículo 137 del Código de Comercio.

Que el Contrato de Suscripción de Acciones de 27 de noviembre de 1995 exigía que la empresa capitalizadora invierta el monto de la suscripción de acciones en el sector de telecomunicaciones en beneficio de ENTEL, disponiéndose en este contrato la existencia de un fondo de reserva por concepto de prima de emisión, monto que finalmente fue distribuido entre los accionistas a través del proceso de reducción voluntaria de capital, acordada por la Junta de Accionista realizada los días 16 y 20 de septiembre de 2005, provocando la descapitalización de la empresa.

Que en el marco descrito, el Gobierno Nacional, mediante Decreto Supremo N° 29087 de 28 de marzo de 2007 dispuso la creación de una Comisión Ad Hoc de negociación para la recuperación de las acciones de ETI EUROTELECOM INTERNATIONAL NV en ENTEL S.A.



*Presidencia de la República*

B O L I V I A

- 2 -

Que no obstante de haber dado su consentimiento al proceso de negociación, acreditado oficialmente a sus representantes y participado en tres reuniones con la Comisión gubernamental, la empresa capitalizadora interrumpió unilateralmente el curso de las negociaciones.

Que el Gobierno Nacional, mediante Decreto Supremo N° 29101 de 23 de abril de 2007, dispuso la transferencia en favor del Estado boliviano, a título gratuito, de las acciones de los ciudadanos bolivianos que formaban parte del Fondo de Capitalización Colectiva en ENTEL S.A., administradas por las Administradoras de Fondos de Pensiones "Futuro de Bolivia S.A. AFP" y "BBVA Previsión AFP S.A.".

Que la Constitución Política del Estado, en su Artículo 133 señala que el aprovechamiento de los recursos naturales y humanos tendrá como objetivo la independencia nacional y el desarrollo del país en resguardo de la seguridad del Estado y en procura del bienestar del pueblo boliviano.

Que de acuerdo a los Artículos 24 y 135 de la Constitución Política del Estado, todas las empresas establecidas en el país se consideran nacionales y están sometidas a la soberanía, leyes y autoridades de la República.

## EN CONSEJO DE MINISTROS

### DECRETA:

ARTÍCULO 1. (OBJETO). El presente Decreto Supremo tiene por objeto nacionalizar el paquete accionario que tiene la empresa ETI EUROTELECOM INTERNATIONAL NV en la Empresa Nacional de Telecomunicaciones Sociedad Anónima – ENTEL S.A.

ARTÍCULO 2. (NACIONALIZACIÓN). Se nacionaliza la totalidad del paquete accionario de la capitalizadora ETI EUROTELECOM INTERNATIONAL NV en ENTEL S.A., debiendo las acciones de esta empresa capitalizadora ser transferidas al Estado boliviano bajo la titularidad transitoria del Ministerio de Obras Públicas, Servicios y

*Presidencia de la República*

B O L I V I A

- 3 -

Vivienda mientras se realice la transformación de la naturaleza jurídica de ENTEL S.A. a ENTEL SAM. En virtud de esta medida todas las empresas subsidiarias de ENTEL S.A., en Bolivia o en el extranjero, quedan también nacionalizadas en la cuota parte respectiva.

**ARTÍCULO 3. (PAGO POR EL VALOR DE LAS ACCIONES).** El Estado boliviano pagará el valor de las acciones nacionalizadas a la empresa capitalizadora ETI EUROTELECOM INTERNATIONAL NV., debiendo efectuarse a este efecto una valuación en un plazo no mayor a 60 días a partir de la vigencia del presente Decreto Supremo.

**ARTÍCULO 4. (PASIVOS).** Los pasivos financieros, tributarios, laborales, comerciales y regulatorios de ENTEL S.A., tanto exigibles como contingentes, serán deducidos a tiempo de efectuar la liquidación final para el pago a la empresa ETI EUROTELECOM INTERNATIONAL NV, toda vez que el Tesoro General de la Nación asumió todos los pasivos de la empresa pública ENTEL antes de la capitalización.

**ARTÍCULO 5. (DIVIDENDOS).** Los dividendos que generen las acciones nacionalizadas serán destinados a la reinversión, el desarrollo tecnológico y el crecimiento de la empresa, de conformidad al Plan Nacional de Desarrollo, los nuevos Estatutos y el nuevo plan estratégico institucional. En tanto que los dividendos que corresponden a las acciones recuperadas por el Estado por Decreto Supremo No. 29101 de 23 de abril de 2007 continuarán siendo destinados al Fondo de Renta Dignidad.

**ARTÍCULO 6. (ENTEL SAM).** I. ENTEL S.A. deberá ser transformada a la tipología de Sociedad Anónima Mixta, conforme a las previsiones del Código de Comercio, a cuyo efecto la Junta de Accionistas deberá adecuar sus normas constitutivas y estatutarias en el plazo de 180 días calendario, que será computable a partir de la vigencia del presente Decreto Supremo.

**II.** El Ministerio de Obras Públicas, Servicios y Vivienda ejercerá la tuición sobre ENTEL S.A.M.





B O L I V I A

- 4 -

**ARTÍCULO 7. (CONTINUIDAD DE LOS SERVICIOS).** I. Se garantiza la continuidad de todos los servicios que presta ENTEL, siendo responsabilidad del órgano regulador del sector de telecomunicaciones velar por lo dispuesto en el presente parágrafo, de conformidad con la Ley de Telecomunicaciones y sus decretos reglamentarios.

II. Las personas que de cualquier modo impidan o perturben el normal desenvolvimiento de la empresa o las que incurran en actos que denoten perjuicio o detrimento a su patrimonio, serán denunciadas ante el Ministerio Público por los delitos de "Atentado contra la seguridad de los servicios públicos", "Conducta antieconómica", "Daño calificado" y otras conductas delictivas tipificadas en el Código Penal.

**ARTÍCULO 8. (SITUACIÓN LABORAL).** I. Se garantiza la continuidad laboral de los trabajadores de ENTEL, conforme dispone el artículo 11 del Decreto Supremo No.28699 de 1ro de mayo de 2006.

II. Se exceptúan de lo dispuesto en el parágrafo precedente a los funcionarios jerárquicos y directivos de la empresa capitalizadora.

**ARTÍCULO 9. (MARCO REGULATORIO).** La empresa nacionalizada estará sujeta a las leyes, reglamentos y autoridades que rigen en el sector de telecomunicaciones.

**ARTÍCULO 10. (ADMINISTRACIÓN).** I. El Ministerio de Obras Públicas, Servicios y Vivienda, a través del Viceministerio de Telecomunicaciones, adoptará las medidas necesarias para garantizar la administración transitoria de la empresa y la normal provisión de los servicios, hasta que sea transformada su naturaleza societaria.

II. Los contratos suscritos por ENTEL S.A. en virtud de los cuales ciertos servicios son otorgados a terceros continuarán vigentes. Aquellos contratos suscritos con empresas vinculadas al grupo ETI EUROTELECOM INTERNATIONAL N.V. serán analizados caso por caso y en su caso ratificados o dejados sin efecto, previa emisión de informes técnicos y legales.



*Presidencia de la República*

BOLIVIA

- 5 -

III. Asimismo continuarán vigentes los contratos de prestación de servicios o de consultoría suscritos con profesionales o firmas, siempre y cuando no existan incompatibilidades legales.

Los Señores Ministros de Estado, en sus respectivos Despachos, quedan encargados de la ejecución y cumplimiento del presente Decreto Supremo.

Es dado en el Palacio de Gobierno de la ciudad de La Paz, al primer día del mes de mayo del año dos mil ocho.

**FDO. EVO MORALES AYMA**
Fdo. David Choquehuanca Céspedes
Fdo. Juan Ramón Quintana Taborga
Fdo. Alfredo Octavio Rada Vélez
Fdo. Walker San Miguel Rodriguez
Fdo. Celima Torrico Rojas
Fdo. Graciela Toro Ibañez
Fdo. Luis Alberto Arce Catacora
Fdo. René Gonzalo Orellana Halkyer
Fdo. Angel Javier Hurtado Mercado
Fdo. Oscar Coca Antezana
Fdo. Susana Rivero Guzmán
Fdo. Carlos Villegas Quiroga
Fdo. Luis Alberto Echazú Alvarado
Fdo. Walter J. Delgadillo Terceros
Fdo. Maria Magdalena Cajias de la Vega
Fdo. Walter Selum Rivero



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language** Works

STATE OF NEW YORK    )
                     )        ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of a "**Supreme Decree No. 29544**" completed on 6/5/2008, originally written in Spanish.

Gina St. Laurent
Director of Legal Translation Division
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 5th day of June 2008

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

**EXHIBIT C**

*SUPERINTENDENCY OF TELECOMMUNICATIONS*

CERTIFICATE OF NOTIFICATION

In the city of La Paz, at 3:10 pm on the 1st day of May, 2008, I notified, by certificate, Javier Castro Zaconeta, in representation of ENTEL S.A., at the stated domicile: Federico Zuazo No. 1771, Edificio Tower, 9th Floor, with RAR [Administrative Resolution] No. 2008/1056, dated May 1st, 2008, consisting of four pages, referring to Intervention of ENTEL S.A. with express special approval. Party is deemed notified.

- *The interested party should be aware that, pursuant to the provisions of paragraph II of Article 21 of the Administrative Procedure Law No. 2341, the terms and conditions start on the first working day following notification and end upon expiration of the final hour of the day of its expiration.*

[Handwritten]

Having arrived at the domicile indicated, I received no answer upon knocking at the door [illegible] Hugo Martino Cuevas, [illegible] this notification.
Therefore I slipped the notification under the door of the Legal Department.

[illegible signature]
Monica Ayo Caso
Diligence Officer

Administrative Resolution No. 2008/1056
La Paz, May 1st, 2008

**Whereas**:

The Supreme Government provided for, by Supreme Decree No. 29544 of May 1st, 2008, the nationalization of ENTEL S.A., charging the Ministry of Public Works, Services and Housing with the temporary administration of this company until its Bylaws are adjusted and Directors and Trustees are renewed and the President is named pursuant to the laws governing the development of public and mixed companies.

It is the obligation of the Superintendency of Telecommunications to maintain the continuity of the Telecommunications Services to the Public, in order to ensure the right of access to telecommunications services of the citizens as a collective need.

