Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone:  (212) 254-1111
Facsimile:  (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone:  (415) 514-0200
Facsimile:  (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

      Plaintiff,

        v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

      Defendants.

:    Case No. 08-cv-4247 (LTS)

---

**FIRST DECLARATION OF ALEJANDRO SALINAS VILELA IN SUPPORT
OF DEFENDANT EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
TO MOTION TO CONFIRM *EX PARTE* ORDER OF
PREJUDGMENT ATTACHMENT**

Michael Krinsky (MK4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P C
111 Broadway, 11th Floor
New York, New York 10006
Telephone  (212) 254-1111
Facsimile  (212) 674-4614

Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

E T I  EURO TELECOM
INTERNATIONAL, N V

                    Plaintiff,

              v                                            Case No  08-cv-4247 (L I S)

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S A ,

                    Defendants

_____

## DECLARATION OF DR. ALEJANDRO SALINAS VILELA

DR  ALEJANDRO SALINAS VILELA declares the following to be true and

correct under penalty of perjury under the laws of the United States

1       I am the Manager of the Legal Department at the Empresa Nacional de

Telecomunicaciones, S A  ("ENTEL"), and have held this position since May 13, 2008  I

am a lawyer and a member of the National Bar Association of Bolivia and of the Bar of

La Paz  I am a Professor of Regulatory and Hydrocarbon Law at the Bolivian Catholic

University School of Law in La Paz, Bolivia   I received my law degree in 1998 from the Bolivian Catholic University School of Law   I received a degree entitled Specialization in Administrative Law (which is equivalent to a master's degree) from Simon Bolivar University in La Paz, Bolivia in 1999   I received a M A   in International Business Law from University of Francisco de Vittoria in Madrid, Spain, in 2002   I received a Postgraduate Degree in Law in public services from Castilla La Mancha University in Toledo, Spain in 2004  I submit this declaration in opposition to the Motion to Confirm Order of Attachment filed by E T I  Euro Telecom International N V  ("ETI")

2       The Ministry of Public Works, Utilities and Housing is a ministry of the Republic of Bolivia   The Ministry has no separate juridical existence   Bolivia's Constitution establishes that the Ministries, including the Ministry of Public Works, Utilities and Housing, are an integral part of the Republic of Bolivia's governmental structure, and that the Ministers are appointed by the President, and that Presidential decrees are only valid if signed by the corresponding Minister   Article 99 of the Constitution states that   "The business of the Public Administration will be carried out by the Ministers of State, whose number and attributes are determined by law   A decree of the President of the Republic will suffice for their appointment "  Article 101 of the Constitution states   "The Ministers of State are responsible for the acts of administration in their respective branches, jointly with the President of the Republic "  Article 102 states _   All decrees and order of the President of the Republic must be signed by the corresponding Minister   They will not be valid it this requirement is not met '  A copy of the relevant provisions of the Constitution are attached hereto as Exhibit A

3       The Ministry of Public Works, Services and Housing was established pursuant to the Law 3351, the Law of Executive Power   The Ministry's core function is to  'formulate housing plans and programs, prioritizing the social interest, urban improvement and, in general, the living conditions of the most depressed social sectors, [and to] formulate, execute and evaluate policies of telecommunications, energy and

government of Bolivia and exists to act on behalf of the Republic of Bolivia, as specified in Law 3351, the Law of Executive Power    The Ministry does not hold property separately from the Bolivian State    and any property that is held in the name of the Ministry is property of the Bolivian State    A copy of the relevant provisions of Law 3351 is attached hereto as Exhibit B

Executed on June 2, 2008, in La Paz, Bolivia

ALEJANDRO SALINAS VILELA

3

# EXHIBIT A

# ACT OF APRIL 13, 2004

## CARLOS D. MESA GISBERT
## CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

Whereas the Honorable National Congress has approved the following Act:

**THE HONORABLE NATIONAL CONGRESS**

**DECREES:**

**ARTICLE ONE.** Let there be incorporated into the text of the Political Constitution of the State the Articles of Act No. 2631 of February 20, 2004, on "Reforms to the Political Constitution of the State," eliminating the Transitional Provisions of Act No. 1615 of February 6, 1995, with the resultant full text of the Political Constitution of the State being:

## POLITICAL CONSTITUTIONAL OF THE STATE

## TITLE TWO
## EXECUTIVE BRANCH

### CHAPTER I
### PRESIDENT OF THE REPUBLIC

**Article 85.** Executive Power is exercised by the Present of the Republic jointly with the Ministers of State.

**Article 86.** The President of the Republic will be elected by direct election. At the same time and similarly, the Vice President will be elected.

**Article 87.**

I.      The President of the Republic is elected for an unextendable term of five years. The President may be re-elected one single time after a period of at least one constitutional term has elapsed.

II.     The Vice-President of the Republic is also elected for an unextendable term of five years. The Vice-President cannot be elected President or Vice-President of the Republic in the period following the term for which he was elected.

**Article 88.** To be elected President or Vice-President of the Republic, the minimum conditions for being elected to the Senate must be met.

**Article 89.** The following persons cannot be elected President or Vice-President of the Republic:

1.      Ministers of State or presidents of entities with an economic or social function in which the State participates who have not resigned from their positions at least six months prior to the election date.

2.      Consanguineous relatives and similar up to the second degree, in accordance with the civil calculation, of those who have held the Presidency or Vice-Presidency of the Republic within the past year prior to the election.

3.      Members of the Armed Forces on active duty, and members of the clergy and ministers of any religious sect.

**Article 90.**

I.      If, in the general elections, none of the formulations for President and Vice-President of the Republic receive an absolute majority of valid votes, Congress, by an absolute majority of valid votes on an oral role call, will elect one of the two formulations that received the largest number of valid votes.

**II.**    In case of a tie, the voting will be repeated twice consecutively in an oral role call. If this tie persists, the candidates who received a simple majority of valid votes in the general election will be proclaimed President and Vice-President.

**III.**    The election and calculation will be carried out in a public, continuous session due to the time and the subject.

**Article 91.** The President and Vice-President of the Republic will be proclaimed via an Act.

**Article 92.** Upon taking possession of the position, the President and Vice-President of the Republic will solemnly swear, before Congress, their loyalty to the Republic and the Constitution.

**Article 93.**

**I.**    In case of impediment or temporary absence of the President of the Republic, prior to or following his proclamation, he will be replaced by the Vice-President, and in the absence thereof, successively by the Chairman of the Senate, the Chairman of the Chamber of Deputies, and the Presiding Judge of the Supreme Court of Justice.

**II.**    The Vice-President will assume the Presidency of the Republic if this position is left vacant prior to or following the proclamation of the President Elect, and will hold such position until the end of the constitutional term.

**III.**    In the absence of the Vice-President, the Chairman of the Senate will take the position, and in his absence, the Chairman of the Chamber of Deputies and the Presiding Judge of the Supreme Court of Justice will take the position in strict order of precedence. In the latter case, if three years of the Presidential term in office have not elapsed, a new election will be held for the President and Vice-President, to serve only for the remainder of the term.

**Article 94.** As long as the Vice-President does not exercise the Executive Power, he shall hold the position of Chairman of the Senate, without prejudice to the fact that this Chamber also elects its own Chairman to take the position in case of absences.

**Article 95.** The President of the Republic may not absent himself from the national territory for more than five days without the permission of Congress. Upon his return, he will make a report to the Congress.

**Article 96.** The following are the attributes of the President of the Republic:

**1.**    To execute and cause compliance with the laws by issuing the appropriate decrees and orders without privatively defining rights, or altering those defined by Law or

in contradiction to the provisions thereof, maintaining the restrictions imposed by this Constitution;

2. Negotiate and conclude treaties with foreign nations; and to implement them after ratification by Congress.

3. To conduct foreign relations, appoint diplomatic and consular functionaries, to admit foreign functionaries in general.

4. To assist in the formation of codes and laws by means of special messages.

5. To convene Congress for special sessions.

6. To administer the national income and decree the investment thereof through the respective Ministry, in accordance with the laws and in strict compliance with the budget.

7. To present to the Legislature, within the first thirty regular sessions, the national and department budgets for subsequent financial management, and to propose, during the period of validity of such budget, the amendments that he may deem necessary. The Public Expenditures Account in conformity with the budget must be presented annually.

8. To present to the Legislature development plans that exceed ordinary budgets in the area or that exceed the management periods.

9. To monitor municipal resolutions, especially those related to income and taxes, and to denounce to the Senate any that are contrary to the Constitution and the laws, provided that the transgressing Municipality does not accede to the requirements of the Executive Branch.

10. To present to Congress annually, in the First Regular Session, a written message about the course and state of the administration's actions during the year, accompanied by memorials from the Ministries.

11. To present to the Chambers, through the Ministers, the reports that they may request; those related to diplomatic negotiations that, in his opinion, should not be published, may be withheld.

12. To cause compliance with court rulings.

13. To decree amnesties for political crimes, without prejudice to those that may be granted by the Legislature.

14. To appoint the Comptroller General of the Republic and the Superintendent of Banks from the list of candidates proposed by the National Senate, and the Chairmen of the entities with an economic or social function in which the State participates from the list of candidates proposed by the Chamber of Deputies.

15. To appoint the employees of the Administration whose appointment is not reserved by law to another branch, and to issue their titles.

16. To appoint interim employees, in case of resignation or death, who must be elected by another branch when the latter is in recess.

17. To attend the opening and closing sessions of Congress.

18. To preserve and defend the internal order and external security of the Republic, in conformity with the Constitution.

19. To appoint the Commander in Chief of the Armed Forces and the Commanders of the Army, Air Force, and Navy, and the Commander General of the National Police.

