Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V.,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A.,<br><br>Defendants. | Case No. 08-cv-4247 (LTS) |

**FIRST DECLARATION OF LORENA MOLINA IN SUPPORT
OF DEFENDANT EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
TO MOTION TO CONFIRM *EX PARTE* ORDER OF
PREJUDGMENT ATTACHMENT**

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS) |

**DECLARATION OF LORENA MOLINA**

LORENA MOLINA declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.  I am the Finance Manager of Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). I have been employed by ENTEL for 21 years. Starting in 2001, I was the Finance Supervisor of ENTEL, and in that position had responsibility for overseeing all of ENTEL's bank accounts. I have held the title of Finance Manager since December

2007. I submit this declaration in opposition to the Motion to Confirm Order of Attachment filed by E.T.I. Euro Telecom International N.V. ("ETI").

2. As Finance Manager, I am responsible for the supervision and maintenance of any bank accounts that ENTEL has in any banks outside of Bolivia.

3. ENTEL maintains funds in four banks outside of Bolivia: Banca Intesa, New York branch; J.P. Morgan Chase Bank, New York branch; Unicredito Italiano SpA, New York branch, and Deutsche Bank AG London.

4. These funds represent essentially all of the accumulated hard currency assets of ENTEL. ENTEL has a number of bank accounts in Bolivia, of which 95% is exclusively in Bolivian currency. Bolivian currency is not a hard currency. Bolivian currency cannot be used to pay for international transactions, and even for some domestic transactions in which the contracts require that payment be made in hard currency. When Bolivian currency is converted into hard currency, there are substantial costs and fees imposed by the banks. ENTEL regularly needs to engage in hard currency transactions, such as buying equipment from abroad, purchasing services from foreign vendors, and paying some interconnection fees to telephone companies from other countries. In addition, we have signed contracts with some companies in Bolivia that require payment in United States dollars.

5. ENTEL maintains funds in the banks Intesa and Unicredito for safekeeping and to earn interest. The funds that are deposited into these accounts generally are generated by ENTEL's operations in Bolivia, and are converted to hard currency before deposit into these accounts. The funds deposited by ENTEL into these accounts all are deposited first by ENTEL into an ENTEL account at JP Morgan Bank, and from that account are transferred to Banco Intesa and Banco Unicredito. ENTEL makes no payments of any kind from the accounts at these banks. The only transfers from these accounts are to repatriate funds to ENTEL in Bolivia, for use in meeting company needs or for paying dividends.

2

6. ENTEL maintains two accounts at JP Morgan Chase in New York (Account No. xxxxx-757 and Account No. xxxxx-752. As to the 757 account, deposits come from two sources: (a) funds generated by ENTEL's domestic services and operations, and (b) payments received by ENTEL from various foreign telecommunications carriers for interconnection fees. ENTEL received payment of interconnection fees from United States carriers in 2006 of approximately $2,100,000; in 2007 approximately $4,700,000; and to date in 2008 approximately $450,000. To the best of my knowledge, the interconnection fees are for services that ENTEL provides in Bolivia in terminating telephone calls originated in the United States by United States carriers, less any amounts due the U.S. carriers for the reverse traffic.

7. No payments of any kind are made from this 757 account at JP Morgan, except on rare occasions. ENTEL transfers funds from this account (a) to ENTEL's bank in Bolivia to meet company needs or pay dividends, (b) to the accounts ENTEL maintains at Intesa and Unicredito in New York or Deutsche Bank in London; or (c) to ENTEL's other account at JP Morgan Chase in New York.

8. As to the other JP Morgan Chase account in New York (the 752 account), deposits are made into this account from the first-described JP Morgan Chase 757 account when needed. From the second 752 account, ENTEL makes payments to various suppliers. ENTEL made payments from this account to foreign suppliers (both U.S. and other countries) totaling approximately $15,000,000 in 2006, $17,000,000 in 2007, and approximately $6,300,000 to date in 2008. Of this, in 2006 approximately $4,100,000 was paid to suppliers from the United States; in 2007 approximately $6,400,000 was paid to suppliers in the United States, and in 2008 to date approximately $1,400,000 was paid to suppliers from the United States. In the JP Morgan Chase 752 account, as of January 1, 2008, there was $423,697.65 in the account; and during 2008 to date an additional $4,000,000.00 was deposited into the account. In 2006 all of ENTEL's expenses, including those for foreign and domestic expenses, before payment of taxes, was

3

approximately $120,000,000; and in 2007 approximately $90,000,000.

Executed on June 9, 2008, in La Paz, Bolivia.

_____
LORENA MOLINA

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Teléfono: (212) 254-1111
Facsímile: (212) 674-4614

Abogados para la Empresa Nacional de
Telecomunicaciones Entel, S.A.

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE LA CIUDAD DE NUEVA YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., | |
| Demandante, | |
| v. | Case No. 08-cv-4247 (LTS) |
| REPÚBLICA DE BOLIVIA, y EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., | |
| Acusados. | |

### DECLARACIÓN DE LORENA MOLINA

LORENA MOLINA declara lo siguiente como verdadero y correcto bajo penalidad de perjurio bajo las leyes de los Estados Unidos de Norteamérica:

1.  Soy Gerente de Finanzas de la Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). Soy funcionaria de la empresa desde hace 21 años. Comenzando el año 2001 fui la Responsable de Finanzas de ENTEL, y en este cargo tuve la responsabilidad de realizar el seguimiento de todas las cuentas bancarias de ENTEL. Actualmente ocupo el cargo de Gerente de Finanzas desde diciembre 2007. Presento esta declaración en



oposición a la Moción para Confirmar la Orden de Embargo presentada por E.T.I. Euro Telecom International N.V. ("ETI").

