Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

    Plaintiff,

    v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

    Defendants.

Case No. 08-cv-4247 (LTS)

---

**SECOND DECLARATION OF LORENA MOLINA IN SUPPORT
OF DEFENDANT EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
TO MOTION TO CONFIRM *EX PARTE* ORDER OF
PREJUDGMENT ATTACHMENT**

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telelphone: (212) 254 1111
Facsimile:  (212) 674-4614

Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

        Plaintiff,

v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

        Defendants.

Case No. 08-cv-4247 (LTS)

---

### DECLARATION OF LORENA MOLINA

LORENA MOLINA declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1. I am the Finance Manager of Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). I have been employed by ENTEL for 21 years. Starting in 2001, I was the Finance Supervisor of ENTEL, and in that position had responsibility for overseeing all of ENTEL's bank accounts. I have held the title of Finance Manager since December

2007.  I submit this declaration in opposition to the Motion to Confirm Order of Attachment filed by E.T.I. Euro Telecom International N.V. ("ETI").

2.  As Finance Manager, I am responsible for overseeing the finances of ENTEL. I am familiar with all income of ENTEL, and all expenses paid by ENTEL. In addition, I am familiar with any property held by ENTEL outside of Bolivia and activities of ENTEL outside of Bolivia.

3.  In a separate declaration, I have identified bank accounts maintained by ENTEL in the United States, and their uses.

4.  ENTEL has no office, employees, representatives, sales agents, or purchasing agents in the United States. It has no telephone in the United States. ENTEL has no property in the United States, other than the bank accounts described in the preceding paragraph, and telecommunications interconnection equipment with a value of less than $400,000 at NAP, a major interconnection center in South Florida that connects numerous telephone carriers to each other. ENTEL sub-contracts with a U.S. company to maintain that equipment.

5.  ENTEL purchases goods and services from some vendors or providers in the United States. In 2006 approximately $4,100,000 was paid to suppliers from the United States; in 2007 approximately $6,400,000 was paid to suppliers in the United States, and in 2008 to date approximately $1,400,000 was paid to suppliers from the United States.

6.  ENTEL has agreements with United States telecommunications companies and, under those agreements, receives payments from various United States telecommunications carriers. ENTEL received payments from United States carriers for these interconnection fees in 2006 of approximately $2,100,000; in 2007 approximately $4,700,000; and to date in 2008 approximately $450,000. To the best of my knowledge, the fees are for services that ENTEL provides in Bolivia in terminating telephone calls originated in the United States by United States carriers, less any amounts due the U.S.

carriers for the reverse traffic.

    Executed on June 1, 2008, in La Paz, Bolivia.

_____<br>LORENA MOLINA

Michael Krinsky (MK4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Teléfono: (212) 254 1111
Facsímile: (212) 674-4614

Abogados para la Empresa Nacional de
Telecomunicaciones Entel, S.A.

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE LA CIUDAD DE NUEVA YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Demandante, <br><br> v. <br><br> REPÚBLICA DE BOLIVIA, y EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Acusados. | Case No. 08-cv-4247 (LTS) |

## DECLARACIÓN DE LORENA MOLINA

LORENA MOLINA declara lo siguiente como verdadero y correcto bajo penalidad de perjurio bajo las leyes de los Estados Unidos de Norteamérica:

1.  Soy Gerente de Finanzas de la Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). Soy funcionaria de la empresa desde hace 21 años. Comenzando el año 2001 fui la Responsable de Finanzas de ENTEL, y en este cargo tuve la responsabilidad de realizar el seguimiento de todas las cuentas bancarias de ENTEL. Actualmente ocupo



cargo de Gerente de Finanzas desde diciembre 2007. Presento esta declaración en oposición a la Moción para Confirmar la Orden de Embargo presentada por E.T.I. Euro Telecom International N.V. ("ETI").

2.  Como Gerente de Finanzas soy responsable por la supervisión de las finanzas de ENTEL. Tengo conocimiento sobre todo los ingresos de ENTEL así como todos los gastos realizados por ENTEL. Además, estoy familiarizada con cualquier propiedad en poder de ENTEL fuera de Bolivia así como actividades de ENTEL fuera de Bolivia.

3.  En una declaración separada, he identificado cuentas bancarias mantenidas por ENTEL dentro de los Estados Unidos, así como los usos de estas cuentas.

4.  ENTEL no tiene oficina, trabajadores, representantes, agentes de venta, ni agentes de compras dentro de los Estados Unidos. Tampoco tiene teléfono en los Estados Unidos. ENTEL no tiene ninguna propiedad en los Estados Unidos, más allá de las cuentas bancarias mencionadas en el parágrafo anterior y equipo de interconexión de telecomunicaciones con un valor menor de de menos de $400,000 en NAP, un centro principal de interconexión en el sur de la Florida que conecta varias empresas de servicio de telefonía uno con otros. ENTEL sub-contracta con una empresa estadounidense para mantener ese equipo.

5.  ENTEL compra bienes y servicios de algunos vendedores o proveedores en los Estados Unidos. En el año 2006 se pagaron aproximadamente $4,100,000 a proveedores de los Estados Unidos. En el año 2007 se pagaron aproximadamente $6,400,000 a los proveedores en los Estados Unidos, y, en el año 2008 hasta la fecha se pago aproximadamente $1,400,00 a los proveedores de los Estados Unidos.

6.  ENTEL tiene acuerdos con empresas de telecomunicaciones estadounidenses y, bajo esos acuerdos recibe pagos de varios portadores de servicio de telefonía de los Estados Unidos. ENTEL recibió pagos de estos portadores estadounidenses por conceptos de costos de interconexión durante el 2006 por



aproximadamente $2,100,000; en el año 2007 aproximadamente por $4,700,000: y, en el 2008 hasta la fecha aproximadamente $450,000. Es por cuanto conozco, que estos ingresos son por servicios que ENTEL provee en Bolivia para poner destino final a las llamadas telefónicas originadas en los Estados Unidos por empresas estadounidenses, menos los montos debidos para las empresas estadounidenses por tráfico inverso.

Declarado y suscrito el 01 de Junio de 2008 en La Paz, Bolivia.

_____
LORENA MOLINA

## DECLARATION OF ACCURACY

I, Erik Meier Kirzner, hereby declare under penalty of perjury under the laws of the United States as follows:

I am fluent in Spanish and English and the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the Declaration of Lorena Molina.

Executed on June 1, 2008 in La Paz, Bolivia.

_____
ERIK MEIER KIRZNER