Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone:  (212) 254-1111
Facsimile:  (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone:  (415) 514-0200
Facsimile:  (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., | : |
| Plaintiff, | : |
| v. | : Case No. 08-cv-4247 (LTS) |
| REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., | : |
| Defendants. | : |

**THIRD DECLARATION OF LORENA MOLINA IN SUPPORT
OF DEFENDANT EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
TO MOTION TO CONFIRM *EX PARTE* ORDER OF
PREJUDGMENT ATTACHMENT**

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone:  (212) 254-1111
Facsimile:  (212) 674-4614

Attorneys for Empresa Nacional de           :
Telecomunicaciones Entel, S.A.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V.,   :<br><br>        Plaintiff,   :<br><br>       v.   :<br><br>REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A.,   :<br><br>        Defendants.   : | Case No. 08-cv-4247 (LTS) |

---

## DECLARATION OF LORENA MOLINA

      LORENA MOLINA declares the following to be true under penalty of perjury under the laws of the United States of America:

      1.     I am the Finance Manager of Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL").  I have been employed by ENTEL for 21 years.  Starting in 2001, I was the Finance Supervisor of ENTEL, and in that position had responsibility for overseeing all of ENTEL's bank accounts.  I have held the title of Finance Manager since December

2007. I submit this declaration in opposition to the Motion to Confirm Order of Attachment filed by E.T.I. Euro Telecom International N.V. ("ETI").

2.       As Finance Manager, I am responsible for overseeing the finances of ENTEL.

3.       ENTEL maintains funds in four banks outside of Bolivia: Banca Intesa, New York branch; J.P. Morgan Chase Bank, New York branch; Unicredito Italiano SpA, New York branch, and Deutsche Bank AG London.

4.       These funds represent essentially all of the accumulated hard currency assets of ENTEL. ENTEL has a number of bank accounts in Bolivia, of which 95% is exclusively in Bolivian currency. Bolivian currency is not a hard currency. Bolivian currency cannot be used to pay for international transactions, and even for some domestic transactions in which the contracts require that payment be made in hard currency. When Bolivian currency is converted into hard currency, there are substantial costs and fees imposed by the banks. ENTEL regularly needs to engage in hard currency transactions, such as buying equipment from abroad, purchasing services from foreign vendors, and paying some interconnection fees to telephone companies from other countries. In addition, we have signed contracts with some companies in Bolivia that require payment in United States dollars.

5.       Pursuant to court proceedings instituted by ETI in New York and London, ENTEL's bank accounts there have been frozen since approximately May 5, 2008. This freezing of almost all of ENTEL's hard currency funds is and will cause substantial hardship to ENTEL.

6.       First, I understand that all Bolivian companies are required to maintain a legal reserve of 5% of each year's net revenues. This legal reserve accumulates each year, so the legal reserve amount is constantly increasing. ENTEL's Consolidated Financial Statement up to March 31, 2008 (audited by Ernst & Young) states that the legal reserve that is currently required for ENTEL under Bolivian law as of March 31,

2008 is (in Bolivian currency, called Bolivianos) Bs 159,938,008. If one was to utilize current exchange rates, this amount would be approximately US$ 21,800,000. If ENTEL does not have use of the funds that have been attached in the New York and London proceedings, ENTEL does not have sufficient liquid assets to satisfy the legal reserve requirement. A true and correct copy of the relevant page from ENTEL's financial statement, with redactions, is attached hereto as Exhibit A.

7.       Second, if the attachment of ENTEL's funds is not removed, ENTEL's ability to continue to operate its business can be substantially affected because ENTEL's creditworthiness will be impaired. ENTEL regularly purchases goods and services from foreign suppliers on trade credit terms, where payment is not due for some period of time after delivery of the goods or services. If the attachment is not removed, foreign suppliers may believe that ENTEL's assets may ultimately be seized to pay the claimed debt of the Republic to ETI, which ETI has claimed is hundreds of millions of dollars. If so, foreign suppliers may refuse to provide goods or services to ENTEL on normal trade credit terms. This would substantially curtail ENTEL's ability to purchase equipment, goods and services, and would interfere will ENTEL's ability to provide telecommunication services to Bolivian citizens.