**Whereas**:

Paragraph f) of Article 10 of Law No. 1600 (SIRESE) sets forth that one of the general powers of Sector Superintendents consists of intervening in companies and entities under their regulatory jurisdiction and designating the interventors, pursuant to the legal regulations of the sector;

In this area, Article 17 of Telecommunications Law No. 1632 provides that, in case the continuity of the delivery to the public of Telecommunications Services is at risk, the Telecommunications Superintendency, within its capacity, shall designate an interventor for a term of 90 days, in accordance with the procedure set forth in the regulations and in the corresponding concession agreements, by means of a duly based Administrative Resolution and prior notification to the concessionaires;

Preventive intervention is regulated by the Regulations of the Telecommunications Law (approved by Supreme Decree No. 24132 and amended by Supreme Decree No. 29543), which set forth that an interventor shall be designated whenever it is determined that the concessionaire has placed the continuity of the delivery of the service at risk;

Article 12 of Supreme Decree 27172 establishes that in case an emergency places the continuity or regularity of delivery of public services at risk, the Superintendents, by their own power or upon the request of a party, shall, as necessary, adopt urgent measures to address the emergency and prevent damage to the public.

**Whereas**:

The Superintendency of Telecommunications has executed concession agreements with ENTEL S.A. on November 24, 1995, for the provision of Local Services (including services of circuit leasing, rural services and satellite services), for Public Telephones, Mobile Cellulars, Personal Communications, Long Distance and Data Transmission throughout the territory of the Republic of Bolivia;

Based on the scope of regulations in effect, the regulating entity has declared the company ENTEL S.A. a dominant operator for the following services: National and International Long Distance, Public Telephones, Data Transmission, Circuit Leasing and Local Service Leasing (in some areas); therefore, all of them are considered Non-Competitive;

Moreover, it should be clarified that the aforementioned company is current the main company in charge of carrying the majority of National and International Long Distance calls for operators in the telecommunications market, as well as other telecommunications services.

**Whereas:**

Considering that the Government has provided for the nationalization of ENTEL S.A., which involves the transfer of private stock to the Bolivian State, it is probable that some persons of group so persons that feel affected may interrupt the normal delivery of telecommunications services, a situation that could even generate the interruption of services rendered by those remaining operators in the market that are interconnected with ENTEL S.A. or that use its network to carry their calls and other communications.

In such a scenario, users and/or subscribers in the telecommunications sector would be unable to exercise their right to communicate. Therefore, the configuration of the public service legal regime would be rendered meaningless if the effective delivery of the services, and the consequent satisfaction of collective needs, is not ensured; this objective should be protected.

**Whereas:**

As indicated in the analysis, the publication of Supreme Decree No. 29544 may trigger a risk to the continuity or regularity of delivery of public services, a situation that would constitute an emergency; therefore, there is a pressing need for the Superintendency of Telecommunications to issue an urgent Administrative Resolution (within the scope of Article 12 of Supreme Decree 27172), for the purposes of providing for the intervention of ENTEL S.A., pursuant to the provisions of the Regulation of the Law of Telecommunications and in accordance with the scope of Article 17 of the Law of Telecommunications. For this purpose, it shall designate an intervenor, who may or may not be an official of this regulating entity, for a term of 90 administrative working days;

Pursuant to that stipulated in Article 104 of the Regulations of the Law of Telecommunications, the Superintendency of Telecommunications shall deliver a bond

for the value set forth in the respective concession agreement, which may not be higher than the amount provided in the aforementioned article, in order to guarantee the performance of the interventor;

Additionally, it should be noted that Supreme Decree No. 29544 charges the Superintendency of Telecommunications with taking all the necessary steps contained in the framework of the Law that permit the guarantee of the continuity of services provided by ENTEL S.A., to preserve a collective interest, which is the access to local, national and international communications;

R.A.R. 2008/1056
Page 3 of 4

**Whereas**:

As there is a likelihood that the continuity or regularity in the delivery of public services may be placed at risk, a situation that would constitute an emergency, the pressing need arises for the Superintendency of Telecommunications to issue an urgent Administrative Resolution (based on the scope of Article 12 of Supreme Decree 27172) in order to provide for the preventive intervention of ENTEL S.A.

On the other hand, considering that the publication of the aforementioned Supreme Decree took place on May 1, 2008, i.e., on an extraordinary day, the regulating entity shall designate, extraordinary days and hours for pronouncing this administrative resolution, its notification and initiating activities related to the intervention, in accordance with the authority granted by Article 19 of the Law of Administrative Procedure;

**Whereas**:

In view of the considerations above, it is the Superintendency of Telecommunication's responsibility to pronounce an urgent Regulatory Administrative Resolution, in order to provide for the preventive intervention of ENTEL S.A. and consequently guarantee the continuity of all telecommunications services currently provided by this company. For this purpose, [the Superintendent] shall designate an intervenor, who shall exercise the powers granted by the current rules for a term of ninety (90) administrative working days. ENTEL S.A. shall pay his compensation. Likewise, the regulating entity shall provide for the delivery of the respective bond guaranteeing the performance of the intervenor;

Considering the urgency of the aforementioned resolution, in view of the fact that the Decree No. 29544 is issued on May 1, an extraordinary day, the pronouncement of this Regulatory Administrative Resolution, notification of this administrative action and commencement of activities relating to the intervention; should be authorized as well within extraordinary hours;

**THEREFORE**:

The Superintendent of Telecommunications, exercising its authority as granted by the law;

**RESOLVES**:

**FIRST.- TO PROVIDE** for the preventive intervention of Empresa Nacional de Telecomunicaciones Sociedad Anonima (ENTEL S.A.), for the purpose of carrying out every relevant action to ensure the delivery of all telecommunications services provided by the aforementioned company.

**SECOND.- TO DESIGNATE** as interventor for this purpose, Mr. JOEL FLORES CARPIO, holder of Identification Document 2685945-LP, who shall exercise the powers conferred by Article 106 of the Regulation of the Law of Telecommunications, as well as others in Supreme Decree 29544 and other regulations in effect, for a term of ninety (90) administrative working days. Compensation is set at the level corresponding to the Superintendent of Telecommunications, pursuant to the salary scale in effect for the entity.

R.A.R. 2008/1056
Page 4 of 4

**THIRD.- TO APPROVE** May First (1st ), 2008 as an extraordinary day and hours for the purpose of pronouncing this Regulatory Administrative Resolution, its notification and initiation of the interventor's activities.

**FOURTH.- TO PROVIDE** for the delivery of a bond in favor of ENTEL S.A., pursuant to the provisions of Article 104 of the Regulation of the Law of Telecommunications, in order to guarantee the performance of the interventor.

Be it registered, communicated and archived

[illegible signature]                          [illegible signature]
Jorge A. Nava Amador                      Maria Isabel Galleguillos Arce
SUPERINTENDENT OF                    LEGAL DIRECTOR
TELECOMMUNICATIONS

[illegible signature]
Grisel Valdes Rejas
HEAD OF COMPETITION
AND INTERCONNECTION

*Interventor named*

*SUPERINTENDENCIA DE TELECOMUNICACIONES*

# CÉDULA DE NOTIFICACIÓN

En la ciudad de La Paz, a horas..... del día 01 de mayo de 2008, notifiqué mediante cédula a Javier Castro Zaconeta, en representación de ENTEL S.A., en el domicilio señalado: Federico Zuazo N° 1771, Edificio Tower, piso 09, con RAR No. 2008/1056 de 1ro. de mayo de 2008, consistente en cuatro fojas, dentro de: Dispone Intervención de ENTEL S.A. con expresa habilitación extraordinaria, quien se tiene por notificado.

- *Se requiere que la parte interesada tome en cuenta que de conformidad con lo dispuesto por el numeral II del art. 21 de la Ley 2341 de Procedimiento Administrativo, los términos y plazos comienzan a correr a partir del día siguiente hábil de la notificación y concluyen al final de la última hora del día de su vencimiento.*

Dra. Mónica Ayo Casa
JEFE DE DILIGENCIAS



SITEL
Superintendencia de Telecomunicaciones

**Resolución Administrativa Regulatoria Nº 2008/1056**
La Paz, 01 de mayo de 2008

**Vistos:**

La nacionalización de ENTEL S.A. dispuesta por el Supremo Gobierno por Decreto Supremo Nº 29544 de 1ro de mayo de 2008, encomendando al Ministerio de Obras Públicas, Servicios y Vivienda la administración temporal de dicha empresa hasta tanto se readecuen sus Estatutos y se renueven a sus Directores y Síndicos y se nombre a su Presidente, conforme a lo establecido por las leyes que rigen el desenvolvimiento de las empresas públicas y mixtas.

El deber de la Superintendencia de Telecomunicaciones de preservar la continuidad en la provisión de los Servicios de Telecomunicaciones al Público, a fin de garantizar el derecho de los ciudadanos al acceso a los servicios de telecomunicaciones, como una necesidad colectiva.

**Considerando:**

Que, el inciso f) del artículo 10 de la Ley Nº 1600 (SIRESE) establece que una de las atribuciones generales de los Superintendentes Sectoriales es la de intervenir las empresas y entidades bajo su jurisdicción reguladora y designar a los interventores, según lo dispongan las normas legales sectoriales;

Que, en este ámbito, el artículo 17 de la Ley de Telecomunicaciones Nº 1632 prescribe que, en caso de ponerse en riesgo la continuidad en la provisión de Servicios de Telecomunicaciones al Público, la Superintendencia de Telecomunicaciones, en el marco de su competencia, designará un interventor por el plazo de 90 días, de acuerdo a procedimiento establecido en reglamento y los respectivos contratos de concesión, mediante Resolución Administrativa debidamente fundamentada y previa notificación al concesionario;

Que, la intervención preventiva se encuentra reglamentada en el Reglamento de la Ley de Telecomunicaciones (aprobado mediante D.S. 24132 y modificado por el D.S. 29543), a través de los cuales se establece que se designará un interventor cuando se compruebe que el titular de una concesión para un servicio ha puesto en riesgo la continuidad de su provisión;

Que, el artículo 12 del D.S. 27172 establece que en caso de emergencia que conlleve a riesgo para la continuidad o regularidad en la prestación de servicios públicos, los Superintendentes, de oficio o a pedido de parte adoptarán resoluciones urgentes, necesarias para atender la emergencia y evitar perjuicios a los administrados.

**Considerando:**

Que, la Superintendencia de Telecomunicaciones ha suscrito contratos de concesión con ENTEL S.A. en fecha 24 de noviembre de 1995, para la prestación de los Servicios Local (incluyéndose los servicios de alquiler de circuitos, servicios rurales y servicios satelitales), de Teléfonos Públicos, Móvil Celular, Comunicaciones Personales, Larga Distancia y Transmisión de Datos en todo el territorio de la República de Bolivia

Que, en mérito a los alcances de la normativa vigente, el ente regulador declaró operador dominante a la empresa ENTEL S.A. en los siguientes servicios: de Larga Distancia Nacional e Internacional, de Teléfonos Públicos, de Transmisión de Datos, de Alquiler de Circuitos y Local (en algunas áreas); por tanto todos ellos considerados No Competitivos.

Que, adicionalmente corresponde aclarar que la citada empresa, actualmente se constituye en la principal encargada de transportar la mayor parte de las llamadas de Larga Distancia Nacional como Internacional de los operadores del mercado de telecomunicaciones, así como otros servicios de telecomunicaciones.