20. To propose to the Senate, in case of vacancy, promotions to Generals of the Army, Air Force, Major Generals, Brigadier Generals, Admirals, Vice-Admirals, Rear Admirals of the Armed Forces of the Nation, and Generals of the National Police with reports on their service and promotions.

21. To confer, during a state of international war, battlefield promotions to the ranks to which the previous attribute refers.

22. To create and authorize minor ports.

23. To appoint representatives of the Executive Branch attached to the Electoral Courts.

24. To exercise maximum authority over the National Agrarian Reform Service. To grant executive titles by reason of the redistribution of land, in conformity with the provisions of the Agrarian Reform Act, as well as the provisions of the Colonization Act.

25. To file for abstract and remedial reviews, to challenge and formulate questions before the Constitutional Court provided for in Attributes 1, 3 and 8 of Article 120 of this Constitution.

**Article 97.** The rank of General of the Armed Forces is inherent in the functions of the President of the Republic.

**Article 98.** The President of the Republic will visit the various centers in the country at least once during his term, to learn of their needs.

## CHAPTER II
## MINISTERS OF STATE

**Article 99.** The business of the Public Administration will be carried out by the Ministers of State, whose number and attributes are determined by law. A decree of the President of the Republic will suffice for their appointment.

**Article 100.** The same conditions as for a Deputy are required to be a Minister of State.

**Article 101.**

I. The Ministers of State are responsible for the acts of administration in their respective branches, jointly with the President of the Republic.

II. They are jointly responsible for the actions approved in the Cabinet Council.

**Article 102.** All decrees and orders of the President of the Republic must be signed by the corresponding Minister. They will not be valid if this requirement is not met.

**Article 103.** The Ministers of State may attend the debates of any of the Chambers, but must withdraw prior to any voting.

**Article 104.** After the Congress opens its sessions, the Ministers will present their respective reports on the state of the administration, in the form set forth in Article 96, Attribute 10.

**Article 105.**

I.     The income investment account that the Minister of the Treasury must present to Congress will be approved by the other Ministers in relation to their respective offices.

II.     All Ministers will participate in the drafting of the General Budget.

**Article 106.** No oral or written order from the President of the Republic will exempt the Ministers from their responsibility.

**Article 107.** The Ministers will be judged in conformity with the Responsibility Act for crimes they may commit in the exercise of their functions and in accordance with Attribute 5 of Article 118 of this Constitution.

Let it be submitted to the Executive Branch for constitutional purposes.

Issued in the Session Chamber of the Honorable National Congress on the first day of April, Two Thousand Four.

Signed. H. Hormando Vaca Díez Vaca Díez
**CHAIRMAN, HONORABLE NATIONAL SENATE**

Signed. H. Oscar Arrien Sandoval
**CHAIRMAN, HONORABLE CHAMBER OF DEPUTIES**

Signed. H. Enrique Urquidi Hodgkinson
**SECRETARY OF THE SENATE**

Signed. H. Juan Luis Choque Armijo
**SECRETARY OF THE SENATE**

Signed. H. Roberto Fernández Orosco
**SECRETARY OF THE DEPUTIES**

Signed. Teodoro Valencia Espinoza.
**SECRETARY OF THE DEPUTIES**

Now, therefore, I promulgate the same so that it may be considered and complied with as the Law of the Republic.

Presidential Palace in the City of La Paz, on the thirteenth day of April, Two Thousand Four.

**SIGNED: CARLOS D. MESA GISBERT**
Signed: Juan Ignacio Siles del Valle
Signed: José Antonio Galindo Neder
Signed: Alfonso Ferrufino Valderrama
Signed: Gonzalo Arrendondo Millán
Signed: Javier Cuevas Argote
Signed: Gustavo Pedraza Mérida
Signed: Horst Grebe López
Signed: Jorge Urquidi Barrau
Signed: Xavier Nogales Iturri
Signed: Donato Ayma Rojas
Signed: Fernando Antezana Aranibar
Signed: Luis Fernández Fagalde
Signed: Diego Montenegro Ernst
Signed: Roberto Barbery Analya
Signed: Ricardo Calla Ortega

/nmc.

**TransNet USA, Inc.**
235 West 102ⁿᵈ Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK    )
                              )    ss.:
COUNTY OF NEW YORK  )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into __English__ of __Excerpts from the Bolivian Constitution__ written in __Spanish__ .

New York, June 05, 2008.

TransNet USA, Inc.

_____
Kamran Bayegan, President

Sworn to and subscribed before me on
June 05, 2008.

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

LEY N° 2650

## LEY DE 13 DE ABRIL DE 2004

## CARLOS D. MESA GISBERT
## PRESIDENTE CONSTITUCIONAL DE LA REPUBLICA

Por cuanto, el Honorable Congreso Nacional, ha sancionado la siguiente Ley:

**EL HONORABLE CONGRESO NACIONAL,**

**D E C R E T A:**

**ARTÍCULO ÚNICO.** Incorpóranse al texto de la Constitución Política del Estado los Artículos de la Ley N° 2631, de 20 de Febrero de 2004, de "Reformas a la Constitución Política del Estado", y deróganse las Disposiciones Transitorias de la Ley N° 1615, de 6 de febrero de 1995, siendo el texto completo de la Constitución Política del Estado, el siguiente:

## CONSTITUCIÓN POLÍTICA DEL ESTADO

### TÍTULO PRELIMINAR
### DISPOSICIONES GENERALES

**Artículo 1°.**

I.    Bolivia, libre, independiente, soberana, multiétnica y pluricultural constituida en República Unitaria, adopta para su gobierno la forma democrática representativa y participativa, fundada en la unión y la solidaridad de todos los bolivianos.

II.   Es un Estado Social y Democrático de Derecho que sostiene como valores superiores de su ordenamiento jurídico, la libertad, la igualdad y la Justicia.

**Artículo 2°.** La soberanía reside en el pueblo; es inalienable e imprescriptible; su ejercicio está delegado a los poderes Legislativo, Ejecutivo y Judicial. La independencia y coordinación de estos poderes es la base del gobierno. Las

//..

2ª. Ejercer funciones de investigación y supervigilancia general de la Administración Pública, dirigiendo al Poder Ejecutivo las representaciones que sean pertinentes.

3ª. Pedir al Ejecutivo, por dos tercios de votos del total de sus miembros, la convocatoria a sesiones extraordinarias del Congreso cuando así lo exija la importancia y urgencia de algún asunto.

4ª. Informar sobre todos los asuntos que queden sin resolución a fin de que sigan tramitándose en el período de sesiones.

5ª. Elaborar Proyectos de Ley para su consideración por las Cámaras.

**Artículo 84º.** La Comisión del Congreso dará cuenta de sus actos ante las Cámaras en sus primeras sesiones ordinarias.

## TÍTULO SEGUNDO
## PODER EJECUTIVO

### CAPÍTULO I
### PRESIDENTE DE LA REPÚBLICA

**Artículo 85º.** El Poder Ejecutivo se ejerce por el Presidente de la República conjuntamente con los Ministros de Estado.

**Artículo 86º.** El Presidente de la República será elegido por sufragio directo. Al mismo tiempo y en igual forma se elegirá al Vicepresidente.

**Artículo 87º.**

I. El mandato improrrogable del Presidente de la República es de cinco años. El Presidente puede ser reelecto por una sola vez después de transcurridos cuando menos un período constitucional.

II. El mandato improrrogable del Vicepresidente es también de cinco años. El Vicepresidente no puede ser elegido Presidente ni Vicepresidente de la República en el período siguiente al que ejerció su mandato.

**Artículo 88º.** Para ser elegido Presidente o Vicepresidente de la República se requiere las mismas condiciones exigidas para Senador.

**Artículo 89º.** No pueden ser elegidos Presidente ni Vicepresidente de la República.

//..

1.  Los Ministros de Estado o presidentes de entidades de función económica o social en las que tenga participación el Estado que no hubieren renunciado al cargo seis meses antes del día de la elección.

2.  Los parientes consanguíneos y afines dentro del segundo grado, de acuerdo al cómputo civil, de quienes se hallaren en ejercicio de la Presidencia o Vicepresidencia de la República durante el último año anterior a la elección.

3.  Los miembros de las Fuerzas Armadas en servicio activo, los del clero y los ministros de cualquier culto religioso.

**Artículo 90°.**

I.   Si en las elecciones generales ninguna de las fórmulas para Presidente y Vicepresidente de la República obtuviera la mayoría absoluta de sufragios válidos, el Congreso elegirá por mayoría absoluta de votos válidos, en votación oral y nominal, entre las dos fórmulas que hubieran obtenido el mayor número de sufragios válidos.

II.  En caso de empate, se repetirá la votación por dos veces consecutivas, en forma oral y nominal. De persistir el empate, se proclamará Presidente y Vicepresidente a los candidatos que hubieran logrado la mayoría simple de sufragios válidos en la elección general.

III. La elección y el cómputo se harán en sesión pública y permanente por razón de tiempo y materia.

**Artículo 91°.** La proclamación de Presidente y Vicepresidente de la República se hará mediante Ley.

**Artículo 92°.** Al tomar posesión del cargo, el Presidente y Vicepresidente de la República, jurarán solemnemente, ante el Congreso, fidelidad a la República y a la Constitución.

**Artículo 93°.**

I.   En caso de impedimento o ausencia temporal del Presidente de la República, antes o después de su proclamación, lo reemplazará el Vicepresidente y, a falta de éste y en forma sucesiva, el Presidente del Senado, el de la Cámara de Diputados o el de la Corte Suprema de Justicia.

//..

**II.** El Vicepresidente asumirá la Presidencia de la República si ésta quedare vacante antes o después de la proclamación del Presidente Electo, y la ejercerá hasta la finalización del período constitucional.