2. Como Gerente de Finanzas, soy responsable por la supervisión y el mantenimiento de cualquier cuenta bancaria que tenga ENTEL en bancos fuera de Bolivia.

3. ENTEL mantiene fondos en cuatro bancos fuera de Bolivia: Banca Intesa sucursal Nueva York; J.P. Morgan Chase Bank, sucursal Nueva York; Unicredito Italiano SpA sucursal Nueva York, y el Deutsche Bank AG Londres.

4. Esencialmente, estos fondos representan todos los activos en divisas fuertes acumuladas por ENTEL. ENTEL tiene varias cuentas bancarias en Bolivia, de las cuales 95% son exclusivamente en moneda boliviana. La moneda boliviana no es una divisa fuerte. La moneda boliviana no puede ser utilizada para pagar transacciones internacionales, e inclusive para algunas transacciones domesticas en las cuales se requiere que el pago se efectúe en divisa fuerte. Cuando se convierte la moneda boliviana en divisa fuerte, existen costos y tarifas sustantivas impuestas por los bancos. Regularmente, ENTEL necesita realizar transacciones con divisa fuerte, como cuando se compra equipo en el exterior, cuando se contratan servicios de proveedores extranjeros y cuando se cancelan costos de interconexión a empresas telefónicas de otros países. Además, tenemos suscritos algunos contratos con empresas Bolivianas, las cuales requieren que los pagos se efectúen en dólares estadounidenses.

5. ENTEL mantiene fondos en los bancos Intesa y Unicredito con el propósito de salvaguardar el dinero y ganar intereses. El dinero depositado en estas cuentas es normalmente generado por las operaciones de ENTEL en Bolivia, y se convierten en divisas fuertes antes de depositarlos en estas cuentas. Los fondos depositados por ENTEL a estas cuentas son primeramente depositados a una cuenta de ENTEL en el banco JP Morgan y, de esta cuenta se transfiere el dinero al Banco Intesa y al Banco Unicredito. ENTEL no realiza ningún tipo de pago desde las cuentas de estos



2

bancos. Las únicas transferencias realizadas desde estas cuentas son para repatriar fondos a ENTEL en Bolivia, utilizado para cumplir con las necesidades de la empresa o para el pago de dividendos.

6.    ENTEL mantiene dos cuentas en JP Morgan Chase en New York (Número de Cuenta xxxxx-757 y Número de Cuenta xxxxx-752.) Cuando se trata de la cuenta 757, los depósitos provienen de dos fuentes: (a) fondos generados por los servicios y operaciones domésticas y (b) pagos recibidos por ENTEL de varias empresas extranjeras de telecomunicaciones por costos de interconexión. ENTEL recibió pago por costos de interconexión de los Estados Unidos, durante el año 2006 por aproximadamente $2,100,000; en el año 2007 aproximadamente por $4,700,000; y hasta la fecha en el año 2008, $450,000. Hasta donde conozco, los ingresos por interconexión son por servicios que ENTEL proporciona en Bolivia para poner destino final a las llamadas telefónicas originadas en los Estados Unidos por empresas estadounidenses, menos los montos debidos para las empresas estadounidenses por tráfico inverso.

7.    Ningún tipo de pago se realiza desde la cuenta 757 en el JP Morgan, salvo en ocasiones poco frecuentes. ENTEL transfiere fondos desde esta cuenta (a) al banco de ENTEL en Bolivia para cumplir con las necesidades de la empresa o pagar dividendos, (b) a las cuentas que mantiene ENTEL en Intesa y Unicredito en Nueva York o Deutsche Bank en Londres, o (c) a la otra cuenta de ENTEL en JP Morgan Chase en New York.

8.    En relación a la otra cuenta de JP Morgan Chase en Nueva York (la cuenta 752), se hacen los despósitos a esta cuenta desde la primera mencionada cuenta de JP Morgan Chase, la cuenta 757 cuando es necesario. Desde la cuenta 752 ENTEL realiza pagos a varios proveedores. ENTEL realiza pagos desde esta cuenta a proveedores extranjeros (tanto en los Estados Unidos como otros países) totalizando aproximadamente $15,000,000 en el año 2006, $17,000,000 durante el año 2007 y aproximadamente $6,300,000 hasta la fecha en el año 2008. De este total, aproximadamente $4,100,000 fueron cancelados a proveedores de Estados Unidos



3

durante el 2006; en el 2007 aproximadamente $6,400,000 fueron cancelados a proveedores de Estados Unidos y, hasta la fecha en el año 2008 aproximadamente $1,400,000 fueron cancelados a proveedores en los Estados Unidos. En la cuenta número 752 del JP Morgan Chase, al 01 de enero del 2008, habían $ 423,697.65 en la cuenta; y, hasta la fecha en el 2008 se transfirió una suma adicional de $4,000,000.- en la cuenta. Durante el 2006 todos los gastos de ENTEL, incluyendo aquellos gastos extranjeros y domésticos, antes del pago de impuestos correspondiente fueron de aproximadamente $120,000,000; y en el 2007 aproximadamente $90,000,000.

Declarado y suscrito el 9 de Junio de 2008 en La Paz, Bolivia.

_____
LORENA MOLINA

## DECLARATION OF ACCURACY

I, Erik Meier Kirzner, hereby declare under penalty of perjury under the laws of the United States as follows:

I am fluent in Spanish and English and the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the Declaration of Lorena Molina.

Executed on June 9, 2008 in La Paz, Bolivia.

_____
ERIK MEIER KIRZNER