8.       Third, without access to the funds in New York and London that are now frozen in these proceedings, ENTEL may not have sufficient funds for planned infrastructure investments, to expand and maintain its facilities. Over the past several years, while ETI was a shareholder of ENTEL, ENTEL has planned and started on a project for these infrastructure investments to expand and maintain ENTEL's telecommunications. The amount for these infrastructure investments that was budgeted for 2008 was US$ 38,000,000.  While ENTEL had budgeted for funds for these infrastructure investments that would come from current cash flow from operations in Bolivia, this budget was based on certain assumptions about income. It now appears in this past month that these projections may not be accurate. Therefore, it may be that the

3

current cash flow will be insufficient to fund these long-planned infrastructure investments.

9.      Fourth, ENTEL will be unable to make dividend and income tax payments without access to the frozen funds in the New York and London bank accounts. ENTEL regularly utilized these accounts for the purpose of paying dividends and tax payments. In addition, ENTEL will be prohibited from making dividend payments if ENTEL cannot meet its legal reserve requirement, as any profits generated would have to go toward satisfying the legal reserve, rather than being paid to shareholders as dividends.

10.     It is important to note that, as to the shares held by the Republic obtained from pension fund managers in April 23, 2007, totaling 47.5% of ENTEL's shares. Supreme Decree 29544 of May 1, 2008 states in Article 5 that "the dividends corresponding to the shares recovered by the State by Supreme Decree No. 29101 of April 23, 2007 must continue being allocated to the "Fondo de Renta Dignidad." This Fund is to pay pensions to Bolivian senior citizens older than sixty years. Thus, if dividends cannot be declared, these pension funds and Bolivian citizens will suffer. A true and correct copy of Supreme Decree 29544 is attached to the Declaration on Javier Castro being submitted by ENTEL as Exhibit __ to that Declaration.

11.     Similarly, Supreme Decree 29544 states in Article 5 that "Dividends arising from the nationalized stock [formerly belonging to ETI] will be re-invested and allocated to foster the technological development and growth of the company, according to the Development National Plan, the new By-laws and the new strategic institutional plan." Thus, without payment of dividends, this source of investment in ENTEL's infrastructure will be limited.

4

12.     Fifth, the National Tax Authority, which has responsibility for collecting income taxes and net profit taxes from companies, has imposed a tax on ENTEL that currently, with penalties and interest, is in excess of $60,000,000.  The freezing of these accounts makes it impossible for ENTEL to satisfy these taxes if these taxes are upheld.

Executed on June 1, 2008, in La Paz, Bolivia.

_____
LORENA MOLINA

Michael Krinsky (MK4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Teléfono: (212) 254-1111
Facsímile: (212) 674-4614

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE LA CIUDAD DE NUEVA YORK

|  |  |  |
|---|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., | : | |
| Demandante, | : | |
| | : | Case No. 08-cv-4247 (LTS) |
| v. | : | |
| REPÚBLICA DE BOLIVIA, y EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., | : | |
| Acusados. | : | |

## DECLARACIÓN DE LORENA MOLINA

     LORENA MOLINA declara lo siguiente como verdadero y correcto bajo

penalidad de perjurio bajo las leyes de los Estados Unidos de Norteamérica:

     1.     Soy Gerente de Finanzas de la Empresa Nacional de Telecomunicaciones

S.A. ("ENTEL"). Soy funcionaria de la empresa desde hace 21 años. Comenzando el año

2001 fui la Responsable de Finanzas de ENTEL, y en este cargo tuve la responsabilidad

de realizar el seguimiento de todas las cuentas bancarias de ENTEL. Actualmente ocupo

el cargo de Gerente de Finanzas desde diciembre 2007. Presento esta declaración en



oposición a la Moción para Confirmar la Orden de Embargo presentada por E.T.I. Euro Telecom International N.V. ("ETI").