Considerando:

Que, considerando que el Gobierno ha dispuesto la nacionalización de ENTEL S.A., que implica la transferencia de acciones privadas a favor del Estado boliviano, existe la probabilidad de que algunas personas o grupos de personas que creyeren verse afectadas, interrumpan la prestación normal de los servicios de telecomunicaciones, situación que podría generar incluso la interrupción de los servicios que brindan los restantes operadores del mercado que se encuentran interconectados a ENTEL S.A. o que utilizan su red como medio de transporte de sus llamadas y otras comunicaciones;

Que, en este escenario, los usuarios y/o abonados del sector de telecomunicaciones se verían privados de ejercer su derecho de comunicarse, por lo que, la configuración del régimen jurídico del servicio público quedaría desprovista de sentido si no se asegurara la prestación efectiva del mismo y la consecuente satisfacción de las necesidades colectivas objeto que se debe resguardar;

Considerando:

Que, como se manifestó en el análisis, la publicación del Decreto Supremo N° 29544 puede conllevar a un riesgo en la continuidad o regularidad en la prestación de servicios públicos, situación que constituye un caso de emergencia, razón por la cual surge la necesidad imperiosa de que la Superintendencia de Telecomunicaciones pronuncie una Resolución Administrativa urgente (en atención a los alcances del artículo 12 del D.S. 27172), con la finalidad de disponer la intervención de ENTEL S.A., en atención a las disposiciones del Reglamento a la Ley de Telecomunicaciones y de acuerdo a los alcances del artículo 17 de la Ley de Telecomunicaciones, debiendo designar un interventor al efecto, sea o no funcionario de este ente regulador por el plazo de 90 días hábiles administrativos;

Que, en mérito a las determinaciones del artículo 104 del Reglamento de la Ley de Telecomunicaciones, la Superintendencia de Telecomunicaciones deberá entregar una fianza por un valor establecido en el contrato de concesión respectivo, no pudiendo ser el mismo superior a lo dispuesto por el referido artículo con el objeto de garantizar el desenvolvimiento del interventor;

Que adicionalmente, es pertinente advertir que el Decreto Supremo N° 29544 encomienda a la Superintendencia de Telecomunicaciones a asumir todas las acciones necesarias que en el marco de la Ley permitan asegurar la continuidad de los servicios prestados por ENTEL S.A., a fin de preservar un interés colectivo que es el acceso a las comunicaciones tanto a nivel local, nacional como internacional;

Considerando:

R.A.R. 2008/1056
3/4

Que, existiendo la probabilidad de que la continuidad o regularidad en la prestación de servicios públicos se encuentren en riesgo, situación que constituye un caso de emergencia surge la necesidad imperiosa de que la Superintendencia de Telecomunicaciones pronuncie una Resolución Administrativa urgente (en atención a los alcances del artículo 12 del D.S. 27172), con la finalidad de disponer la intervención preventiva de ENTEL S.A.

Que, por otra parte, teniendo presente que la publicación del referido Decreto Supremo fue efectuada el día 1ro. de mayo de 2008, es decir en un día extraordinario, el ente regulador debe habilitar días y horas extraordinarios a efectos del pronunciamiento de la presente disposición administrativa, notificación de la misma, e inicio de actividades relativas a la intervención de conformidad a las facultades conferidas por el artículo 19 de la Ley de Procedimiento Administrativo.

Considerando:

Que, en atención a las consideraciones expuestas, corresponde que la Superintendencia de Telecomunicaciones pronuncie una Resolución Administrativa Regulatoria urgente con la finalidad de disponer la intervención preventiva de ENTEL S.A. y consiguientemente garantizar la continuidad de la prestación de todos los servicios de telecomunicaciones que actualmente presta esta empresa, debiendo al efecto designar a un interventor que deberá ejercer las atribuciones conferidas por la normativa vigente, por el plazo de noventa (90) días hábiles administrativos, señalando que ENTEL S.A. cancelará la remuneración del mismo; asimismo, el ente regulador deberá disponer la entrega de la respectiva fianza como garantía del desenvolvimiento del interventor;

Que, considerando la urgencia del referido pronunciamiento, en mérito a que el Decreto N° 29544 es del día 1ro. de mayo, es decir en un día extraordinario, corresponde disponer la habilitación del mismo así como de horas extraordinarias, a efectos del pronunciamiento de la presente Resolución Administrativa Regulatoria, notificación de este acto administrativo e inicio de actividades relativas a la intervención;

## POR TANTO:

La Superintendencia de Telecomunicaciones, en ejercicio de sus facultades conferidas por ley;

## RESUELVE:

PRIMERO.- DISPONER la intervención preventiva de la Empresa Nacional de Telecomunicaciones Sociedad Anónima (ENTEL S.A.), con la finalidad de que se efectúen las acciones pertinentes para garantizar la prestación de todos los servicios de telecomunicaciones que provee dicha empresa.

SEGUNDO.- DESIGNAR como interventor al efecto, al Sr. JOEL FLORES CARPIO con CI 2685945-LP, debiendo ejercer éste las atribuciones conferidas por el artículo 106 del Reglamento a la Ley de Telecomunicaciones así como otras enmarcadas en el D.S. 29544 y demás normativa vigente, por el plazo de noventa (90) días hábiles administrativos. Su remuneración es fijada en el nivel que corresponde al del Superintendente de Telecomunicaciones de acuerdo a la escala salarial vigente de la entidad.

R.A.R. 2008/1056
4/4

TERCERO.- HABILITAR día y horas extraordinarias  primero (1ro.) de mayo de 2008  a efectos del pronunciamiento de la presente Resolución Administrativo Regulatoria, de la notificación de la misma y del inicio de actividades del Interventor.

CUARTO.- DISPONER la entrega de la fianza a favor de ENTEL S.A., de acuerdo a lo dispuesto por el artículo 104 del Reglamento a la Ley de Telecomunicaciones, a fin de garantizar el desenvolvimiento del Interventor

Regístrese, comuníquese y archívese

Jorge A. Nava Amador
**SUPERINTENDENTE DE
TELECOMUNICACIONES a.i.**

Maria Isabel Galleguillos Arce
**DIRECTORA JURÍDICA**

Grisel Valdés Rejas
**JEFE DE COMPETENCIA
E INTERCONEXIÓN a.i.**

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK    )
                           )   ss.:
COUNTY OF NEW YORK )

## __CERTIFICATION__

This is to certify that the attached translation is, to the best of my knowledge and belief, a true
and accurate rendition into __English__ of __Administrative Resolution No. 2008/1056__ written in
__Spanish__ .

New York,  June 09, 2008.

TransNet USA, Inc.

Kamran Bayegan, President

Sworn to and subscribed before me on
June 09, 2008.

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

**EXHIBIT D**

[coat of arms]
**REPUBLIC OF BOLIVIA**
**MINISTRY OF PUBLIC WORKS, SERVICES AND HOUSING**

*La Paz, May 2, 2008*
***MOPSV-DESP.** 1066/**2008***

[stamp]
Received
[illegible] 2008
Entel S.A.
PE-149
Office of the President

*Lic. Joel Flores Carpio*
**INSPECTOR, EMPRESA**
**NACIONAL DE TELECOMUNICACIONES**
**ENTEL S.A.**
*President.*

Re.:     **National Stock Package Recorded**

*Dear Sir:*

*Since Article 2 of Supreme Decree No. 29544 of May 1, 2008, orders the nationalization of the entire stock package of Capitalizer of ENTEL S.A., ETI EUROTELECOM INTERNATIONAL N.V., stipulating that it will be transferred to the Bolivian State under the transitional ownership of the Ministry of Public Works, Services and Housing, while the transformation of its legal nature into ENTEL S.A.M. is underway, please instruct the Office of the Secretary of the Board of Directors to record the above-mentioned stock in the Book of Stockholders under the name of the Ministry in my care.*

*For this purpose, I am appending for your information a copy of Supreme Decree No. 29426, issued on last January 23, establishing my appointment to the position of Minister, and a copy of the above-mentioned Supreme Decree No. 29544.*

*With nothing further at this time, I remain,*

Yours truly,

[signature]
[stamp]
Oscar Coca [illegible]
MINISTER
Ministry of Public Works, Services and [illegible]

Av. Marisca Santa Cruz, Centro de Comunicaciones La Paz, 5th Floor, Tel.: 2119999, Fax: 2119957, La Paz, Bolivia



**REPUBLICA DE BOLIVIA**
*MINISTERIO DE OBRAS PUBLICAS, SERVICIOS Y VIVIENDA*



La Paz, 0 2 MAYO 2008
MOPSV-DESP. JCB /2008

Señor
Lic. Joel Flores Carpio
**INTERVENTOR DE LA EMPRESA
NACIONAL DE TELECOMUNICACIONES
ENTEL S.A.**
Presente.-

Ref.: **Se registre paquete accionario
nacionalizado**

De mi consideración:

Siendo que el Artículo 2 del Decreto Supremo No. 29544 de 1ro. de mayo de 2008 ordena la nacionalización de la totalidad del paquete accionario de la Capitalizadora ETI EUROTELECOM INTERNATIONAL NV, de ENTEL S.A., disponiendo que las mismas sean transferidas al Estado Boliviano bajo la titularidad transitoria del Ministerio de Obras Públicas, Servicios y Vivienda, mientras se realice la transformación de la naturaleza jurídica a ENTEL S.A.M., pido a usted instruya a la Secretaria del Directorio, inscribir las mencionadas acciones en el libro de accionistas a nombre del Ministerio a mi cargo.

Para dicho propósito, adjunto a vuestro conocimiento, copia del Decreto Supremo No. 29426 dictado en fecha 23 de enero pasado, que acredita mi designación en calidad de Ministro, así como copia del Decreto Supremo No. 29544 mencionado precedentemente.

Sin otro particular, saludo a usted, con las consideraciones de mi mayor estima.

Av. Mariscal Santa Cruz, Centro de Comunicaciones La Paz, 5° piso, Tel: 2119999 Fax 2119957, La Paz - Bolivia

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK    )
                               )    ss.:
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into _English_ of _Letter of May 2, 2008, from the Ministry of Public Works, Services and Housing_ written in _Spanish_ .

New York, June 05, 2008.

TransNet USA, Inc.

_____
Kamran Bayegan, President

Sworn to and subscribed before me on
June 05, 2008.