**III.** A falta del Vicepresidente hará sus veces el Presidente del Senado y en su defecto, el Presidente de la Cámara de Diputados y el de la Corte Suprema de Justicia, en estricta prelación. En este último caso, si aún no hubieran transcurrido tres años del período presidencial, se procederá a una nueva elección del Presidente y Vicepresidente, sólo para completar dicho período.

**Artículo 94º.** Mientras el Vicepresidente no ejerza el Poder Ejecutivo, desempeñará el cargo de Presidente del Senado, sin perjuicio de que esta Cámara elija su Presidente para que haga las veces de aquel en su ausencia.

**Artículo 95º.** El Presidente de la República no podrá ausentarse del territorio nacional, por más de cinco días, sin permiso del Congreso. A su retorno rendirá informe al Congreso.

**Artículo 96º.** Son atribuciones del Presidente de la República:

**1ª.** Ejecutar y hacer cumplir las leyes, expidiendo los decretos y órdenes convenientes, sin definir privativamente derechos, alterar los definidos por Ley ni contrariar sus disposiciones, guardando las restricciones consignadas en esta Constitución.

**2ª.** Negociar y concluir tratados con naciones extranjeras; canjearlos, previa ratificación del Congreso.

**3ª.** Conducir las relaciones exteriores, nombrar funcionarios diplomáticos y consulares, admitir a los funcionarios extranjeros en general.

**4ª.** Concurrir a la formación de códigos y leyes mediante mensajes especiales.

**5ª.** Convocar al Congreso a sesiones extraordinarias.

**6ª.** Administrar las rentas nacionales y decretar su inversión por intermedio del respectivo Ministerio, con arreglo a las leyes y con estricta sujeción al presupuesto.

**7ª.** Presentar al Legislativo, dentro de las treinta primeras sesiones ordinarias, los presupuestos nacional y departamentales para la siguiente gestión financiera y proponer, durante su vigencia, las modificaciones que estime necesarias. La cuenta de los gastos públicos conforme al presupuesto se presentará anualmente.

**8ª.** Presentar al Legislativo los planes de desarrollo que sobrepasen los presupuestos ordinarios en materia o en tiempo de gestión.

//..

9ª. Velar por las resoluciones municipales, especialmente las relativas a rentas e impuestos, y denunciar ante el Senado las que sean contrarias a la Constitución y a las leyes, siempre que la Municipalidad transgresora no cediese a los requerimientos del Ejecutivo.

10ª. Presentar anualmente al Congreso, en la Primera Sesión Ordinaria, mensaje escrito acerca del curso y estado de los negocios de la administración durante el año, acompañando las memorias ministeriales.

11ª. Prestar a las Cámaras, mediante los Ministros, los informes que soliciten, pudiendo reservar los relativos a negociaciones diplomáticas que a su juicio no deban publicarse.

12ª. Hacer cumplir las sentencias de los tribunales.

13ª. Decretar amnistía por delitos políticos, sin perjuicio de las que pueda conceder el legislativo.

14ª. Nombrar al Contralor General de la República y al Superintendente de Bancos, de las ternas propuestas por el Senado Nacional, y a los presidentes de las entidades de función económica y social en las cuales tiene intervención el Estado, de las ternas propuestas por la Cámara de Diputados.

15ª. Nombrar a los empleados de la administración cuya designación no esté reservada por Ley a otro poder, y expedir sus títulos.

16ª. Nombrar interinamente, en caso de renuncia o muerte, a los empleados que deban ser elegidos por otro poder cuando éste se encuentre en receso.

17ª. Asistir a la inauguración y clausura del Congreso.

18ª. Conservar y defender el orden interno y la seguridad exterior de la República, conforme a la Constitución.

19ª. Designar al Comandante en Jefe de las Fuerzas Armadas y a los Comandantes del Ejército, Fuerza Aérea, Naval y al Comandante General de la Policía Nacional.

20ª. Proponer al Senado, en caso de vacancia, ascensos a General de Ejército, de Fuerza Aérea, de División, de Brigada, a Almirante, Vicealmirante, Contralmirante de las Fuerzas Armadas de la Nación, y a General de la Policía Nacional con informe de sus servicios y promociones.

21ª. Conferir, durante el estado de guerra internacional, los grados a que se refiere la atribución precedente en el campo de batalla.

22ª. Crear y habilitar puertos menores.

23ª. Designar a los representantes del Poder Ejecutivo ante las Cortes Electorales.

24ª. Ejercer la autoridad máxima del Servicio Nacional de Reforma Agraria. Otorgar títulos ejecutoriales en virtud de la redistribución de las tierras, conforme a las disposiciones de la Ley de Reforma Agraria, así como los de Colonización.

//..

**25ª.** Interponer el recurso abstracto y remedial, hacer las impugnaciones y formular las consultas ante el Tribunal Constitucional previstas en las atribuciones 1ª, 3ª y 8ª del artículo 120º de esta Constitución.

**Artículo 97º.** El grado de Capitán General de las Fuerzas Armadas es inherente a las funciones de Presidente de la República.

**Artículo 98º.** El Presidente de la República visitará los distintos centros del país, por lo menos una vez durante el período de su mandato, para conocer sus necesidades.

## CAPÍTULO II
## MINISTROS DE ESTADO

**Artículo 99º.** Los negocios de la Administración Pública se despachan por los Ministros de Estado, cuyo número y atribuciones determina la Ley. Para su nombramiento o remoción bastará decreto del Presidente de la República.

**Artículo 100º.** Para ser Ministro de Estado se requiere las mismas condiciones que para Diputado.

**Artículo 101º.**

I. Los Ministros de Estado son responsables de los actos de administración en sus respectivos ramos, juntamente con el Presidente de la República.

II. Su responsabilidad será solidaria por los actos acordados en Consejo de Gabinete.

**Artículo 102º.** Todos los decretos y disposiciones del Presidente de la República deben ser firmados por el Ministro correspondiente. No serán válidos no obedecidos sin este requisito.

**Artículo 103º.** Los Ministros de Estado pueden concurrir a los debates de cualquiera de las Cámaras, debiendo retirarse antes de la votación.

**Artículo 104º.** Luego que el Congreso abra sus sesiones, los Ministros presentarán sus respectivos informes acerca del estado de la administración, en la forma que se expresa en el artículo 96º, atribución 10ª.

//..

**Artículo 105°.**

I.    La cuenta de inversión de las rentas, que el Ministro de Hacienda debe presentar al Congreso, llevará la aprobación de los demás Ministros en lo que se refiere a sus respectivos despachos.

II.    A la elaboración del Presupuesto General concurrirán todos los Ministros.

**Artículo 106°.** Ninguna orden verbal o escrita del Presidente de la República exime de responsabilidad a los Ministros.

**Artículo 107°.** Los Ministros serán juzgados conforme a la Ley de Responsabilidad por los delitos que cometieren en el ejercicio de sus funciones y con arreglo a la atribución 5ª del artículo 118° de esta Constitución.

## CAPÍTULO III
## RÉGIMEN INTERIOR

**Artículo 108°.** El territorio de la República se divide políticamente en departamentos, provincias, secciones de provincias y cantones.

**Artículo 109°.**

I.    En cada Departamento el Poder Ejecutivo está a cargo y se administra por un Prefecto, designado por el Presidente de la República.

II.    El Prefecto ejerce la función de Comandante General del Departamento, designa y tiene bajo su dependencia a los Subprefectos en las provincias y a los corregidores en los cantones, así como a las autoridades administrativas departamentales cuyo nombramiento no esté reservado a otra instancia.

III.    Sus demás atribuciones se fijan por Ley.

IV.    Los Senadores y Diputados podrán ser designados Prefectos de Departamento, quedando suspensos de sus funciones parlamentarias por el tiempo que desempeñen el cargo.

**Artículo 110°.**

I.    El Poder Ejecutivo a nivel departamental se ejerce de acuerdo a un régimen de descentralización administrativa.

//..

**II.** En cada Departamento existe un Consejo Departamental, presidido por el Prefecto, cuya composición y atribuciones establece la Ley.

**CAPÍTULO IV**
**CONSERVACIÓN DEL ORDEN PÚBLICO**

**Artículo 111º.**

**I.** En los casos de grave peligro por causa de conmoción interna o guerra internacional el Jefe del Poder ejecutivo podrá, con dictamen afirmativo del Consejo de Ministros, declarar el estado de sitio en la extensión del territorio que fuere necesario.

**II.** Si el Congreso se reuniese ordinaria o extraordinariamente, estando la República o una parte de ella bajo el estado de sitio, la continuación de éste será objeto de una autorización legislativa. En igual forma se procederá si el Decreto de Estado de Sitio fuese dictado por el Poder Ejecutivo estando las Cámaras en funciones.

**III.** Si el estado de sitio no fuere suspendido antes de noventa días, cumplido este término caducará de hecho, salvo el caso de guerra civil o internacional. Los que hubieren sido objeto de apremio serán puestos en libertad, a menos de haber sido sometidos a la jurisdicción de tribunales competentes.

**IV.** El Ejecutivo no podrá prolongar el estado de sitio más allá de noventa días, ni declarar otro dentro del mismo año sino con asentimiento del Congreso. Al efecto, lo convocará a sesiones extraordinarias si ocurriese el caso durante el receso de las Cámaras.

**Artículo 112º.** La declaración de estado de sitio produce los siguientes efectos:

1º. El Ejecutivo podrá aumentar el número de efectivos de las Fuerzas Armadas y llamar al servicio las reservas que estime necesarias.
2º. Podrá imponer la anticipación de contribuciones y rentas estatales que fueren indispensables, así como negociar y exigir empréstitos siempre que los recursos ordinarios fuesen insuficientes. En los casos de empréstito forzoso el Ejecutivo asignará las cuotas y las distribuirá entre los contribuyentes conforme a su capacidad económica.
3º. Las garantías y los derechos que consagra esta Constitución no quedarán suspensos de hecho y en general con la sola declaración del estado de sitio;

//..

pero podrán serlo respecto de señaladas personas fundadamente sindicadas de tramar contra el orden público, de acuerdo a lo que establecen los siguientes párrafos.