2.      Como Gerente de Finanzas, soy responsable por la supervisión de finanzas de ENTEL.

3.      ENTEL mantiene fondos en cuatro bancos fuera de Bolivia: Banca Intesa sucursal Nueva York; J.P. Morgan Chase Bank, sucursal Nueva York; Unicredito Italiano SpA sucursal Nueva York, y el Deutsche Bank AG Londres.

4.      Esencialmente, estos fondos representan todos los activos en divisas fuertes acumuladas por ENTEL. ENTEL tiene varias cuentas bancarias en Bolivia, de las cuales 95% son exclusivamente en moneda boliviana. La moneda boliviana no es una divisa fuerte.  La moneda boliviana no puede ser utilizada para pagar transacciones internacionales, e inclusive para algunas transacciones domesticas en las cuales se requiere que el pago se efectúe en divisa fuerte. Cuando se convierte la moneda boliviana en divisa fuerte, existen costos y tarifas sustantivas impuestas por los bancos. Regularmente, ENTEL necesita realizar transacciones con divisa fuerte, como cuando se compra equipo en el exterior, cuando se contratan servicios de proveedores extranjeros y cuando se cancelan costos de interconexión a empresas telefónicas de otros países. Además, tenemos suscritos algunos contratos con empresas Bolivianas, las cuales requieren que los pagos se efectúen en dólares estadounidenses.

5.      De conformidad con los procedimientos legales iniciadas por ETI en Nueva York y Londres, las cuentas bancarias de ENTEL en estas ciudades fueron congeladas alrededor del 5 de mayo, 2008. Este congelamiento de casi todos los fondos en divisa fuerte de ENTEL están y causarán dificultades sustantivas para ENTEL.

6.      Primero, entiendo que todas las empresas bolivianas tienen la obligación legal a mantener una reserva legal de 5% de los ingresos netos anuales. Esta reserva legal se acumula cada año, por lo que el monto se incrementa constantemente. Los Estados Financieros Consolidados de ENTEL al 31 de marzo de 2008 (auditados por Ernst &



2

Young) expresan que la reserva legal requerida actualmente a ENTEL, de acuerdo con la ley boliviana, es (en moneda boliviana, denominado el boliviano) Bs. 159.938,008. Si se usan las tasas de cambio actuales, este monto es aproximadamente US$ 21,800,000. Si ENTEL no tiene acceso al uso de los fondos que fueron congelados en Nueva York y Londres, entonces ENTEL no tiene la suficiente liquidez para satisfacer la reserva legal requerida. Una copia fiel y real de la sección relevante dentro de los Estados Financieros Consolidados de ENTEL, con redacciones, se adjunta al presente como Prueba A.

7.     Segundo, si no se removiera el embargo a los fondos de ENTEL, la capacidad de ENTEL para seguir operando sus negocios podrían verse muy afectada porque su capacidad de solvencia quedará dañada. De manera regular, ENTEL compra bienes y servicios de proveedores extranjeros en la modalidad de crédito, donde el pago no se hace sino hasta después de la adquisición de equipo o servicios. Si no se levanta el embargo, los proveedores extranjeros podrán caer en el supuesto que los activos de ENTEL serán incautados para pagar la supuesta deuda de la República a ETI, la que de acuerdo con ETI asciende a cientos de millones de dólares. Si esto ocurre, puede resultar en que los proveedores extranjeros rehúsen proveer bienes o servicios a ENTEL bajo términos normales de crédito. Esto empañará sustancialmente la capacidad de ENTEL para comprar equipos, bienes y servicios, e interferirá con la capacidad de ENTEL para proporcionar servicios de telecomunicaciones a los ciudadanos de Bolivia.