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

**EXHIBIT E**

**Empresa Nacional de Telecomunicaciones S.A.**                    [SEAL]
ENTEL S.A.

## BOOK OF REGISTRY OF SHARES

### FILE No.  00002

| NAME OR CORPORATE NAME OF SHAREHOLDER | | NATIONALITY |
|---|---|---|
| **EUROTELECOM INTERNATIONAL N.V.** | | |
| DOMICILE | | CLASS OF SHARES |
| AMSTERDAM, HOLLAND | | ORDINARY REGISTERED |

| Entry No. | No. of Title | Date of Entry in the Book Day Month Year | Number of Shares | Date of Transfer of Shares Day Month Year | Number of Shares Transferred | Name of Acquirer | New Inscription File | Remaining Balance of Shares | Encumbrances | Signature of Secretary |
|---|---|---|---|---|---|---|---|---|---|---|
| | 000001 | 09 - 04 - 96 | 6,404,494 | | | | | | | [sign] |
| | 000001 | 02 - 05 - 08 | 6,404,494 | 0 - 05 – 08 | 6,404,494 | Ministry of Public Works, Services and Housing | 2316 | - 0 - | | [sign] |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

OBSERVATIONS:  SINCE THE TITLE OWNER OF THE SHARES DID NOT PRESENT SHARE CERTIFICATE No. 0000001, THE REGISTRY OF THE TRANSFER WIL BE CARRIED OUT IN ACCORDANCE WITH THE LETTER REFERENCE No. MOPSV- DESP 1066/2008 OF MAY 2, 2008 AND SUPREME DECREE 29544 OF MAY 1, 2008.

Empresa Nacional de Telecomunicaciones S.A.
ENTEL. S.A.

## LIBRO DE REGISTRO DE ACCIONES

FOLIO No. 00002

NOMBRE O RAZON SOCIAL DEL ACCIONISTA: **EUROTELECOM INTERNATIONAL N.V.**

NACIONALIDAD:

Ascendente : Hacienda    DOMICILIO

CLASE DE ACCIONES:

Ordinarias-Nominativas:

| No. de Partida | No. del Título | Fecha de Asiento en el Libro | | | Número de Acciones | Fecha de transferencia | | | Número de Acciones Transferidas | Nombre de Adquirente | Nueva Inscripción Folio | Saldo Actual de Acciones | GRAVAMENES | Firma del Secretario |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Día | Mes | Año | | Día | Mes | Año | | | | | | |
| 0000001 | 0000001 | 00 | 04 | 96 | 6.404.494 | | | | | | | | | |
| 0000002 | 0000001 | 02-05-08 | | | 6.404.494 | 0-05-08 | | | 6.404.494 | MINISTERIO DE OBRAS PUBLICAS SERVICIOS Y VIVIENDA | 2316 | -0- | | |

OBSERVACIONES:

AL NO HABERSE PRESENTADO EL TITULO ACCIONARIO N° 0000001 EL REGISTRO DE LA TRANSFERENCIA SE REALIZA EN ATENCION A LA CARTA CITE MOPSV-DESP 1086/2008 DE 02-05-08 Y AL DECRETO SUPREMO 29544 DE 01-05-08.



**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK  )
                   )    ss.:
COUNTY OF NEW YORK )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into  English  of  Stock Book File No. 00002  written in  Spanish .

New York,  May 30, 2008.

TransNet USA, Inc.

Susan E. Geddes, Vice President

Sworn to and subscribed before me on
May 30, 2008.

LORI A. VOLLMER
Notary Public
State of New York
No.: 01VO5065470
Qualified in Nassau County
Commission Expires:
3 September 2010

**EXHIBIT F**

Empresa Nacional de Telecomunicaciones S.A.
ENTEL S.A.

**BOOK OF REGISTRY OF SHARES**

**FILE No. 2316**

| NAME OR CORPORATE NAME OF SHAREHOLDER | | NATIONALITY | | | | | |
|---|---|---|---|---|---|---|---|
| MINISTRY OF PUBLIC WORKS, SERVICES AND HOUSING | | Bolivian | | | | | |
| DOMICILE | | CLASS OF SHARES | | | | | |
| AVENIDA MARISCAL SANTA CRUZ, EDIFICIO PALACIO DE COMUNICACIONES La Paz | | Ordinary Registered | | | | | |

| Entry No. | No. of Title | Date of Entry in the Book Day Month Year | Number of Shares | Date of Transfer of Shares Day Month Year | Number of Shares Transferred | Name of Acquirer | New Inscription File | Remaining Balance of Shares | Encumbrances | Signature of Secretary |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | | 05 - 02 - 2008 | 6,404,494 | | | | | | | [sign] |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Per Note Reference No. MOPSV-DESP Nº366/2008 of 5/2/08, signed by Mr. Oscar Coca Antezana, Minister of Public Works, Services and Housing, the provision is registered as contained in Articles 1 and 2 of Supreme Decree 29544 of 5/1/08, transferring to the Bolivian State the entire stock package of Eurotelecom International N.V. under Stock Certificate No. 000001 File No. 00002 under the transitional ownership of the Ministry of Public Works, Services and Housing until ENTEL S.A. has been legally converted into ENTEL S.A.M.

Empresa Nacional de Telecomunicaciones S.A.

Entel S.A.

LIBRO DE REGISTRO DE ACCIONES

FOLIO No. 23716

REGISTRO O RAZON SOCIAL DEL ACCIONISTA

MINISTERIO DE OBRAS PUBLICAS, SERVICIOS Y VIVIENDA

AVENIDA MARISCAL SANTA CRUZ EDIFICIO PALACIO DE COMUNICACIONES

| No. de Partida | Fecha de Acciones Día Mes Año | Numero de Acciones | Fecha de Transferencia Día Mes Año | Numero de Acciones Transferidas | Beneficiario | NACIONALIDAD |
|---|---|---|---|---|---|---|
| 00090001 | 02-03-2008 | 4404404 | | | | |

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK   )
                               )    ss.:
COUNTY OF NEW YORK )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into <u>English</u> of <u>Book of Registry of Shares File No. 2316</u> written in <u>Spanish</u> .

New York,  June 05, 2008.

TransNet USA, Inc.

_K. [signature]_
Kamran Bayegan, President

Sworn to and subscribed before me on
June 05, 2008.

_[signature]_
SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

**EXHIBIT G**

Entel

[illegible]

MINUTES OF THE GENERAL ORDINARY SHAREHOLDERS MEETING
OF THE CORPORATION "Entel S.A." No. 01/2008
CELBRATED ON FEBRUARY 28, 2008

In the City of La Paz, Republic of Bolivia, at 16.00 hours on Tuesday, February 26, 2008, in the Meeting Room located on the 11th floor of the Building Tower on Federico Suazo Street, no. 1771, the General Ordinary Meeting of Shareholders of the Company "Entel S.A." took place presided over by the Presidency of Mr. Franco Bertone and attendance of the Trustees Messrs: Tito Angel Quinteros Cortez, Fernando David Hinojosa and Franz Ramiro Salinas Coruso; as well as the Secretary of the Directorate Drs. Marina Vilar de Mendosa, pursuant to the notice of convocation dated Friday the 15th, Monday the 18th and Thursday the 21st of February of the present year in the newspapers of national circulation: "La Razon" and "El Deber".

QUORUM    The verification of attendance of a quorum proceeded with the following results:

The Company EURO TELECOM INTERNATIONAL N.V. –ETI- with 6,404.494 shares which signifies 50% of the share package of Entel S.A., represented individually and separately by Arnoldo I. Troconis H. and Jose Humberto Frias.

The Ministry of Public Works, Services and Housing for the Bolivian State with 6.080.025 shares that constitute 47.4671% of the share package of Entel S.A., represented by the Minister of Public Works, Services and Housing, Mr. Oscar Coca Antezana.

The Corporation Carlson Dividero Facility S.A. with a total of 31.453 shares that constitute 0.2456% of the share package of Entel S.A., legally represented by Mr. Jorge Bismarck [illegible]

The Corporation Fortaleza S.A. [illegible] S.A. with a total of 5.428 shares that constitute 0.0424% of the share package of Entel S.A., represented by Mr. Miguel Terrazas C.

Entel
[illegible]

<u>MINIUTES OF THE GENERAL ORDINARY SHAREHOLDERS MEETING No 01/08 DATED 02/26/08</u>

The Corporation STARTEL Ingenieria de Telecomunicaciones S.A. with a total of 4.282 shares that constitute 0.0334% of the share package of Entel S.A., represented by Mr. Alfonso Rossell Simon.

The Bolivian Ciacruz Seguros Personales S.A. with a total of 3.435 shares that constitute 0.0268% of the share package of Entel S.A., legally represented by Mr. Jorge Bismarck Pihlo Mollinedo.

Fundacion Bolivia Exporta, with a total of 752 shares that constitute 0.0059% of the share package of Entel S.A., represented by Manuel Rodriguez Herhardt.

Representing their own shares: Georges Petit Ramel, in presentation of Brigit Petit Bauer with 10,000 shares and acting as well on behalf of his own 588 shares, Mercedes Grandchant de Vasquez with 7,000 shares, Juan Carlos Amonio with 4,000 shares, Norma Irazoque, widow of Montellano, with 1549 shares, Luz Villapando de Ughnovio with 1,140 shares, Moises Emilio Gemio Maldonado with 1,084 shares, Hector Calla [illegible] with 1,026 shares, Olga Huaraz Chipana with 909 shares, [illegible] Alfonso Gottret Requerra with 884 shares, Rene Castro Castro with 888 shares, Jeannette Norma Ergeta Lazo with 796 shares, Mario Martinez Aparicio with 702 shares, Carlos Vasquez Grandchant with 568 shares, Lino Perez Luna with 451 shares, Alfredo Negron Revollo with 370 shares, Milan Ugrinovio Villapendo with 344 shares, Juan David [illegible] with 313 shares, Alejandro Cruz Rojas Panuni with 276 shares, Mary Luz Oroz Carrasco with 202 shares, Hector Calixto Mejia Quiroz with 200 shares, Miriam Salinas Quispe with 186 shares, Juan Cristobal Birbuet with 166 shares, Javier Aguilar Valencia with 133 shares, Daniel Torrico Cardoza with 127 shares, Carlos Diego Hernan Vilar Laguna with 114 shares, Feliz Choquehuanca Condori with 78 shares, Paulino Denelio Flores Cameo with 57 shares, Narda Nelha Zebalios widow of Khantud Rodriguez with 16 shares and Lucero Norma Navarro de Nunez with 14 share, which total 30 shareholders with 32,553 shares that represent 0.2541% of the share package of Entel S.A.

The existence of a sufficient quorum shown that constitutes 98.0704% of the total shares, the President Mr. Franco Bertone declared the meeting legally and validly open, the Secretary proceeding with the reading of the Convocation containing the following agenda:

Entel
[illegible]

MINIUTES OF THE GENERAL ORDINARY SHAREHOLDERS MEETING No 01/08 DATED 02/26/08

3

1. Audited Financial Statement as of 12/31/07
2. Annual Report
3. Report of the Controller Commission
4. Results of Management for 2007
5. Designation of External Auditor for 2008
6. Naming of Directors, setting their remuneration and deposit
7. Naming of Trustees, setting their remuneration and deposit.

Immediately the General Ordinary Meeting of Shareholders passed to consider the subjects of the agenda.