4º. Podrá la autoridad legítima expedir órdenes de comparendo o arresto contra los sindicados, pero en el plazo máximo de cuarenta y ocho horas los pondrá a disposición del juez competente, a quien pasará los documentos que hubiesen motivado el arresto. Si la conservación del orden público exigiese el alejamiento de los sindicados, podrá ordenarse su confinamiento a una capital de Departamento o de Provincia que no sea malsana. Queda prohibido el destierro por motivos políticos; pero al confinado, perseguido o arrestado por estos motivos, que pida pasaporte para el exterior, no podrá serle negado por causa alguna debiendo las autoridades otorgarle las garantías necesarias al efecto.

5º. Los ejecutores de órdenes que violen estas garantías podrán ser enjuiciados en cualquier tiempo, pasado que sea el estado de sitio, como reos de atentado contra las garantías constitucionales, sin que les favorezca la excusa de haber cumplido órdenes superiores.

6º. En caso de guerra internacional, podrá establecerse censura sobre la correspondencia y todo medio de publicación.

**Artículo 113º.** El Gobierno rendirá cuenta al próximo Congreso de los motivos que dieron lugar a la declaración del estado de sitio y del uso que hubiese hecho de las facultades que le confiere este capítulo, informando del resultado de los enjuiciamientos ordenados y sugiriendo las medidas indispensables para satisfacer las obligaciones que hubiese contraído por préstamos directos y percepción anticipada de impuestos.

**Artículo 114º.**

I.    El Congreso dedicará sus primeras sesiones al examen de la cuenta a que se refiere el artículo precedente, pronunciando su aprobación o declarando la responsabilidad del Poder Ejecutivo.

II.   Las Cámaras podrán, al respecto, hacer las investigaciones que crean necesarias y pedir al Ejecutivo la explicación y justificación de todos sus actos relacionados con el estado de sitio, aunque no hubiesen sido ellos mencionados en la cuenta rendida.

//..

**Artículo 115º.**

**I.**   Ni el Congreso, ni asociación alguna o reunión popular pueden conceder al Poder Ejecutivo facultades extraordinarias ni la suma del Poder Público, ni otorgarle supremacías por las que la vida, el honor y los bienes de los habitantes queden a merced del Gobierno, ni de persona alguna.

**II.**  La inviolabilidad personal y las inmunidades establecidas por esta Constitución no se suspenden durante el estado de sitio para los representantes nacionales.

## TÍTULO TERCERO
## PODER JUDICIAL

### CAPÍTULO I
### DISPOSICIONES GENERALES

**Artículo 116º.**

**I.**   El Poder Judicial se ejerce por la Corte Suprema de Justicia de la Nación, el Tribunal Constitucional, las Cortes Superiores de Distrito, los tribunales y jueces de instancia y demás tribunales y juzgados que establece la Ley. La Ley determina la organización y atribuciones de los tribunales y juzgados de la República. El Consejo de la Judicatura forma parte del Poder Judicial.

**II.**  No pueden establecerse tribunales o juzgados de excepción.

**III.** La facultad de juzgar en la vía ordinaria, contenciosa y contencioso-administrativa y la de hacer ejecutar lo juzgado corresponde a la Corte Suprema y a los tribunales y jueces respectivos, bajo el principio de unidad jurisdiccional.

**IV.**  El control de constitucionalidad se ejerce por el Tribunal Constitucional.

**V.**   El Consejo de la Judicatura es el órgano administrativo y disciplinario del Poder Judicial.

**VI.**  Los Magistrados y jueces son independientes en la administración de Justicia y no están sometidos sino a la Constitución y la Ley. No podrán ser destituidos de sus funciones, sino previa sentencia ejecutoriada.

//..

EXHIBIT B

LAW OF THE ORGANIZATION OF EXECUTIVE POWER
LAW 3351
LAW OF FEBRUARY 21, 2006

EVO MORALES AIMA
CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

Whereas, the Honorable national Congress has approved the following law:

THE HONORABLE NATIONAL CONGRESS

DECREES:

LAW OF THE ORGANIZATION OF EXECUTIVE POWER

TITLE I
OBEJCTIVE

SINGLE CHAPTER
OBJECTIVE

ARTICLE 1 –
This law, in compliance with article 99 of the Political Constitution of the State, has as its objective the establishing of a number of attributes of the Ministers of State and other norms related to the organization of Executive Power.

TITLE II
MINITERS OF STATE AND ORGANS OF COORDINATION

CHAPTER I
MINISTERS OF STATE

ARTICLE 2.-

1. The services and affairs of the Public Administration are attended to by the Ministers of State, the number and attributes of which the present law determines.  The Ministers of State are the following:

Minister of Foreign Relations and Religion
Minister of the Presidency
Minister of Government
Minister of National Defense
Minister of Justice
Minister of Planning of Development
Minister of Revenue
Minister of Water
Minister of Production and Micro-enterprises
Minister of Public Works, Services and Housing
Minister of Rural Development, Agriculture and Environment
Minister of Hydrocarbons and Energy
Minister of Mining and Metallurgy
Minister of Labor
Minister of Education and Culture
Minister of Health and Sports

II. By decree of the Hon. President of the Republic, in the temporary absence of a Minister, another Minister of State shall be designated provisionally to replace him.

III. The Executive Power shall establish by Supreme Decree the internal hierarchical structure of the Ministers and their dependent entities.

IV. The President of the Republic shall designate up to two Ministers without Portfolio to formulate and execute specific policies. For this purpose he shall assign, by presidential decree, the scope and ministerial attributes established in this Law.

V. The President of the Republic shall designate presidential representatives without Ministerial attribute and to entrust them with specific tasks assigned in the corresponding Supreme Resolution of their appointment. They will not be part of the organic hierarchical structure, except in the level of assistance and aid.

ARTICLE 3.-
The general attributes and obligations of the Ministers are:

a) Attend the meetings of the Council of Ministers and other councils or instances of coordination, as determined by the Executive Power in the corresponding regulation.
b) implement the administrative systems and governmental control in force.
c) Respond to the written reports and provide oral reports and interpretations to the plenary of the Legislative Chambers.
d) Elaborate the proposed budget for his Ministry, participate in the drafting of the General Budget of the National and give reports of its execution.
e) Issue norms related to the scope of his competence and resolve in the final instance any administrative issue that corresponds to the Ministry.
f) Sign Supreme Decrees and endorse the Supreme Resolutions related to his office.
g) Propose to the President of the Republic, in the area of his competence, policies, strategies, actions and proposed legal norms, as well as operative programs, budgets and financial requirements.
h) Present to the President of the Republic, to the Council of Ministers and to other councils or instances of coordination, the corresponding proposals in his area of competence.
i) Designate and remove personnel of the Ministry, in compliance with the norms and procedures established for the public sector.
j). Coordinate with other Ministries issues of shared interest.
k) Take to the President of the Republic the acts and annual report of his Ministry for his presentation to the Congress.
l) Comply with the stipulated in the norms in force for evaluation of results.
m) Guarantee to the citizens the transparency of information of his actions and the administration of resources.
n) Participate in the drafting of the national development strategy.
o) exercise other attributes that the national legislation establishes.

ARTICLE 4.
The Ministries of State shall have the following specific attributes:

MINISTRY OF FOREIGN RELATIONS AND RELIGION

a) Formulate, coordinate and execute the foreign policy of the State, administer foreign relations with subjects of International Public Law, based on the principles of respect for sovereignty and territorial integrity, non-aggression, non-intervention of one country in the internal affairs of others, equality and reciprocal benefit, pacific co-existence based on respect for the self determination of the peoples.
b) Negotiate and sign treaties and international conventions, within the framework of the policies defined by the President of the Republic.
c) Promote the negotiation and signing of treaties and international conventions on matters of human, economic, commercial, cultural and tourist rights and other.
d) Represent and coordinate the Bolivian participation in international political forums and processes of regional, continental and world integration.
e) Assume the permanent defense of the Bolivian right to maritime integration.
f) Attend to the relations of the State with the Catholic Church and other religions.
g) Formulate and execute, by foreign service, policies and actions referred to economic, commercial negotiations; promote exports and attract investment, direct the international commercial policy to consolidate and open new foreign markets in coordination with the corresponding ministries.
h) Represent the Bolivian State in international litigation.
i) Coordinate, with other Ministries and Institutions of the State, the Bolivian participation in international forums.
j) Formulate and execute, by foreign service, the policies and actions designed to promote the interests of the Bolivian citizens abroad.
k) Conduct and coordinate the international negotiations on the boundaries and demarcations of international borders of Bolivia.
l) Promote, negotiate and consolidate the cooperative economic and technical links with friendly countries and institutions, as well as with other international donations in coordination with the corresponding national entities.
m) Foment and promote the policy of interrelating of legal, legitimate and democratic social organizations established in different States with their counterparts in Bolivia.
n) Coordinate with the Ministry of Development Planning the follow up and evaluation of the national development strategy.

MINISTRY OF THE PRESIDENCY

...

MINISTRY OF NATIONAL DEFENSE

...

MINISTRY OF JUSTICE

...

MINISTRY OF DEVELOPMENT PLANNING

...

MINISTRY OF INTERNAL REVENUE

...

MINISTRY OF WATER

...

MINISTRY OF PRODUCTION AND MICRO-ENTERPRISE

...