8.     Tercero, sin acceso a los fondos en Nueva York y Londres, que ahora se encuentran congelados según las acciones legales, ENTEL no tiene los fondos suficientes para sus inversiones de infraestructura planeadas, para ampliar y mantener sus instalaciones. En el transcurso de los últimos años, mientras ETI era accionista de ENTEL, ENTEL planificó y comenzó un proyecto de inversión de infraestructura para ampliar y mantener sus servicios de telecomunicaciones. El monto presupuestado para estas inversiones en infraestructura para el año 2008 era de US$ 38.000,000. ENTEL elaboró el presupuesto para estos proyectos de infraestructura para que el dinero provenga



del flujo de fondos de sus operaciones en Bolivia, tomando en cuenta una proyección basada en supuestos respecto a ingresos. Sin embargo, ahora parece que en este último mes estas proyecciones no fueron precisas. Por lo tanto, es posible que el flujo de caja no sea suficiente para que se puedan financiar estas inversiones en infraestructura a largo plazo.

9.      Cuarto, ENTEL no podrá hacer pagos de dividendos ni de impuestos sin acceso a los fondos congelados en las cuentas bancarias de Nueva York y Londres. Con regularidad, ENTEL utiliza estas cuentas para pagar dividendos e impuestos. También, ENTEL quedará impedido de hacer pagos de dividendos si ENTEL no puede cumplir con sus requisitos de reserva legal, porque todas las ganancias tendrán que ir a su reserva legal y no a pagos de dividendo a accionistas.

10.     Es importante notar que, con respecto a las acciones de la República obtenidas de las administradoras de fondos de pensiones el 23 de abril de 2007, un total de 47,5% de las acciones de ENTEL. El Decreto Supremo No. 29544 del 01 de mayo de 2008 establece en su artículo 5to que, "...los dividendos que corresponden a las acciones recuperadas por el Estado por Decreto Supremo 29101 del 23 de abril de 2007 continuaran siendo destinados al Fondo de Renta Dignidad". Este Fondo es para pagar pensiones a bolivianos mayores de sesenta años. Pero, si no se pueden declarar los dividendos, estos fondos de pensión y los ciudadanos de Bolivia sufrirán. Una copia fiel del Decreto Supremo No. 29544 se adjunta en la Declaración de Javier Castro siendo presentada por ENTEL como Prueba en esa Declaración.

11.     De igual manera, el Decreto Supremo No. 29544 establece que "Los dividendos que generen las acciones nacionalizadas {antes pertenecientes a ETI} serán destinados a la reinversión, el desarrollo tecnológico y el crecimiento de la empresa, de conformidad al Plan Nacional de Desarrollo, los nuevos Estatutos y el nuevo plan estratégico institucional." Por lo tanto, sin el pago de dividendos, esta fuente de inversión en la infraestructura de ENTEL será limitada.



4

12.    Quinto, la autoridad de Impuestos Nacionales, entidad que tiene la responsabilidad de cobrar impuestos sobre ingresos y sobre las ganancias de las empresas, ha puesto un impuesto en ENTEL que suma actualmente, con multas e interés, $60.000.000. El congelamiento de estas cuentas hace imposible pagar estos impuestos si estos impuestos fueran ratificados.

Suscrito el 01 de junio de 2008, en La Paz, Bolivia.

_____
LORENA ~~MOLINA~~

## DECLARATION OF ACCURACY

I, Erik Meier Kirzner, hereby declare under penalty of perjury under the laws of the United States as follows:

I am fluent in Spanish and English and the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the Declaration of Lorena Molina.

Executed on June 1, 2008 in La Paz, Bolivia.

ERIK MEIER KIRZNER

**EXHIBIT A**

EMPRESA NACIONAL DE TELECOMUNICACIONES
SOCIEDAD ANONIMA (ENTEL S.A.)

# Consolidated Financial Statements

As of March 31, 2008 and 2007
Together with the Opinion of the Independent Auditor

EMPRESA NACIONAL DEL TELECOMUNICACIONES SOCIEDAD ANONIMA (ENTEL S.A.)