REDACTED

Entel
[illegible]

MINIUTES OF THE GENERAL ORDINARY SHAREHOLDERS MEETING No 01/08 DATED 02/26/08

15

[Signature]                                    [signature]

[signature]



### ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS DE LA SOCIEDAD ANONIMA "Entel S.A." Nº 01/2008 CELEBRADA EN FECHA 26 DE FEBRERO DE 2008

En la ciudad de La Paz, República de Bolivia, a horas 16:00 del día Martes 26 de febrero del año dos mil ocho, en la Sala de Reuniones ubicada en el piso 11 del Edificio Tower de la calle Federico Zuazo N° 1771, se celebró la Junta General Ordinaria de Accionista de la Sociedad "Entel S.A.", bajo la Presidencia del señor Franco Bertone y la asistencia de los Síndicos señores: Tito Ángel Quinteros Cortéz, Fernando David Hinojosa y Franz Ramiro Salinas Soruco, además de la Secretaria del Directorio Dra. Martha Villar de Mendoza de acuerdo a la convocatoria publicada los días Viernes 15, Lunes 18 y Jueves 21 del mes de febrero del año en curso en los periódicos de circulación nacional: "La Razón" y "El Deber".

QUORUM: Se procedió a verificar la asistencia del quórum, con el siguiente resultado:

La Sociedad EURO TELECOM INTERNATIONAL N.V. -ETI-, con 6.404.494 acciones que significan el 50% del paquete accionario de Entel S.A., representada de manera individual y por separado por los señores Arnoldo J. Troconis H. y José Humberto Frías.

El Ministerio de Obras Públicas, Servicios y Vivienda por el Estado Boliviano con 6.080.025 acciones que constituyen el 47.4671% del paquete accionario de Entel S.A., representado por el señor Ministro de Obras Públicas, Servicios y Vivienda, señor Oscar Coca Antezana.

La Sociedad Anónima Carison Dividend Facility S.A. con un total 31.463 acciones que constituyen el 0.2456% del paquete accionario de Entel S.A., representada por la señora Daniela Pardo Valle.

La Boliviana Ciacruz Seguros y Reaseguros S.A. con un total 22.308 acciones que constituyen el 0.1742% del paquete accionario de Entel S.A. legalmente representada por el señor Jorge Bismarck Pinto Mollinedo.

La Sociedad Anónima Fortaleza S.A.F.I. S.A. con un total 5.428 acciones que constituyen el 0.0424% del paquete accionario de Entel S.A., representada por el señor Miguel Terrazas C.





**entel**

ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 01/08 DE FECHA 26/02/08

2

La Sociedad Anónima STARTEL Ingeniería de Telecomunicaciones S.A. con un total 4.282 acciones que constituyen el 0,0334% del paquete accionario de Entel S.A. representada por el señor Alfonso Rossell Simon.

La Boliviana Ciacruz Seguros Personales S.A. con un total 3.435 acciones que constituyen el 0,0268% del paquete accionario de Entel S.A. legalmente representada por el señor Jorge Bismarck Pinto Mollinedo.

Fundación Bolivia Exporta, con un total de 752 acciones que constituyen el 0,0059% del paquete accionario de Entel S.A. representada por Manuel Rodríguez Bernard.

Representando a sus propias acciones, los señores: Georges Petit Ramel en representación de Brigitte Petit Bauer con 10.000 acciones y actuando además a nombre de sus 588 acciones propias, Mercedes Grandchant de Vásquez con 7.000 acciones, Juan Carlos Amurrio con 4.000 acciones, Norma Irazóque Vda. de Montellano con 1519 acciones, Luz Villarpando de Ugrinovic con 1.140 acciones, Moisés Emilio Senio Maldonado con 1.084 acciones, Héctor Calla Guerreros con 1.026 acciones, Olga Huaraz Chipana con 909 acciones, Luis Alfonso Gottret Requena con 887 acciones, René Castro Castro con 883 acciones, Jeannette Norma Ergueta Lazo con 795 acciones, Mario Martínez Apáricio con 702 acciones, Carlos Vásquez Grandchant con 568 acciones, Lino Pérez Luna con 451 acciones, Alfredo Negrón Revollo con 370 acciones, Milan Ugrinovic Villarpando con 344 acciones, Juan David Carrasco Aristurinaga con 313 acciones, Alejandro Cruz Rojas Pamuri con 276 acciones, Mery Luz Oroz Carrasco con 202 acciones, Héctor Calixto Mejía Quiroz con 200 acciones, Miriam Salinas Quispe con 186 acciones, Juan Cristobal Birbuet con 166 acciones, Javier Aguilar Valencia con 133 acciones, Daniel Torrico Cardozo con 127 acciones, Carlos Diego Hernán Vilar Laguna con 114 acciones, Felix Choquehuanca Condori con 78 acciones, Paulino Denelio Flores Gameo con 67 acciones, Narda Nelha Zeballos Vda. de Khantud con 51 acciones, Beatriz Velasco Vda. de Vera con 50 acciones, Kairem Zambrana Rodríguez con 16 acciones y Lucero Norma Navarro de Nuñez con 14 acciones, que suman en total 30 accionistas con 32.553 acciones que representan el 0,2541% del paquete accionario de Entel S.A.

Comprobada la existencia del quórum suficiente, que constituye el 98,0704% del total de las acciones, el Presidente señor Franco Bertone declaró legal y válidamente instalada la Junta, procediéndose por Secretaría a la lectura de la Convocatoria que consigna el siguiente Orden del Día.

ENTEL S.A. c. Federico Zuazo N° 771, La Paz, Bolivia



ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 01/08 DE FECHA 26/02/08

3

1. Estados Financieros Auditados al 31/12/07.
2. Memorial Anual.
3. Informe de la Comisión Fiscalizadora.
4. Tratamiento del Resultado de la Gestión 2007.
5. Designación Auditor Externo para la gestión 2008.
6. Nombramiento de Directores, fijación de su remuneración y fianza.
7. Nombramientos de Síndicos, fijación de su remuneración y fianza.

De inmediato la Junta General Ordinaria de Accionistas pasó a considerar el tratamiento del temario de la convocatoria.

REDACTED



ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 3/08 DE FECHA 26/05/08

15.

Tito Angel Quinteros Cortez
SINDICO

Fernando David Hinojosa Garcia
SINDICO

Franz Ramiro Salinas Sonico
SINDICO

**TransNet USA, Inc.**
235 West 102ND Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK   )
                           )    ss.:
COUNTY OF NEW YORK  )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into <u>English</u> of <u>Minutes of the General Ordinary Shareholders Meeting of Entel S.A. No. 01/2008</u> written in <u>Spanish</u> .

New York, June 06, 2008.

TransNet USA, Inc.

_____
Kamran Bayegan, President

Sworn to and subscribed before me on
June 06, 2008.

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

**EXHIBIT H**

entel

## MINUTES OF THE REGULAR GENERAL MEETING OF STOCKHOLDERS IN THE CORPORATION "Entel S.A." No. 02/2008 HELD ON MAY 13, 2008

In the city of La Paz, Republic of Bolivia, at 4:00 p.m. on Tuesday, May 13, Two Thousand Eight, in the Meeting Room located on Floor L1 of the Tower Building on Calle Federico Zuazo No. 1771, a session of the General Meeting of Stockholders in "Entel S.A." was held in accordance with the convocation published on Thursday, May 1, Saturday, May 3, and Monday, May 5, of this year, in periodicals with a national circulation: "La Razón" and "El Deber."

At the request of stockholders Ramón Max Ruíz Gutiérrez and Alfonso Rossell, representing the company STARTEL and the other stockholders present, the appointment of the principal stockholder Mr. Oscar Coca Antezana to represent the State of Bolivia was proposed, so that he could preside over this Meeting on this single occasion, by reason of Article 39 of the Articles of Incorporation of the Company.

The Minister of Public Works, Services and Housing then approved this appointment so that he could preside over this General Meeting, with the assistance of the Comptroller, Oscar Ramiro Iriarte.

**QUORUM:** The presence of a quorum was verified with the following results:

Once compliance with the requirements set by the Bolivian Commercial Code and the Articles of the company was verified, which data was recorded in the corresponding accreditation document of May 6 of this year for this Regular General Meeting of Stockholders, the following information was obtained:

The Ministry of Public Works, Services and Housing for the State of Bolivia, with 12,484,519 shares representing 97.4671% of the stock package of Entel S.A., legally represented by its representative, the Minister of Public Works, Services and Housing, Mr. Oscar Coca Antezana.

The Corporation Carlson Dividend Facility, S.A., with a total of 31,463 shares representing 0.2456% of the stock package of Entel S.A., legally represented by Mr. Luis Fernando Sánchez.

entel

2

The Corporation STARTEL Ingenieria de Telecomunicaciones S.A., with a total of 4,282 shares representing 0.0334% of the stock package of Entel S.A., legally represented by Mr. Alfonso Rossell Simon.

Representing their own shares, Messrs. Luis Alfonso Gottret Requena with 884 shares, Luis Nay Clavijo with 660 shares, René López Ramos with 608 shares, Ramón Max Ruiz Gutiérrez with 404 shares, Lucas Casto Carranza Quintanilla with 252 shares, Daniel Torrico Cardozo with 127 shares, Ricardo Zúñiga Vildoso with 97 shares and José Hugo Campos Carreón with 50 shares, totaling 3082 shares representing 0.0241% of the stock package of Entel S.A.

Having proven the existence of a sufficient quorum, composing 97.780% of the total number of shares, the Minister of Public Works, Services and Housing declared this Meeting legal and validly opened.

The majority stockholder then reported that the position of Secretary of the Board of Directors was open, and suggested an interim appointment to the position of Secretary of the Board of Directors by this Regular General Meeting in accordance with Art. 39 of the Articles of the Company.

Under these circumstances, he proposed that this responsibility be assigned to the new Legal and Company Affairs Manager of Entel S.A., Dr. Alejandro Salinas, and arranged for his presence in the room.

After analysis, the Board resolved:

**To appoint, in the interim, Dr. Alejando Salinas as the Acting Secretary of the Board of Directors of the Company.**

Taking the floor, the Acting Secretary of the Board of Directors proceeded to read the convocation containing the Agenda:

1.     **Appointment of Members of the Board of Directors, establishment of their compensation, and deposits.**
1.     **Appointment of Comptrollers, establishment of their compensation, and deposits.**

The Regular General Meeting of Stockholders then considered the treatment of the topic of the convocation.

entel

3

1.  **APPOINTMENT OF MEMBERS OF THE BOARD OF DIRECTORS, ESTABLISHMENT OF THEIR COMPENSATION AND DEPOSITS**

As background, the Representative of the State of Bolivia asked the Inspector to explain the legal provisions regarding the nationalization of ENTEL S.A. to the stockholders.