MINISTRY OF PUBLIC WORKS, SERVICES AND HOUSING

a) Formulate a national strategy of development in coordination with the Ministry of Development Planning
b) Promote and negotiate national and international treaties and conventions in coordination with the Ministry of Foreign Relations and Religion, in the framework of the policies defined by the President of the Republic and the Ministry of Development Planning that refer to Urbanization and Housing, Transportation, telecommunications and Energy.
c) Suggest policies of monitoring, regulation and control of the areas within its competency.
d) Design and generate specific norms that permit equitable access to public services.
e) Formulate housing plans and programs, prioritizing the social interest, urban improvement and, in general, the living conditions of the most depressed social sectors.
f) Formulate, execute and evaluate policies of telecommunications, energy and transportation, including river and lake as well as land and air.
g) Coordinate with the Ministry of Development Planning the monitoring and evaluation of the national development strategy.

...

CHAPTER II

ORGANS OF COORDINATION

ARTICLE 5.-

1. The fundamental organs of coordination of the Executive Power are the following:

a) Council of Ministers. As the normative instance of policy definition and superior coordination of the Executive Power, presided by the President of the republic.
b) Supreme Council of national Defense (COSDENA). Responsible for coordinating national security policy, external and internal, with authority to propose policies and norms.

The Supreme Council of national Defense (COSDENA) shall be composed of the President of the Republic, as President of the Council; Minister of National Defense, Minister of Foreign Relations and Religion, Minister of the Presidency, Minister of Government, Minister of Internal Revenue, Permanent General Secretary of OSDENA, Commander in Chief of the Armed Forces of the Nation, Chief of Staff of the Armed Forces and General Commanders of the Forces. In the absence of the President of the Republic and upon his delegation, the Minister of National Defense shall assume the Presidency of the Supreme Council of National Defense (COSDENA). In case it is necessary, other Ministers of State, officials, public and private enterprises may be called by the President.

II. The Executive Power shall, by Supreme Decree, establish other councils of coordination, temporary or permanent.

TITLE III.

INSTITUTIONS AND SERVICE OF EXECUTIVE POWER

CHAPTER
INSTITUTIONS, PUBLIC ENTERPRISES AND NATIONAL SERVICES

ARTICLE 6.

The Executive Power, by Supreme Decree, shall reorder the dependency and (tuicion?) of the institutions and public enterprises and of joint ventures, accommodating them to compliance with the present law.

ARTICLE 7

In addition to the National Services created or the functions of which are regulated by express Law, the Executive Power shall, by Supreme Decree, created National Services defining their competencies and their unconcentrated or decentralized character.

TITLE IV
NORMATIVE HIERARCHY, TRANSITORY DISPOSITIONS AND FINAL MODIFICATIONS

CHAPTER I
NORMATIVE HIERARCHY OF EXECUTIVE POWER

ARTICLE 8.

1. The hierarchy of the legal norms of Executive Power is the following:

a) Supreme Decree and Presidential Decree
b) Supreme Resolution
c) Multi-ministerial Resolution
d) Bi-ministerial Resolution
e) Ministerial Resolution
f) Administrative Resolution

II. In the ambit of departmental administration, Prefect Resolutions shall be issued.

CHAPTER II
TRANSITORY DISPOSITIONS

ARTICLE 9.
The Executive Power shall present to the Parliament the reformulations of the parts of the General Budget of the Nation corresponding to the ministerial attributes assigned by this Law.

ARTICLE 10.

The Ministers shall assume the rights and obligations which correspond to the attributes that this Law assigns.

ARTICLE !!.

The existing National Services shall function according to the Laws and Supreme Decrees which determine attributes and functions.

CHAPTER III
MODIFIACTIONS AND FINAL POINTS

ARTICLE 12.

Articles 21 and 22 of Law 1178 of Governmental Administration and Control of July 20, 1990 are modified with the following text:

Article 21.  The governing body of the National Systems of Panning, Public Investment and Finance is the Ministry of Development Planning, which in addition shall oversee the integration of the norms and procedures of said systems with systems of Governmental Administration and Control.  Likewise, it shall have the following attributes and responsibilities:

a) Set the normative framework of medium and long term to formulate the programs of operations, the policies for the formulation of the budgets of public entities based on the guidelines of the economic and social policy developed by the National System of Planning, Public Investment and Finance.

b) Assure the compatibility of the objectives and strategic plans of the public entities with the national strategic objectives and plans and with the plan of public investments and finance.

c) Draft the plan of public investment and finance based on pre-investment proposals and investments approved by the sectorial and regional instances.

d) Negotiate in name of the State all the financing of bilateral and multilateral organs, of whatever type or origin, in coordination with the Ministry of Foreign relations and Religion.

e) Establish policies of execution, the Plan of Public Investments and Finance, evaluate its execution and carry it out based on information generated by the systems of Administration and Control.

Article 22. The Ministry of Internal Revenue is the fiscal authority and the governing body of the Systems of Programming of Operations; Administrative Organization; Administration of Personnel, Administration of Goods and Services, Treasury and Public Credit and Integrated Accounting.

ARTICLE 13.

The Executive Power shall create regulations for the present Law by way of Supreme Decree.

ARTICLE 14.

1. Law No. 2446 of March 19, 2003 and Law No. 2840 of September 16, 2004 are revoked.

II. All the dispositions contrary to the present Law are revoked. Remitting to the Executive Power for constitutional purposes.

Issued in the Sessions Chamber of the Honorable National Senate, on the 21st day of the month of February of the year two thousand six.

Fdo. Santos Ramírez Valverde, Edmundo Novillo Aguilar, Jorge Aguilera Bejarano, Félix Rojas, Gutiérrez, Oscar Chirinos Alanoca, Jorge Milton Becerra Monje.

Therefore, I promulgate it to be held and obeyed as a Law of the Republic.

Government Palace of the city of La Paz, on the twenty-first day of the month of February of the year two thousand six.

FDO. EVO MORALES AIMA, Juan Ramón Quintana Taborga.

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY  10025

STATE OF NEW YORK        )
                         )        ss.:
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into  English  of   Law 3351   written in   Spanish  .

New York,  June 05, 2008.

TransNet USA, Inc.

*[signature]*

Kamran Bayegan, President

Sworn to and subscribed before me on
June 05, 2008.

*[signature]*

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009

Sistema Legislativo Informatico Boliviano                                                          www.bolivialegal.com

LEY DE ORGANIZACION DEL PODER EJECUTIVO
LEY 3351
LEY DE 21 DE FEBRERO DE 2006

EVO MORALES AIMA
PRESIDENTE CONSTITUCIONAL DE LA REPUBLICA


Por cuanto, el Honorable Congreso Nacional ha sancionado la siguiente Ley:

EL HONORABLE CONGRESO NACIONAL,

DECRETA:


LEY DE ORGANIZACION DEL PODER EJECUTIVO


TITULO I
OBJETIVO


CAPITULO UNICO
OBJETIVO


ARTICULO 1°.-
Esta Ley, de conformidad con el Artículo 99 de la Constitución Política del Estado, tiene por objeto establecer el número y atribuciones de los Ministros de Estado y otras normas relacionadas con la organización del Poder Ejecutivo.
TITULO II
MINISTROS DE ESTADO Y ORGANOS DE COORDINACION


CAPITULO I
MINISTROS DE ESTADO


ARTICULO 2°.-

I. Los servicios y asuntos de la Administración Pública son atendidos por los Ministros de Estado, cuyo número y atribuciones determina la presente Ley. Los Ministros de Estado son los siguientes:

Ministro de Relaciones Exteriores y Cultos
Ministro de la Presidencia
Ministro de Gobierno
Ministro de Defensa Nacional
Ministro de Justicia
Ministro de Planificación del Desarrollo
Ministro de Hacienda
Ministro del Agua
Ministro de Producción y Microempresa
Ministro de Obras Públicas, Servicios y Vivienda
Ministro de Desarrollo Rural, Agropecuario y Medio Ambiente
Ministro de Hidrocarburos y Energía
Ministro de Minería y Metalurgia
Ministro de Trabajo
Ministro de Educación y Culturas
Ministro de Salud y Deportes

II. Por decreto del señor Presidente de la República, en ausencia temporal de un Ministro se designará interinamente a otro Ministro de Estado para que lo reemplace.

III. El Poder Ejecutivo establecerá por Decreto Supremo la estructura jerárquica interna de los Ministerios y entidades dependientes.

IV. El Presidente de la República podrá designar hasta dos Ministros sin Cartera, para formular y ejecutar políticas específicas. Para este fin, asignará, mediante decreto presidencial, el ámbito y las atribuciones ministeriales establecidas en esta Ley.

V. El Presidente de la República podrá designar representantes presidenciales sin atribuciones ministeriales para que se encarguen de tareas específicas asignadas en la correspondiente Resolución Suprema de nombramiento. No contarán con estructura orgánica jerárquica, excepto en el nivel de asesoramiento y apoyo.
ARTICULO 3°.-

Son atribuciones y obligaciones generales de los Ministros:

a) Asistir a las reuniones del Consejo de Ministros y a otros consejos o instancias de coordinación, según determine el Poder Ejecutivo en el reglamento correspondiente.
b) Implementar los sistemas de administración y control gubernamental vigentes.
c) Responder los informes escritos y prestar informes orales e interpelaciones al plenario de las Cámaras Legislativas.
d) Elaborar el proyecto de presupuesto de su Ministerio, concurrir a la elaboración del Presupuesto General de la Nación y rendir cuentas de su ejecución.
e) Dictar normas relativas al ámbito de su competencia y resolver en última instancia, todo asunto administrativo que corresponda al Ministerio.
f) Firmar Decretos Supremos y refrendar las Resoluciones Supremas relativas a su despacho.
g) Proponer al Presidente de la República, en el área de su competencia, políticas, estrategias, acciones y proyectos de normas legales, así como programas operativos, presupuestos y requerimientos financieros.
h) Presentar al Presidente de la República, al Consejo de Ministros y a otros consejos o instancias de coordinación, los proyectos correspondientes a su área de competencia.
i) Designar y remover al personal de su Ministerio, de conformidad con las normas y procedimientos establecidos para el sector público.
j) Coordinar con los otros Ministros los asuntos de interés compartido.
k) Elevar ante el Presidente de la República la memoria y cuenta anual de su Ministerio, para su presentación al Congreso.
l) Cumplir con lo estipulado en las normas vigentes de evaluación y resultados.
m) Garantizar la transparencia de información de sus acciones y la administración de recursos a los ciudadanos.
n) Participar en la elaboración de la estrategia nacional de desarrollo.
o) Ejercer las demás atribuciones que establece la legislación nacional.