Consolidated Financial Statements as of March 31, 2008 and 2007

STATEMENT OF CHANGES IN CONSOLIDATED NET WORTH
FOR THE THREE-MONTH PERIODS ENDING MARCH 31, 2008 AND 2007
(Figures expressed in Bolivianos – Note 2).

| | Capital Paid In (Note 16) | Adjustments to Capital (Note 16) | Issuance Premium (Note 17) | Legal Reserve (Note 17) | Overall Adjustment to Net Worth (Note 17) | Adjustment to Equity Reserves (Note 17) | Retained Earnings | Total |
|---|---|---|---|---|---|---|---|---|
| Balances as of December 31, 2006 | | | | | | | | |
| Restatement of Balances as of March 31, 2007, Dollar Index | | | | | | | | |
| Distribution of dividends and formation of the legal reserve in accordance with the Minutes of the Special General Meeting of Stockholders No. 01/2007, of February 26, 2007 | | | | | | | | |
| Adjustment for Restatement of Dividends Paid, Dollar Index | | | | | | | | |
| Net Profit for Period | | | | | | | | |
| **Balances as of March 31, 2007** | | | | | | | | |
| Restatement of Balances as of March 31, 2007, UFV Index (Note 2.1) | | | | | | | | |
| **Balances as March 31, 2007, Restated** | | | | | | | | |
| Balances as of December 31, 2007 | | | | | | | | |
| Restatement of Balances as March 31, 2008, UFV Index | | | | | | | | |
| Distribution of dividends and formation of the legal reserve in accordance with the Minutes of the Special General Meeting of Stockholders No. 01/2008, of February 26, 2007 | | | | | | | | |
| Adjustment for Restatement of Dividends Paid, UFV Index | | | | | | | | |
| Net Profit for Period | | | | | | | | |
| **Balances as of March 31, 2008** | | | 159,938,008 | | | | | |

The appended Notes 1 to 24 form an integral part of this statement.

REDACTED

[signature]
Gunnar León
Manager of the Comptroller's Office

Franco [illegible]
Executive President

REDACTED

16.  **CAPITAL PAID IN**

The authorized capital of ENTEL S.A. is [redacted]; in terms of the capital paid in as of March 2008 and 2007, it is [redacted]. The proportional capital value of each share as of March 31, 2008 and 2007 is [redacted], respectively.

The corporate capital of DATACOM S.R.L. is [redacted]. The proportional capital value of each share as of March 31, 2008 and 2007, is [redacted].

17.  **RESERVES**

a)  **Issuance Premium** – Corresponds to the highest value paid by private foreign investors to subscribe for the shares issued within the framework of the capitalization process of the company. This reserve was partially capitalized by the management actions in 2005.

b)  **Legal** – In accordance with the legal and regulatory provisions, 5% of the profits from each year must be earmarked for a legal reserve fund until it reaches 50% of the paid-in capital.

c)  **Overall Adjustment to Net Worth** - Corresponds to the equivalent of the restatement in constant currency of the net worth at the start of and the respective changes in net worth that occurred during the year; this criterion has been in effect since 2007. This reserve was partially capitalized by the management actions in 2005.

d)  **Capital Adjustment** - Corresponds to the restatement in constant currency of the paid-in capital, a criterion in effect since January 1, 2008.

e)  **Adjustment of Equity Reserves** - Corresponds to the restatement in constant currency of the legal reserve and the issuance premium, a criterion in effect since January 1, 2008.

# **PRUEBA A**

EMPRESA NACIONAL DE TELECOMUNICACIONES
SOCIEDAD ANONIMA (ENTEL S.A.)

# Estados Financieros Consolidados

al 31 de marzo de 2008 y 2007
conjuntamente con el Dictamen del Auditor Independiente

Estados Financieros Consolidados al 31 de marzo de 2008 y 2007

**EMPRESA NACIONAL DE TELECOMUNICACIONES SOCIEDAD ANONIMA (ENTEL S.A.)**

ESTADO DE EVOLUCION DEL PATRIMONIO NETO CONSOLIDADO
POR LOS PERIODOS DE TRES MESES TERMINADOS EL 31 DE MARZO DE 2008 Y 2007
(Cifras expresadas en bolivianos – Nota 2.)