The Inspector, Mr. Joel Flores Carpio, appointed via Regulatory Administrative Resolution No. 2008/1056 of 5/1/08, then took the floor and proceeded to explain in particular detail that Supreme Decree No. 29543 of 5/1/08, in Article 2, Paragraph II, amended the powers granted in Articles 104 and 106 of Supreme Decree No. 24132, inherent in the Regulation on the Telecommunications Act and, for those purposes, stipulated, in its relevant sections, that *"... The appointed Inspector will have the power to take the actions necessary to ensure continuity of service... He may order the cessation of functions of Members of the Board of Directors and Comptrollers until they have been appointed by the corresponding authorities..."*

In this sense, he then indicated that in exercise of the powers granted by Supreme Decree No. 29543, he had ordered the cessation of functions, vacating the positions as Members of the Board of Messrs.: Franco Bertone, Massimo D'Alessandro, Alessandra Catanante Nasser de Melo, Francesco Saverio Lobianco, and Mario Girasole, and their substitutes, Messrs.: Massimiliano Ambra, Rafaello Savarese, María Cristina Besso Cordero, Lara Cristina Ribeiro Piau Marques and Gianandrea Castelli Rivolta.

Similarly, he reported that in implantation of Article 41, No. 5 of the Articles of Incorporation of the Company, in accordance with Article 285, No. 3 of the Commercial Code, the Board of Directors, in its session of 4/29/08, ordered that the refusals to accept the position as main Member of the Board of Directors of Messrs. Hernán Mayorga Rocha and Camilo Torres Arandia be taken into consideration by the present session of the Regular General Meeting of Stockholders, as well as the inherent vacancies in the positions of the substitute Members of the Board, so that, by reason of this background, it was asked that they consider both the cessation of functions explained above and the refusals of the positions as main and substitute Members of the Board and, in this case, to appoint the corresponding replacements.

entel

4

In consideration of the above and the corresponding discussion, the Majority Stockholder presented the cessation of functions of the Board Members named for a vote.

The Secretary proceeded to verify the voting on this point by the stockholders in attendance:

The Representative of the partner Carlson Dividend Facility S.A. first abstained and later decided to cast his vote against it, which represents 0.2513% of the total of the shares present in the room; the remainder of the stockholders in attendance, representing 99.7487%, cast their votes in favor of the cessation of the positions as main and substitute Board Members.

Consequently, the Regular General Meeting of Stockholders resolved:

- **To accept all terms and effects of the cessation of functions of Messrs. Franco Bertone, Massimo D'Alessandro, Alessandra Catanante Nasser de Melo, Francesco Saverio Lobianco, and Maria Girasole as main Board Members and their substitutes Messrs.: Massimiliano Ambra, Rafaello Savarese, María Cristina Besso Cordero, Lara Cristina Ribeiro Piau Marques and Gianandrea Castelli Rivolta.**
- **To accept the refusals to accept the position of Messrs. Hernán Mayorga Rocha and Camilo Torres Arandia.**

Due to the resolution adopted in the preceding paragraph and in consideration of the powers and attributes of the Regular General Meeting of Stockholders, the Minister of Public Works, Services and Housing proposed that they proceed with the appointment of the main and substitute Members of the Board of Directors, requesting that the Secretary report on the procedure for the election thereof.

Dr. Alejandro Salinas took the floor and indicated that, in conformity with Articles 269, 285, No. 3 of the Commercial Code, Article 45 of the Articles of Incorporation of the Company and since the Ministry of Public Works, Services and Housing is the majority stockholders in Entel with 97.4671% of its stock package, it was up to it to propose the appointment of seven main and substitute Board Members.

entel

5

Taking the floor, the Minister of Public Works, Services and Housing asked that the Secretary read Letter CITE MOPSV/DESP No. 117/2008, which document forms an integral part of this instrument as an attachment hereto.

Dr. Alejandro Salinas proceeded to read the letter delivered by the representative of the majority stockholder in which it nominated, for the position of main Board Members, Messrs.: Marco Antonio Vásquez Vega, Leonardo Bascopé Tamayo, Raúl Tapia Beltrán, Luis Centellas Tórrez, Carlos Alfredo Rivera Salinas, Gonzalo Gutiérrez Mollard and Juan José Salmón Burgos.

The Minister of Public Works, Services and Housing proposed Messrs. Ramón Max Ruíz Gutiérrez and Luis Fernando Ramírez Alípaz as substitute Board Members.

Similarly, he explained that the pertinent safeguards had been taken to provide precautions for the implementation of the provisions of both the Commercial Code and the Articles of the Company establishing the requirements and causes of prevention for the exercise of the functions of a Member of the Board of Directors of the Company.

Consequently, without entering into further debate and due to the nominations made, the Regular General Meeting of Stockholders resolved:

- **To proceed with the complete renewal of the Board of Directors via the appointment of Messrs.: Marco Antonio Vásquez Vega, Leonardo Bascopé Tamayo, Raúl Tapia Beltrán, Luis Centellas Tórrez, Carlos Alfredo Rivera Salinas, Gonzalo Gutiérrez Mollard and Juan José Salmón Burgos as main Members of the Board and of Messrs. Ramón Max Ruíz Gutiérrez and Luis Fernando Ramírez Alípaz as substitute Members, leaving the other positions as substitute Board Members vacant.**
- **The recently elected Members of the Board will exercise the functions for a period of two years counting from this date, in conformity with the provisions of Article 51 of the Articles of Incorporation of the Company.**

entel

6

Moreover, the Minister of Public Works, Services and Housing reported that, in conformity with Article 41, No. 6, of the Articles, in accordance with Article 285, No. 3 of the Commercial Code, the compensation and deposits of the Board Members must be dealt with in the Regular General Meeting of Stockholders, for which purpose he proposed that this Meeting resolve in relation to this matter and suggested that the amounts of compensation and deposits for the main and substitute Board Members be maintained at the amounts set by the Regular General Meeting of Stockholders held on 2/26/08.

Due to these considerations and after an exchange of opinions, the Regular General Meeting of Stockholders unanimously resolved:

- **To order the replacement of the previous Main and Substitute Members of the Board of Directors with the Board Members designated in this Meeting so that they may be enrolled in Policy (3D) – Employee Loyalty – taken out by Entel S.A. in an amount of up to US$ 200,000 (TWO HUNDRED THOUSAND 00/100 AMERICAN DOLLARS).**
- **To ratify the amount of US$ 900 (NINE HUNDRED 00/100 AMERICAN DOLLARS) as the stipend per session attended for each of the designated Board Members.**
- **To order that the new Board Members be included in the personal accident insurance for Board Members and Executives of Entel S.A. with an insured value of US$ 15,000 (FIFTEEN THOUSAND 00/100 AMERICAN DOLLARS) with coverage for accidental death, permanent or partial disability and medical expenses up to US$ 7,500 (SEVEN THOUSAND FIVE HUNDRED 00/100 AMERICAN DOLLARS).**
- **Similarly, the Board Members designated by this Meeting will be enrolled in the Civil Liability Insurance Policy for the Board of Directors, the Auditing Committee and the Executive Staff, taken out by Entel S.A. in relation to the decisions adopted for the Company, up to an amount of US$ 10,000,000.00 (TEN MILLION 00/100 AMERICAN DOLLARS).**

**2.    APPOINTMENT OF COMPTROLLERS, ESTABLISHMENT OF THEIR COMPENSATION, AND DEPOSITS.**

entel

7

Under this point on the Agenda, the Minister of Public Works, Services and Housing proceeded to explain to the Meeting that under the scope of the powers granted by Supreme Decree 29543, the Inspector appointed by the Office of the Superintendent of Telecommunications ordered the cessation of functions of the Comptrollers of Entel, Mr. Tito Ángel Quinteros Cortéz and Ms María Cristina Michel de Valencia.

Similarly, he informed the stockholders in attendance that Mr. Franz Ramiro Salinas Soruco, on 4/28/08, presented a letter of refusal of the position of Substitute Comptroller for the Company, which was considered by the Board of Directors in its meeting on 4/29/08, and this company organ resolved to bring this fact to the attention of the Regular General Meeting of Stockholders.

Moreover, the Minister of Public Works, Services and Housing reported that Mr. Oscar Ramiro Iriarte was appointed as the main Comptroller by the Regular General Meeting of Stockholders of 2/26/08 and he therefore proposed his ratification.

Due to the above, he suggested proceeding with the designation of the substitute Comptroller, for which purpose he requested that the Secretary report on the legal provisions governing the matter.

The Acting Secretary of the Board of Directors stated that Article 64 of the Articles of Incorporation of the Company, in accordance with Article 332 of the Commercial Code, established that the Company must have two main Comptrollers and an equal number of substitutes, indicating that any voting in this election will be done openly, publicly and with the identification of the stockholders, based on the candidates proposed by them.

After this information was presented, the Minister of Public Works, Services and Housing asked for the floor and proposed Mr. Gaston Mostajo Tardío as the substitute Comptroller, replacing Mr. Franz Ramiro Salinas Soruco.

Consequently, due to the nominations made, the Regular General Meeting of Stockholders resolved:

entel

8

- **To accept all the terms and effects of the cessation of functions of Mr. Tito Ángel Quinteros Cortez and his substitute, Ms María Cristina Michel de Valencia as main and substitute Comptrollers.**
- **To accept the refusal presented by Mr. Franz Ramiro Salinas Soruco as substitute Comptroller.**
- **To appoint Mr. Gastón Mostajo Tardío as substitute Comptroller to replace Mr. Franz Ramiro Salinas Soruco.**
- **To ratify Mr. Oscar Ramiro Iriarte as main Comptroller**
- **To leave the positions of the second main Comptroller and his substitute vacant until the Articles of Incorporation are amended.**
- **The Comptroller recently elected and the Comptroller ratified will exercise their functions for a period of two years counting from the date, in conformity with the provisions of Article 67 of the Articles of the Company.**

Finally, the Minister of Public Works, Services and Housing reported that, in conformity with Article 68 of the Articles, in accordance with Article 339 of the Commercial Code, the compensation and deposits of the Comptrollers will be dealt with by the Regular General Meeting of Stockholders, suggesting that this Meeting resolve in relation to the compensation, deposits and insurance policies currently in effect for the main and substitute Comptrollers.