ARTICULO 4°.-

Los Ministros de Estado tendrán las siguientes atribuciones específicas:

MINISTRO DE RELACIONES EXTERIORES Y CULTOS


a) Formular, coordinar y ejecutar la política exterior del Estado, administrar las relaciones exteriores con los sujetos de Derecho Internacional Público, sobre la base de los principios de respeto a la soberanía e integridad territorial, no agresión, no intervención de un país en los asuntos internos de otros, igualdad y beneficio recíproco, y coexistencia pacífica basada en el respeto a la autodeterminación de los pueblos.
b) Negociar y suscribir tratados y convenios internacionales, en el marco de las políticas definidas por el Presidente de la República.
c) Promover la negociación y suscripción de tratados y convenios internacionales en materia de derechos humanos, económica, comercial, cultural, turística y otros.
d) Representar y coordinar la participación boliviana en foros políticos internacionales y procesos de integración regional, continental y mundial.
e) Asumir la defensa permanente del derecho boliviano a su reintegración marítima.
f) Atender las relaciones del Estado con la Iglesia Católica y demás cultos religiosos.
g) Formular y ejecutar, mediante el servicio exterior, políticas y acciones referidas a negociaciones económicas, comerciales, promover las exportaciones y atraer inversiones, dirigir una política comercial internacional para consolidar y abrir nuevos mercados extranjeros en coordinación con los Ministerios correspondientes.
h) Representar al Estado boliviano en litigios internacionales.
i) Coordinar, con otros Ministerios e instituciones del Estado, la participación boliviana en foros internacionales.
j) Formular y ejecutar, mediante el servicio exterior, políticas y acciones destinadas a promover y velar los intereses de los ciudadanos bolivianos en el extranjero.
k) Conducir y coordinar las negociaciones internacionales sobre delimitaciones y demarcaciones de las fronteras internacionales de Bolivia.
l) Promover, negociar y consolidar los vínculos de cooperación económica y técnica con países amigos e instituciones, así como con otros donantes internacionales en coordinación con las entidades nacionales correspondientes.
m) Fomentar y promover la política de interrelacionamiento de las organizaciones sociales legítima, legal y democráticamente establecidas en los diferentes Estados, con sus pares bolivianos.
n) Coordinar con el Ministro de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

MINISTRO DE LA PRESIDENCIA


a) Coordinar las acciones político - administrativas de la Presidencia de la República con los Ministros de Estado, Prefecturas de Departamento, Municipios y Comunidades.
b) Coordinar las relaciones con el Poder Legislativo.
c) Coordinar la relación del Poder Ejecutivo con los Movimientos Sociales y la Sociedad Civil.
d) Establecer y coordinar las actividades del Consejo de Ministros y de otros consejos o instancias de coordinación del Poder Ejecutivo, de acuerdo con las instrucciones presidenciales.
e) Orientar, coordinar y supervisar acciones y políticas con los demás Ministros de Estado, de acuerdo con la instrucción presidencial.
f) Formular políticas de seguimiento y control de la organización y reforma del Poder Ejecutivo.
g) Promover políticas públicas orientadas a la gestión, prevención y resolución de conflictos.
h) Actuar como custodio y mantener el archivo de leyes, decretos y resoluciones supremas, y promover el desarrollo normativo, la sistematización y actualización de la legislación.
i) Desarrollar e implementar políticas orientadas a profundizar el proceso de descentralización, concertadas con actores políticos, sociales, culturales, económicos y territoriales.
j) Establecer la concordancia y respeto de las competencias nacionales y subnacionales de gobierno, establecidas como derechos a los que las regiones y pueblos puedan acceder, cumpliendo requisitos que garanticen la capacidad administrativa, solidaridad con otras regiones y unidad del Estado Nacional.
k) Formular, ejecutar y coordinar políticas dirigidas a fortalecer la gestión y el desarrollo departamental y municipal, con las Prefecturas, Gobiernos Municipales, naciones y comunidades originarias, con presencia equilibrada y equitativa de todas las culturas y comunidades lingüísticas, en la administración pública nacional.

MINISTRO DE GOBIERNO

a) Plantear, dirigir y coordinar políticas para la seguridad pública del Estado, precautelando el ejercicio de los derechos y garantías constitucionales, el orden público y la paz social, inherentes al Estado social y democrático de derecho.
b) Planificar y coordinar con los Prefectos y la Policía Nacional el Régimen de Políticas de Seguridad Pública en los Departamentos.
c) Dirigir a la Policía Nacional de acuerdo a lo dispuesto por el Artículo 216 de la Constitución Política del Estado.
d) Formular, dirigir, coordinar y administrar políticas en los ámbitos:

- Migratorio.
- Seguridad Pública, de prevención y represión del delito.
- Régimen Penitenciario, rehabilitación y reinserción social elaborando una política nacional contra el crimen.

e) Diseñar y desarrollar políticas integrales de lucha contra el narcotráfico.
f) Establecer y coordinar políticas de cooperación policial internacional de lucha contra el crimen organizado.

### MINISTRO DE DEFENSA NACIONAL

a) Establecer el desarrollo de la Política de Defensa Nacional y la modernización de las capacidades de defensa.
b) Transmitir a las Fuerzas Armadas de la Nación las órdenes presidenciales en el orden administrativo y coordinar su cumplimiento con el Comando en Jefe.
c) Formular políticas de investigación y desarrollo de la ciencia y tecnología en el campo de la defensa.
d) Garantizar el control y vigilancia de las fronteras, y la defensa de los recursos naturales estratégicos.
e) Promover políticas de derechos humanos en las Fuerzas Armadas y preservar el comportamiento y adhesión a los valores del Estado social y democrático de derecho.
f) Elaborar y administrar el Presupuesto de las Fuerzas Armadas de la Nación, y representarlas ante los poderes públicos.
g) Velar por la disciplina y justicia militar, a través de los tribunales correspondientes, así como por el desarrollo integral de sus recursos humanos.
h) Contribuir al desarrollo integral del país en coordinación con otros Ministerios.
i) Precautelar la navegación aérea, fluvial y lacustre, en coordinación con el Ministro de Obras Públicas, Servicios y Vivienda, y promover los derechos marítimos de la Nación.
j) Ejecutar acciones de defensa civil, de reducción de riesgos y atención de desastres y emergencias.
k) Contribuir y coordinar acciones dirigidas a la defensa del medio ambiente.
l) Coordinar con el Ministerio de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

### MINISTRO DE JUSTICIA

a) Coordinar las relaciones del Poder Ejecutivo con el Poder Judicial (Corte Suprema, Tribunal Constitucional y Consejo de la Judicatura), Ministerio Público y Defensor del Pueblo, mediante acciones tendentes a mejorar la administración de justicia.
b) Formular y ejecutar políticas de lucha contra la corrupción.
c) Ejercer tuición orgánica y administrativa sobre el Servicio Nacional de Defensa Pública.
d) Diseñar y ejecutar políticas nacionales de defensa, protección de los derechos humanos, de los derechos del niño, niña y adolescentes, de personas de la tercera edad y personas con discapacidad, y otros grupos vulnerables.
e) Formular y coordinar políticas de Género y Generacionales.
f) Plantear políticas, normas y programas para apoyar y fortalecer la institucionalización del sistema de justicia comunitaria en todo el territorio nacional.
g) Implementar programas y proyectos para el acceso a la justicia y a la información pública.
h) Recopilar y reordenar la legislación nacional dispersa y poner al servicio de los poderes del Estado y de la ciudadanía.

### MINISTRO DE PLANIFICACION DEL DESARROLLO

a) Planificar y coordinar el desarrollo integral del país, mediante la elaboración, coordinación y seguimiento de la estrategia nacional del desarrollo económico, social y cultural en relación con los Ministerios correspondientes.
b) Definir políticas para fortalecer la presencia del Estado como actor productivo y financiero para la redistribución de la riqueza económica.
c) Desarrollar políticas de planificación y ordenamiento territorial y medio ambiente.
d) Formular y coordinar las políticas y estrategias de desarrollo productivo y social.
e) Ejercer las facultades de órgano rector de los Sistemas Nacionales de Planificación, Inversión Pública y Financiamiento.
f) Elaborar políticas presupuestarias sobre la base de las estrategias del desarrollo nacional en coordinación con los demás ministerios y otras entidades.
g) Plantear políticas y estrategias de inversión pública y financiamiento para el desarrollo nacional.
h) Realizar el seguimiento de los Sistemas Nacionales de Inversión Pública de Planificación y Financiamiento.
i) Articular los Planes de Desarrollo Municipal (PDM) y Planes Departamentales de Desarrollo Económico y Social (PDDES) con la Estrategia Nacional de Desarrollo Económico y Social.
j) Plantear y desarrollar políticas de ciencia y tecnología.
k) Gestionar convenios de financiamiento externo, de Cooperación Económica y Financiera Internacional.