| | Capital pagado (Nota 16) | Ajuste de capital (Nota 16) | Prima de emisión (Nota 17) | Reserva legal (Nota 17) | Ajuste global del patrimonio (Nota 17) | Ajuste de reservas patrimoniales (Nota 17) | Resultados acumulados | Total |
|---|---|---|---|---|---|---|---|---|
| Saldos al 31 de diciembre de 2006 | | | | | | | | |
| Reexpresión de saldos al 31 de marzo de 2007, índice dólar | | | | | | | | |
| Distribución de dividendos y constitución de reserva legal de acuerdo con Acta de la Junta General Extraordinaria de Accionistas N° 01/2007, del 26 de febrero de 2007. | | | | | | | | |
| Ajuste de la reexpresión de los dividendos pagados, índice dólar | | | | | | | | |
| Utilidad neta del periodo | | | | | | | | |
| Saldos al 31 de marzo de 2007 | | | | | | | | |
| Reexpresión de saldos al 31 de marzo de 2008, índice UFV (Nota 2.1) | | | | | | | | |
| Saldos al 31 de marzo de 2007 reexpresados | | | | | | | | |
| Saldos al 31 de diciembre de 2007 | | | | | | | | |
| Reexpresión de saldos al 31 de marzo de 2008, índice UFV | | | | | | | | |
| Distribución de dividendos y constitución de reserva legal de acuerdo, con Acta de la Junta General Extraordinaria de Accionistas N° 01/2008, del 26 de febrero de 2008. | | | | 159,936.008 | | | | |
| Ajuste de la reexpresión de los dividendos pagados, índice UFV | | | | | | | | |
| Utilidad neta del periodo | | | | | | | | |
| Saldos al 31 de marzo de 2008 | | | | | | | | |

REDACTED

Guzmar León
Gerente de Contraloría

Franco Gionne
Presidente Ejecutivo

Las notas 1 a 24 que se acompañan, forman parte integrante de este estado.

3

 Estados Financieros Consolidados al 31 de marzo de 2008 y 2007

# REDACTED

16. **CAPITAL PAGADO**

El capital autorizado de ENTEL S.A. es de _____ en tanto el capital pagado al 31 de marzo 2008 y 2007, es de _____. El valor patrimonial proporcional de cada acción al 31 de marzo de 2008 y 2007, es de _____ respectivamente.

El capital social de DATACOM S.R.L., es de _____ El valor patrimonial proporcional de cada acción al 31 de marzo de 2008 y 2007 es de _____

17. **RESERVAS**

a) **Prima de emisión** – Corresponde al mayor valor pagado por el inversionista privado extranjero para suscribir las acciones emitidas en el marco del proceso de capitalización de la empresa. Esta reserva se capitalizó parcialmente en la gestión 2005.

b) **Legal** – De acuerdo con lo establecido por las disposiciones legales y estatutarias, el 5% de las utilidades de cada ejercicio debe destinarse a un fondo de reserva legal hasta que éste alcance el 50% del capital pagado.

c) **Ajuste global del patrimonio** – Corresponde a la contrapartida de la reexpresión en moneda constante del patrimonio neto al inicio y de las respectivas variaciones patrimoniales ocurridas durante el ejercicio, criterio vigente hasta el 2007. Esta reserva se capitalizó parcialmente en la gestión 2005.

d) **Ajuste del capital** – Corresponde a la reexpresión en moneda constante del capital pagado, criterio vigente desde el 1º. de enero de 2008.

e) **Ajuste de reservas de Patrimonio** – Corresponde a la reexpresión en moneda constante de la reserva legal y la prima de emisión, criterio vigente desde el 1º de enero de 2008.

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK     )
                      )      ss.:
COUNTY OF NEW YORK  )

# **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into  English   of   the Consolidated Financial Statements of Entel S.A. as of March 31, 2008 and 2007   written in   Spanish   .

New York,  June 03, 2008.

TransNet USA, Inc.

Kamran Bayegan, President

Sworn to and subscribed before me on
June 03, 2008.

SUSAN E. GEDDES
Notary Public
State of New York
No.: 01GE4642769
Qualified in Nassau County
Commission Expires:
31 August 2009