Due to these considerations and after an exchange of opinions, the Regular General Meeting of Stockholders unanimously resolved:

- **To order the replacement of the first substitute Comptroller by the substitute Comptroller designated by this Meeting so that he may be enrolled in Policy (3D) – Employee Loyalty – taken out by Entel S.A. in an amount of up to US$ 200,000 (TWO HUNDRED THOUSAND 00/100 AMERICAN DOLLARS).**
- **To ratify the amount of US$ 800 (EIGHT HUNDRED 00/100 AMERICAN DOLLARS) as the monthly compensation for the main Comptroller ratified.**
- **To ratify the amount of US$ 300 (THREE HUNDRED 00/1000 AMERICAN DOLLARS) as the monthly compensation for the substitute Comptroller designated.**
- **To order that the new substitute Comptroller be included in the personal accident insurance for Board Members and**

entel

9

- **Executives of Entel S.A. with an insured value of US$ 15,000 (FIFTEEN THOUSAND 00/100 AMERICAN DOLLARS) with coverage for accidental death, permanent or partial disability and medical expenses up to US$ 7,500 (SEVEN THOUSAND FIVE HUNDRED 00/100 AMERICAN DOLLARS).**
- **Similarly, the substitute Comptroller designated by this Meeting will be enrolled in the Civil Liability Insurance Policy for the Board of Directors, the Auditing Committee and the Executive Staff, taken out by Entel S.A. in relation to the decisions adopted for the Company, up to an amount of US$ 10,000,000.00 (TEN MILLION 00/100 AMERICAN DOLLARS).**

Having dealt with all matters on the Agenda, it was unanimously resolved that the minutes of this Meeting be signed by the following Stockholders: Oscar Coca Antezana, Minister of Public Works, Services and Housing for the State of Bolivia, Alfonso Rossell Simon for STARTEL Bolivia, and Lucas Casto Carranza Quintanilla, jointly with the Inspector, the Acting Secretary of the Company, and the Comptroller, Mr. Oscar Ramiro Iriarte. With this determination, a break at 6:00 p.m. was proposed for the preparation and writing of the instrument.

After the break at 8:00 p.m. and the Board was reconvened, the minutes of the Meeting were read out loud, approved and signed by all representative stockholders designated. The attendees were then thanked for their presence and the Meeting was ended at 9:47 p.m.


[signature]                              [signature]
Oscar Coca Antezana                      Oscar Ramiro Iriarte
**Minister of Public Works, Services**   **Comptroller**
**and Housing, Stockholder for the**
**State of Bolivia**

entel

10

[signature]
Alfonso Rossell Simon
**Startel Bolivia**
**Stockholder**

[signature]
Lucas Casto Carranza Quintanilla
**Stockholder**

[signature]
Alejandro Salinas
**Acting Secretary**



**ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS DE LA
SOCIEDAD ANONIMA "Entel S.A." N° 02/2008
CELEBRADA EN FECHA 13 DE MAYO DE 2008**

En la ciudad de La Paz, República de Bolivia, a horas 16:00 del día Martes 13
de mayo del año dos mil ocho, en la Sala de Reuniones ubicada en el piso L1
del Edificio Tower de la calle Federico Zuazo N° 1771, se celebró la Junta
General Ordinaria de Accionistas de la Sociedad "Entel S.A." de acuerdo a la
convocatoria publicada los días jueves 1, Sábado 3 y Lunes 5 del mes de mayo
del año en curso en los periódicos de circulación nacional: "La Razón" y "El
Deber.

A pedido de los accionistas Sres. Ramón Max Ruíz Gutiérrez, Alfonso Rossell
en representación de la empresa STARTEL y los demás accionistas presentes
propusieron el nombramiento del principal accionista Sr. Oscar Coca Antezana
en representación del Estado Boliviano, para que presida en esta única ocasión
la presente Junta en virtud al Art. 39 del Estatuto de la Sociedad.

Acto seguido el Sr. Ministro de Obras Públicas Servicios y Vivienda aceptó
dicha designación para presidir la presente Junta, contando con la asistencia
del Síndico titular Oscar Ramiro Iriarte.

**QUORUM:** Se procedió a verificar la asistencia del quórum, con el siguiente
resultado:

Una vez verificados el cumplimiento los requisitos exigidos por el Código de
Comercio Boliviano y los estatutos de la sociedad, datos que se consignan en
la correspondiente acta de acreditación de fecha 6 de mayo del presente para
esta Junta General Ordinaria de Accionistas se obtuvo la siguiente información:

El Ministerio de Obras Públicas, Servicios y Vivienda por el Estado Boliviano
con 12.484.519 acciones que constituyen el 97.4671% del paquete accionario
de Entel S.A., legalmente representado por su titular el señor Ministro de Obras
Públicas, Servicios y Vivienda, señor Oscar Coca Antezana.

La Sociedad Anónima Carlson Dividend Facility S.A. con un total 31.463
acciones que constituyen el 0,2456% del paquete accionario de Entel S.A.,
legalmente representada por el señor Luís Fernando Sánchez.



**entel**

2

La Sociedad Anónima STARTEL Ingeniería de Telecomunicaciones S.A. con un total 4.282 acciones que constituyen el 0,0334% del paquete accionario de Entel S.A., legalmente representada por el señor Alfonso Rossell Simon.

Representando a sus propias acciones, los señores: Luís Alfonso Gottret Requena con 884 acciones, Luis Nay Clavijo con 660 acciones, René López Ramos con 608 acciones, Ramón Max Ruiz Gutiérrez con 404 acciones, Lucas Casto Carranza Quintanilla con 252 acciones, Daniel Torrico Cardozo con 127 acciones, Ricardo Zúñiga Vildoso con 97 acciones y José Hugo Campos Carreón con 50 acciones, que suman un total de 3082 acciones que representan el 0,0241% del paquete accionario de Entel S.A.

Comprobada la existencia del quórum suficiente, que constituye el 97,780% del total de las acciones, el Ministro de Obras Públicas, Servicios y Vivienda, declaró legal y válidamente instalada la presente Junta.

Acto seguido, el accionista mayoritario informó que se encuentra acéfalo el cargo de Secretario del Directorio, por lo que sugirió la designación interina del cargo de Secretario del Directorio por esta Junta de Accionistas en correspondencia con el Art. 39 del Estatuto de la Sociedad.



Bajo esta circunstancia, propuso que dicha responsabilidad sea asignada al nuevo Gerente de Asuntos Legales y Societarios de Entel S.A., Dr. Alejandro Salinas, disponiendo en consecuencia su presencia en sala.

Luego de un análisis la Junta resolvió:



**Designar de manera interina como Secretario interino del Directorio de la sociedad al Dr. Alejandro Salinas.**

Con el uso de la palabra el Secretario interino del Directorio procedió a dar lectura de la convocatoria que consigna el Orden del Día:

1. **Nombramiento de Directores, fijación de su remuneración y fianza.**
2. **Nombramiento de Síndicos, fijación de su remuneración y fianza.**

De inmediato la Junta General Ordinaria de Accionistas pasó a considerar el tratamiento del temario de la convocatoria.



3

## 1. NOMBRAMIENTO DE DIRECTORES, FIJACIÓN DE SU REMUNERACIÓN Y FIANZA.

A manera de antecedente, el Representante por el Estado Boliviano solicitó al señor Interventor explique a los accionistas, las disposiciones legales de la nacionalización de ENTEL S.A.

Acto seguido con el uso de la palabra el Interventor, señor Joel Flores Carpio designado mediante Resolución Administrativa Regulatoria Nro. 2008/1056 de fecha 01/05/08, procedió a explicar con especial detalle que el Decreto Supremo N° 29543 de fecha 01/05/08, que en su artículo 2° parágrafo II, modificó las facultades dispuestas a los Arts. 104 y 106 del D.S. 24132, inherentes al Reglamento a la Ley de Telecomunicaciones y a cuyo efecto se dispone, en las partes relevantes, que *"...El Interventor designado tendrá la potestad de tomar las acciones necesarias a fin de asegurar la continuidad del servicio.... Podrá disponer el cese de funciones de Directores y Síndicos hasta que sean designados por las instancias correspondientes...".*

En este sentido, a continuación indicó que en uso de las atribuciones conferidas por el D.S. 29543 ha dispuesto el cese de funciones dejando sin efecto los cargos de Directores de los señores.: Franco Bertone, Massimo D´Alessandro, Alessandra Catanante Nasser de Melo, Francesco Saverio Lobianco, Mario Girasole, y de sus suplentes señores: Massimiliano Ambra, Rafaello Savarese, María Cristina Besso Cordero, Lara Cristina Ribeiro Piau Marques y Gianandrea Castelli Rivolta.



De la misma forma, informó que en cumplimiento al Art. 41 numeral 5 del Estatuto de la Sociedad concordante con el Art. 285 numeral 3 del Código de Comercio, el Directorio en su reunión de fecha 29/04/08 ha dispuesto poner a consideración de la presente Junta General Ordinaria de Accionistas, las declinatorias de aceptación del cargo como Director Titular de los Señores Hernán Mayorga Rocha y Camilo Torres Arandia, así como sus acefalías inherentes a los cargos de Directores Suplentes, por lo que en mérito a estos antecedentes, pidió considerar tanto, el cese de funciones explicado precedentemente, así como las declinatorias al cargo de funciones de Directores titulares y suplentes y en su caso el nombramiento de los sustitutos correspondientes.



**ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 02/08 DE FECHA 13/05/08**

4

En consideración a lo expuesto y luego de la discusión correspondiente, el Socio Mayoritario sometió a votación el cese de funciones de los Directores nombrados.

Por Secretaría se procedió a la verificación de la votación sobre este punto efectuada por los accionistas asistentes:

El Representante del socio Carlson Dividend Facility S.A. en primera instancia expresó su abstención, posteriormente decidió emitir su voto en contra, que representa el 0,2513% del total de las acciones presentes en sala, el resto de los accionistas asistentes, que representan el 99.7487%, emitieron su voto a favor de la cesación del cargo de Directores Titulares y Suplentes.

En consecuencia la Junta General Ordinaria de Accionistas resolvió:

- **Aceptar en todos sus términos y efectos el cese de funciones de los Sres. Franco Bertone, Massimo D´Alessandro, Alessandra Catanante Nasser de Melo, Francesco Saverio Lobianco, Mario Girasole, como Directores Titulares y de sus suplentes señores: Massimiliano Ambra, Rafaello Savarese, María Cristina Besso Cordero, Lara Cristina Ribeiro Piau Marques y Gianandrea Castelli Rivolta.**
- **Aceptar las declinatorias de aceptación del cargo de los señores Hernán Mayorga Rocha y Camilo Torres Arandia.**

En razón de la resolución adoptada en el párrafo anterior y en consideración a las facultades y atribuciones de la Junta General Ordinaria de Accionistas, el Ministro de Obras Públicas, Servicios y Vivienda, propuso se proceda a la designación de los Directores titulares y suplentes, solicitando que por Secretaría se informe sobre el procedimiento para la elección de los mismos.

El Dr. Alejandro Salinas con el uso de la palabra, indicó que de conformidad con los artículos 269, 285 numeral 3 del Código de Comercio, el artículo 45 del Estatuto de la Sociedad y al ser el Ministerio de Obras Públicas, Servicios y Vivienda el accionista mayoritario de Entel con el 97.4671% de su paquete accionario, corresponde proponer la designación de 7 Directores titulares y suplentes.



5

Tomando la palabra el señor Ministro de Obras Públicas, Servicios y Vivienda solicitó que por secretaría se de lectura a la carta CITE MOPSV/DESP Nro. 1177/2008, documento que como anexo forma parte integrante de la presente acta.