### MINISTRO DE HACIENDA

a) Formular, ejecutar y controlar la política fiscal nacional en materia de tesorería, crédito público, contabilidad integrada, elaboración y ejecución presupuestaria, política tributaria y arancelaria.
b) Ejercer las facultades de autoridad fiscal y órgano rector de los Sistemas de Programación de Operaciones, Organización Administrativa, Presupuesto, Administración de Personal, Administración de Bienes y Servicios, Tesorería y Crédito Público y Contabilidad Integrada.
c) Coordinar la política monetaria, bancaria y crediticia con el Banco Central de Bolivia.
d) Diseñar políticas en materia de intermediación financiera, servicios financieros, pensiones, valores y seguros.
e) Administrar el pago de pensiones del Sistema de Reparto.
f) Elaborar el proyecto de Presupuesto General de la Nación en coordinación con los demás ministros de Estado y otras instituciones públicas, en el marco de los lineamientos y políticas diseñados por el Ministerio de Planificación del Desarrollo.
g) Controlar el cumplimiento de las políticas nacionales de ejecución presupuestaria de todas las entidades públicas que perciben recursos del Tesoro General de la Nación.
h) Coordinar con el Ministerio de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

### MINISTRO DEL AGUA

Sistema Legislativo Informatico Boliviano                                                            www.bolivialegal.com

a) Diseñar y desarrollar la Estrategia Nacional del Agua y de los recursos hídricos, en función de la estrategia de defensa de la soberanía y seguridad nacionales.
b) Formular y ejecutar una política integral y sostenible de los recursos hídricos, para garantizar el derecho humano de acceso al agua de toda la población, y preservar el medio ambiente respetando la diversidad cultural.
c) Plantear y ejecutar, evaluar y fiscalizar las políticas y planes de servicio de agua potable y saneamiento básico, riego y manejo de cuencas, aguas internacionales y transfronterizas, así como el aprovechamiento de todos los usos de agua, en coordinación con los ministerios de Relaciones Exteriores y Cultos y de Planificación del Desarrollo.
d) Tener tuición, participar e intervenir en la regulación de los diferentes usos del agua y servicios básicos de agua potable y saneamiento básico.
e) Presidir y asumir la representación del Poder Ejecutivo en el Servicio Nacional de Riego (SENARI) y Consejo Interinstitucional del Agua (CONIAG).
f) Coordinar los planes nacionales, departamentales, regionales y municipales en todos los usos y servicios del agua.
g) Coordinar con el Ministerio de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

MINISTRO DE PRODUCCION Y MICROEMPRESA

a) Diseñar una estrategia y política nacional de desarrollo productivo en coordinación con el Ministerio de Planificación del Desarrollo.
b) Construir una matriz productiva con capacidad de asegurar la generación de empleos estables, formular y ejecutar políticas dirigidas a promover encadenamientos productivos en todo el territorio nacional.
c) Plantear y ejecutar políticas dirigidas a buscar el acceso a mercados nacionales y externos; y, promoción de compras estatales para la producción artesanal e industrial de la micro, pequeña, mediana y gran empresa, tanto urbana como rural.
d) Diseñar y ejecutar políticas de promoción de las exportaciones y apertura de mercado, en el marco de los convenios y tratados suscritos por el Estado Boliviano cuando sea pertinente.
e) Impulsar políticas públicas para el desarrollo y promoción del Turismo inclusivo, sostenible y competitivo.
f) Estructurar y coordinar con el Ministerio de Planificación del Desarrollo una institucionalidad estatal para el financiamiento del desarrollo, así como acciones de apoyo a la gestión tecnológica empresarial productiva.
g) Generar políticas públicas para elevar la productividad y competitividad de la artesanía, micro y pequeña empresa.
h) Coordinar con el Ministerio de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

MINISTRO DE OBRAS PUBLICAS, SERVICIOS Y VIVIENDA

a) Formular una estrategia nacional de desarrollo en coordinación con el Ministerio de Planificación del Desarrollo.
b) Promover y negociar tratados y convenios nacionales e internacionales en coordinación con el Ministerio de Relaciones Exteriores y Cultos, en el marco de las políticas definidas por el señor Presidente de la República y el Ministerio de Planificación del Desarrollo, referidas a Urbanismo y Vivienda, Transportes, Telecomunicaciones y Energías.
c) Plantear políticas de seguimiento, regulación y control de las áreas de su competencia.
d) Diseñar y generar normativas específicas que permitan el acceso equitativo a servicios públicos.
e) Formular planes y programas de vivienda, priorizando los de interés social, el mejoramiento urbano y, en general, las condiciones de vida de los sectores sociales más deprimidos.
f) Formular, ejecutar y evaluar políticas de telecomunicaciones, energía y transporte, tanto fluvial y lacustre como terrestre y aéreo.
g) Coordinar con el Ministerio de Planificación del Desarrollo el seguimiento y evaluación a la estrategia nacional de desarrollo.

MINISTRO DE DESARROLLO RURAL, AGROPECUARIO Y MEDIO AMBIENTE

a) Formular una política y Estrategia Nacional de Desarrollo Rural y Agropecuario, en coordinación con el Ministerio de Planificación del Desarrollo.
b) Plantear políticas y planes para el uso sostenible e incremento de los recursos naturales renovables.
c) Diseñar la política nacional de tierras y territorio.
d) Supervisar el trabajo del Instituto Nacional de Reforma Agraria, convocar y dirigir la Comisión Agraria Nacional, y supervisar a las Comisiones Agrarias Departamentales.
e) Estructurar políticas y planes de aprovechamiento y conservación del Medio Ambiente, de la biodiversidad y de los recursos forestales.
f) Supervisar y evaluar el trabajo del Servicio Nacional de Areas Protegidas.
g) Participar en el proceso de regulación de derechos sobre recursos forestales, ejerciendo tuición sobre el Sistema de Regulación de los Recursos Naturales Renovables (SIRENARE) y la Superintendencia Agraria.
h) Fomentar el desarrollo económico y social de las comunidades y organizaciones económicas campesinas e indígenas, protegiendo sus derechos sociales, económicos y culturales.
i) Apoyar al sector empresarial agropecuario y a los pequeños y medianos productores, así como al sector comunitario, en sus iniciativas económicas orientadas al mercado interno y a la exportación.
j) Promover y ejecutar planes y programas integrales de desarrollo rural.
k) Formular y desarrollar planes para la seguridad y la soberanía alimentaria del país.
l) Formular y controlar el cumplimiento de políticas y normas para promover el desarrollo agrícola y pecuario. m) Formular políticas de desarrollo integral que recuperen y revaloricen los usos legales de la hoja de coca, así como su industrialización y el desarrollo de las zonas productoras.

MINISTRO DE HIDROCARBUROS Y ENERGIA

a) Formular una política de desarrollo de los hidrocarburos y la energía, en coordinación con el Ministerio de Planificación del Desarrollo.
b) Formular, evaluar y controlar el cumplimiento de la Política Nacional de Hidrocarburos y Energía.
c) Normar, en el marco de su competencia, la adecuada aplicación de las Leyes vigentes y la ejecución de la Política Nacional de Hidrocarburos y Energía.
d) Dirigir y supervisar todas las actividades del sector.
e) Supervisar el cumplimiento de las disposiciones legales y normas en materia de hidrocarburos y energía.
f) En el marco de la Política Nacional de Hidrocarburos y Energía, definir y establecer la política de precios para el mercado interno, y la política de exportación de hidrocarburos,
g) Supervisar y fiscalizar la producción, transporte, comercialización, refinación,   uso y destino de los hidrocarburos y sus productos derivados, así como la distribución de gas natural por redes.

MINISTRO DE MINERIA Y METALURGIA

a) Formular, diseñar, evaluar, ejecutar, fiscalizar políticas de desarrollo en materia de prospección, exploración y explotación, concentración, fundición, comercialización e industrialización de minerales metálicos y no metálicos.
b) Proponer políticas, reglamentos e instructivos para el desarrollo del sector minero y metalúrgico, además de controlar su cumplimiento.
c) Vigilar la aplicación de la legislación y regulaciones vigentes para el sector metalúrgico.
d) Incentivar el desarrollo de las cooperativas mineras y de la minería chica, a través de políticas que permitan introducir mejoras en su gestión técnica y administrativa.
e) Promover la modernización del sector mediante la adopción de procesos productivos de mayor transformación y valor agregado, así como de sistemas de comercialización y técnicas de administración apropiadas.
f) Promover el desarrollo normativo del sector y su adecuado tratamiento tributario.
g) Promover el registro, cumplimiento de normas y seguridad de las concesiones mineras.
h) Formular, desarrollar y ejecutar programas y proyectos de fortalecimiento así como ejercer las atribuciones por Ley sobre la Corporación Minera de Bolivia.
i) Ejercer tuición, supervisar y fiscalizar el funcionamiento del Servicio Geológico y Técnico de Minas (SERGEOTECMIN).
j) Ejercer tuición, supervisar y fiscalizar el funcionamiento del Complejo Industrial y Evaporítico del Salar de Uyuni.
k) Ejercer tuición y promover el funcionamiento de las fundiciones de Vinto, Karachipampa y otros.
l) Establecer periódicamente las cotizaciones oficiales de los minerales para su comercialización y el pago del Impuesto Complementario de la Minería.
m) Promover el desarrollo de las inversiones para el sector minero metalúrgico nacional.

MINISTRO DE TRABAJO

a) Garantizar la defensa efectiva de los derechos de los trabajadores del país.
b) Vigilar la aplicación y cumplimiento de la legislación nacional y de los convenios internacionales en materia laboral.
c) Restituir el derecho de sindicalización de todos los trabajadores.
d) Generar políticas y programas para erradicar la explotación del trabajo infantil.
e) Coordinar la generación de políticas y programas para garantizar igualdad en el acceso y las condiciones laborales para las mujeres y los hombres.
f) Coordinar y desarrollar políticas para la erradicación de cualquier forma de servidumbre.
g) Promover el desarrollo económico y productivo de las cooperativas, vigilando su organización y funcionamiento en el marco de la Ley General de Cooperativas.