El Dr. Alejandro Salinas procedió a dar lectura de la carta entregada por el representante del accionista mayoritario, mediante la cual se nomina para el cargo de directores titulares a los señores: Marco Antonio Vásquez Vega, Leonardo Bascopé Tamayo, Raúl Tapia Beltrán, Luis Centellas Tórrez, Carlos Alfredo Rivera Salinas, Gonzalo Gutiérrez Mollard y Juan José Salmón Burgos.

El Ministro de Obras Públicas, Servicios y Vivienda propuso a los señores Ramón Max Ruíz Gutiérrez y Luis Fernando Ramírez Alípaz como directores suplentes.

Asimismo, aclaró que se han tomado los recaudos pertinentes para precautelar el cumplimiento de las disposiciones tanto del Código de Comercio así como del Estatuto de la Sociedad que establecen los requisitos y causales de impedimento para el ejercicio de las funciones de Director de la Sociedad.

En consecuencia, sin ingresar en más debate y en razón a la nominación realizada la Junta General Ordinaria de Accionistas resolvió: 

- **Proceder a la renovación total del Directorio mediante el nombramiento de los señores: Marco Antonio Vásquez Vega, Leonardo Bascopé Tamayo, Raúl Tapia Beltrán, Luis Centellas Tórrez, Carlos Alfredo Rivera Salinas, Gonzalo Gutiérrez Mollard y Juan José Salmón Burgos como directores titulares y de los señores Ramón Max Ruíz Gutiérrez y Luis Fernando Ramírez Alípaz, como directores suplentes, dejando en acefalía los demás cargos de directores suplentes.**
- **Los directores recientemente elegidos, ejercerán funciones por el lapso de dos años a partir de la fecha, conforme a lo establecido por el Art. 51 del Estatuto de la Sociedad.**



6

Por otra parte, el señor Ministro de Obras Públicas, Servicios y Vivienda informó que de conformidad con el artículo 41 numeral 6 del Estatuto concordante con el Art. 285, numeral 3 del Código de Comercio, la remuneración y fianza de los directores debe ser tratada en la Junta General Ordinaria de Accionistas, a cuyo efecto propuso que la presente Junta se pronuncie en relación a este tema, sugiriendo que se mantengan los montos para la remuneración y fianzas de los directores titulares y suplentes fijadas en la Junta General Ordinaria de Accionistas celebrada en fecha 26/02/08.

En mérito a estas consideraciones y luego de un intercambio de opiniones la Junta General Ordinaria de Accionistas, por unanimidad resolvió:

- **Disponer el reemplazo de los anteriores Directores Titulares y Suplentes por los Directores designados en esta Junta para que sean incorporados en la póliza (3D) - Fidelidad de Empleados - que tiene contratada Entel S.A. por un valor de hasta $us. 200.000 (DOSCIENTOS MIL 00/100 DOLARES AMERICANOS).**
- **Ratificar el monto de $us. 900 (NOVECIENTOS 00/100 DÓLARES AMERICANOS) como dieta por sesión asistida, para cada uno de los directores designados.**
- **Instruir que los nuevos directores sean comprendidos en el seguro de accidentes personales para Directores y Ejecutivos de Entel S.A. con un valor asegurado de $us. 15.000 (QUINCE MIL 00/100 DOLARES AMERICANOS), con cobertura de muerte accidental, invalidez permanente total o parcial y gastos médicos hasta $us. 7.500 (SIETE MIL QUINIENTOS 00/100 DOLARES AMERICANOS).**
- **Asimismo, se incorpore a los directores designados en esta Junta a las Pólizas de Seguro de Responsabilidad Civil del Directorio, la Comisión Fiscalizadora y Personal Ejecutivo, que tiene contratada Entel S.A. en relación a las decisiones que se adoptan en la Sociedad, de hasta un monto de $us. 10.000.000.- (DIEZ MILLONES 00/100 DÓLARES AMERICANOS).**

2. **NOMBRAMIENTOS DE SÍNDICOS, FIJACIÓN DE SU REMUNERACIÓN Y FIANZA.**



7

En este punto del Orden del Día el señor Ministro de Obras Públicas, Servicios y Vivienda, procedió a explicar a la Junta, que al amparo de las facultades conferidas por el D.S. 29543, el Interventor designado por la Superintendencia de Telecomunicaciones, ha dispuesto el cese de funciones de los síndicos de Entel, señor Tito Ángel Quinteros Cortéz y señora María Cristina Michel de Valencia.

Asimismo, informó a los accionistas presentes que el señor Franz Ramiro Salinas Soruco en fecha 28/04/08 presentó carta de renuncia al cargo de Síndico Suplente de la Sociedad, la que fue considerada por el Directorio en su reunión de fecha 29/04/08, órgano societario que resolvió elevar este hecho a consideración de la Junta General Ordinaria de Accionistas.

Por otra parte, el Ministro de Obras Públicas, Servicios y Vivienda, informó que el señor Oscar Ramiro Iriarte ha sido designado como síndico titular en la Junta General Ordinaria de Accionistas de fecha 26/02/08, por lo que propuso su ratificación.

Por lo expuesto, planteó se proceda a la designación del síndico suplente, a cuyo efecto solicitó que por secretaría se informe sobre las disposiciones legales que rigen la materia.

El secretario interino del Directorio indicó que el artículo 64 del Estatuto de la Sociedad, concordante con el Art. 332 del Código de Comercio, establece que la Sociedad deberá tener dos síndicos titulares e igual número de suplentes, indicando que toda votación para dicha elección se hará de manera abierta, pública e identificación de los accionistas, en base a los candidatos que propongan los mismos.

Expuesta esta información, el señor Ministro de Obras Públicas, Servicios y Vivienda pidió el uso de la palabra y propuso al señor Gastón Mostajo Tardío como síndico suplente en reemplazo del señor Franz Ramiro Salinas Soruco.

En consecuencia, en mérito a las nominaciones efectuadas, la Junta General Ordinaria de Accionistas resolvió:



8

- **Aceptar en todos sus términos y efectos el cese de funciones del señor Tito Ángel Quinteros Cortez y de su suplente señora María Cristina Michel de Valencia, como síndico titular y suplente.**
- **Aceptar la renuncia presentada por el señor Franz Ramiro Salinas Soruco como síndico suplente.**
- **Nombrar al señor Gastón Mostajo Tardío como síndico suplente en reemplazo del señor Franz Ramiro Salinas Soruco.**
- **Ratificar al señor Oscar Ramiro Iriarte, como síndico titular.**
- **Dejar en acefalía los cargos del segundo síndico titular y su suplente hasta que se modifiquen los estatutos.**
- **El síndico recientemente elegido y el ratificado, ejercerán funciones por el lapso de dos años a partir de la fecha, conforme a lo establecido por el Art. 67 del Estatuto de la Sociedad.**

Finalmente, el señor Ministro de Obras Públicas, Servicios y Vivienda informó que de conformidad con el artículo 68 del Estatuto, concordante con el Art. 339 del Código de Comercio, la remuneración y fianza de los síndicos debe ser tratada en la Junta General Ordinaria de Accionistas sugiriendo que esta Junta se pronuncie en relación a las remuneraciones, fianzas y pólizas de seguro actualmente vigentes para los síndicos titulares y suplentes.

En mérito a estas consideraciones y luego de un intercambio de opiniones la Junta General Ordinaria de Accionistas, por unanimidad resolvió:

- **Disponer el reemplazo del primer síndico suplente por el síndico suplente designado en la presente Junta, para que sea incorporado en la póliza (3D) - Fidelidad de Empleados - que tiene contratada Entel S.A. por un valor de hasta $us. 200.000 (DOSCIENTOS MIL 00/100 DOLARES AMERICANOS).**
- **Ratificar el monto de $us. 800 (OCHOCIENTOS 00/100 DÓLARES AMERICANOS) como remuneración mensual, para el síndico titular ratificado.**
- **Ratificar el monto de $us. 300 (TRESCIENTOS 00/100 DÓLARES AMERICANOS) como remuneración mensual, para el síndico suplente designado.**
- **Instruir que el nuevo síndico suplente sea comprendido en el seguro de accidentes personales para Directores y Ejecutivos de Entel S.A.**



**ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 02/08 DE FECHA 13/05/08**

9

con un valor asegurado de $us. 15.000 (QUINCE MIL 00/100 DOLARES AMERICANOS), con cobertura de muerte accidental, invalidez permanente total o parcial y gastos médicos hasta $us. 7.500 (SIETE MIL QUINIENTOS 00/100 DOLARES AMERICANOS).

- Asimismo, se incorpore al síndico suplente designado, en esta Junta a las Pólizas de Seguro de Responsabilidad Civil del Directorio, la Comisión Fiscalizadora y Personal Ejecutivo, que tiene contratada Entel S.A. en relación a las decisiones que se adoptan en la Sociedad, de hasta un monto de $us. 10.000.000.- (DIEZ MILLONES 00/100 DÓLARES AMERICANOS).

Habiendo sido agotado el temario de la convocatoria, se resolvió por unanimidad que el acta de la presente Junta sea firmada por los siguientes Accionistas: Oscar Coca Antezana, Ministro de Obras Públicas, Servicios y Vivienda por el Estado Boliviano, Alfonso Rossell Simon por STARTEL Bolivia, Lucas Casto Carranza Quintanilla, en forma conjunta con el Interventor, el Secretario interino de la Sociedad y el Síndico señor Oscar Ramiro Iriarte. Con esta determinación se declaró un cuarto intermedio a horas 18:00 para la elaboración y redacción del acta.

Concluido el cuarto intermedio a horas 20:00 y reinstalada la Junta, se procedió a dar lectura al acta de la sesión, la misma que fue aprobada y firmada por todos los accionistas representantes designados. Acto seguido se agradeció la presencia de los concurrentes y se dio por concluida la reunión a horas 21:47.

Oscar Coca Antezana
**Ministro de Obras Públicas, Servicios y Vivienda Accionista por el Estado Boliviano**

Oscar Ramiro Iriarte
**Síndico**



**ACTA DE LA JUNTA GENERAL ORDINARIA DE ACCIONISTAS N° 02/08 DE FECHA 13/05/08**

10

Alfonso Rossell Simon
**Startel Bolivia**
**Accionista**

Lucas Casto Carranza Quintanilla
**Accionista**

Alejandro Salinas
**Secretario Interino**

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into  English   of  _ Minutes of the Regular General Meeting of Stockholders of the Corporation "Entel S.A." No. 02/2008 held on May 13, 2008 _  written in Spanish   .

New York,  May 20, 2008.

TransNet USA, Inc.


_____
Susan E. Geddes, Vice President


Sworn to and subscribed before me on
May 20, 2008.


LORI A. VOLLMER
Notary Public
State of New York
No.: 01VO5065470
Qualified in Nassau County
Commission Expires:
3 September 2010