MINISTRO DE EDUCACION Y CULTURAS

a) Formular una política y estrategia nacionales de desarrollo educativo y de culturas en coordinación con el Ministro de Planificación del Desarrollo.
b) Vincular los programas educativos con las políticas de desarrollo del país.
c) Promover el desarrollo de teorías pedagógicas nacionales, a partir de nuestra identidad, filosofía y experiencias educativas.
d) Formular, ejecutar, evaluar y fiscalizar las políticas y programas de educación.
e) Regir la educación fiscal y privada en todas sus áreas, modalidades, niveles, ciclos y grados, velando por su calidad y pertinencia.
f) Promover e incentivar el desarrollo de la educación técnica y tecnológica.
g) Promover e incentivar la investigación científica y el desarrollo de la ciencia, el conocimiento y la bioética. h) Fomentar la producción y difusión de la cultura, y proteger la riqueza cultural, religiosa, histórica y documental.
i) Generar políticas y programas que garanticen la custodia y conservación del patrimonio cultural del pueblo boliviano.
j) Desarrollar políticas y programas que contribuyan a que la diversidad cultural y lingüística sea la base del desarrollo nacional.
k) Formular políticas y ejecutar programas de difusión y concientización contra el uso y consumo de drogas, alcohol y tabaco.

MINISTRO DE SALUD Y DEPORTES

a) Formular, ejecutar y evaluar el cumplimiento de los programas de salud en el marco de las políticas de desarrollo del país.
b) Regular, planificar, controlar y conducir el Sistema Nacional de Salud, conformado por los subsectores de seguridad social a corto plazo, público y privado, con y sin fines de lucro y medicina tradicional.
c) Vigilar el cumplimiento y primacía de las normas relativas a la salud pública.
d) Garantizar la salud de la población a través de su promoción, prevención de las enfermedades, curación y rehabilitación.
e) Ejercer la rectoría, regulación y conducción sanitaria sobre todo el sistema de salud.
f) Formular, desarrollar, supervisar y evaluar la implementación del modelo de gestión y atención en salud.
g) Promover la medicina tradicional y su articulación con la medicina occidental, en el marco de la interculturalidad y adecuación cultural de los servicios.
h) Formular políticas, estrategias y planes de nutrición y seguridad alimentaria en el marco de la soberanía nacional.
i) Formular políticas, estrategias y planes de prevención, rehabilitación y reinserción para personas con discapacidad.
j) Formular políticas, estrategias y planes de prevención, rehabilitación y reinserción para personas con un consumo problemático de sustancias psicoactivas legales e ilegales.
k) Promover la organización de instancias nacionales, departamentales, municipales y comunitarias, para el control social y revisión de políticas y estrategias de salud preventiva.
l) Armonizar la cooperación internacional en el sector salud con las políticas, prioridades y normas establecidas por el Gobierno Nacional.
m) Regular el funcionamiento de las entidades formadoras y capacitadoras del sector salud, exceptuando las universidades públicas, en coordinación con el Ministerio de Educación y Culturas.
n) Formular políticas y ejecutar programas que fomenten la cultura física, actividades deportivas, formativas, competitivas, profesionales y de recreación, promoviendo la salud física y mental.
o) Elaborar y ejecutar programas de infraestructura y equipamiento, para la práctica del deporte y el desarrollo de la cultura física a nivel nacional.

CAPITULO II
ORGANOS DE COORDINACION

ARTICULO 5°.-

I. Son órganos fundamentales de coordinación del Poder Ejecutivo los siguientes:

a) Consejo de Ministros. Como instancia normativa de definición de políticas y coordinación superior del Poder Ejecutivo, presidida por el Presidente de la República.
b) Consejo Supremo de Defensa Nacional (COSDENA). Responsable de coordinar las políticas nacionales de seguridad externa e interna, con capacidad de proponer políticas y normas.

El Consejo Supremo de Defensa Nacional (COSDENA) estará integrado por el Presidente de la República, como Presidente Nato del Consejo; Ministro de Defensa Nacional, Ministro de Relaciones Exteriores y Cultos, Ministro de la Presidencia, Ministro de Gobierno, Ministro de Hacienda, Secretario General Permanente del COSDENA, Comandante en Jefe de las Fuerzas Armadas de la Nación, Jefe de Estado Mayor General de las Fuerzas Armadas y Comandantes Generales de Fuerza. En ausencia del Presidente de la República y en su delegación, asumirá la Presidencia del Consejo Supremo de Defensa Nacional (COSDENA) el Ministro de Defensa Nacional. En caso necesario podrán ser convocados por el Presidente otros Ministros de Estado, funcionarios o representantes de instituciones, empresas públicas y privadas.

II. El Poder Ejecutivo podrá, por Decreto Supremo, establecer otros consejos de coordinación, temporales o permanentes.

## TITULO III
## INSTITUCIONES Y SERVICIO DEL PODER EJECUTIVO

### CAPITULO UNICO
### INSTITUCIONES, EMPRESAS PUBLICAS Y SERVICIOS NACIONALES

ARTICULO 6°.-
El Poder Ejecutivo, mediante Decreto Supremo, reordenará la dependencia y tuición de las instituciones y empresas públicas y de economía mixta, adecuándolas al cumplimiento de la presente Ley.

ARTICULO 7°.-
Además de los Servicios Nacionales creados o cuyo funcionamiento esté regulado por Ley expresa, el Poder Ejecutivo podrá, por Decreto Supremo, crear Servicios Nacionales definiendo sus competencias y su carácter desconcentrado o descentralizado.

## TITULO IV
## JERARQUIA NORMATIVA, DISPOSICIONES TRANSITORIAS Y MODIFICATORIAS FINALES

### CAPITULO I
### JERARQUIA NORMATIVA DEL PODER EJECUTIVO

ARTICULO 8°.-

I. La jerarquía de las normas legales del Poder Ejecutivo es la siguiente:

a) Decreto Supremo y Decreto Presidencial
b) Resolución Suprema
c) Resolución Multiministerial
d) Resolución Biministerial
e) Resolución Ministerial
f) Resolución Administrativa

II. En el ámbito de la administración departamental se emitirán Resoluciones Prefecturales.

### CAPITULO II
### DISPOSICIONES TRANSITORIAS

ARTICULO 9°.-
El Poder Ejecutivo presentará al Parlamento la reformulación de las partidas del Presupuesto General de la Nación correspondientes a las atribuciones ministeriales asignadas por esta Ley.

ARTICULO 10°.-
Los Ministros asumirán los derechos y obligaciones que correspondan a las atribuciones que esta Ley asigna.

ARTICULO 11°.-
Los Servicios Nacionales existentes funcionarán conforme con las Leyes y Decretos Supremos que determinen atribuciones y funciones.

### CAPITULO III
### MODIFICATORIAS Y FINALES

ARTICULO 12°.-

Se modifican los artículos 21 y 22 de la Ley 1178 de Administración y Control Gubernamentales de 20 de julio de 1990, con el siguiente texto:

`Artículo 21. El órgano rector de los Sistemas Nacionales de Planificación, Inversión Pública y Financiamiento es el Ministerio de Planificación del Desarrollo, el cual además velará por la integración de las normas y procedimientos de dichos sistemas con los sistemas de Administración y Control Gubernamentales. Así mismo tendrá las siguientes atribuciones y responsabilidades:

a) Fijar el marco normativo de mediano y largo plazo para formular los programas de operación, las políticas para la formulación de presupuestos de las entidades públicas en base a los lineamientos de la política económica y social desarrollados por los Sistemas Nacionales de Planificación, Inversión Pública y Financiamiento.
b) Asegurar la compatibilidad de los objetivos y planes estratégicos de las entidades públicas con los objetivos y planes estratégicos nacionales y con el plan de inversiones públicas y financiamiento.
c) Elaborar el plan de inversiones públicas y financiamiento en base a los proyectos de preinversión e inversiones aprobadas por las instancias sectoriales y regionales.
d) Negociar en nombre del Estado la obtención de todo financiamiento de organismos bilaterales y multilaterales, cualquiera sea su modalidad, origen destino en coordinación con el Ministerio de Relaciones Exteriores y Cultos.
e) Establecer políticas de ejecución, el Plan de Inversiones Públicas y Financiamiento, evaluar su ejecución y actualizar con base en la información generada por los sistemas de Administración y Controles`.

`Artículo 22. El Ministerio de Hacienda es la autoridad fiscal y órgano rector de los sistemas de Programación de Operaciones; Organización Administrativa, Presupuesto, Administración de Personal, Administración de Bienes y Servicios, Tesorería y Crédito Público y Contabilidad Integrada`.

ARTICULO 13°.-
El Poder Ejecutivo reglamentará la presente Ley mediante Decreto Supremo.

ARTICULO 14°.-
I. Se abroga la Ley No 2446, de 19 de marzo de 2003 y la Ley No 2840, de 16 de septiembre de 2004,

II. Se abrogan y derogan todas las disposiciones contrarias a la presente Ley. Remítase al Poder Ejecutivo, para fines constitucionales.

Es dado en la Salaba Sesiones del Honorable Senado Nacional, a los veintiún días del mes de febrero de dos mil seis años.

Fdo. Santos Ramírez Valverde, Edmundo Novillo Aguilar, Jorge Aguilera Bejarano, Félix Rojas, Gutiérrez, Oscar Chirinos Alanoca, Jorge Milton Becerra Monje.

Por tanto, la promulgo para que se tenga y cumpla como Ley de la República.

Palacio de Gobierno, de la ciudad de La Paz, a los veintiún días del mes de febrero de dos mil seis años.

FDO. EVO MORALES AIMA, Juan Ramón Quintana Taborga.