Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS, BELSKY & ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS) |

**FOURTH DECLARATION OF LORENA MOLINA IN SUPPORT
OF DEFENDANT EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.'S OPPOSITION
TO MOTION TO CONFIRM *EX PARTE* ORDER OF
PREJUDGMENT ATTACHMENT**

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Attorneys for Empresa Nacional de
Telecomunicaciones Entel, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS) |

---

### DECLARATION OF LORENA MOLINA

LORENA MOLINA declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.  I am the Finance Manager of Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). I have been employed by ENTEL for 21 years. Starting in 2001, I was the Finance Supervisor of ENTEL, and in that position had responsibility for overseeing all of ENTEL's bank accounts. I have held the title of Finance Manager since December

2007. I submit this declaration in opposition to the Motion to Confirm Order of Attachment filed by E.T.I. Euro Telecom International N.V. ("ETI").

2. As Finance Manager, I am responsible for the supervision, control and maintenance of any bank accounts that ENTEL has in any banks outside of Bolivia.

3. On May 2, 2008, Joel Flores, the Interventor for ENTEL appointed by the Superintendent of Telecommunications of Boliva, provided me with four letters written and signed by him, and he requested that I send these letters to four banks in other countries in which ENTEL maintains deposits of funds. These banks are: Intesa San Paola SpA, New York branch; J.P. Morgan Chase Bank, New York Branch; Unicredito, New York branch, and Deutsche Bank, London Branch.

4. In these letters, Sr. Flores stated that on May 1, 2008 there was "a resolution appointing the undersigned [Sr. Flores] as Inspector, with all the legal representative power for a period of 90 days," and that "The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for a period of 90 days, only the undersigned is entitled and has the legal signature for this account. Please send to my office all documents to be amended as soon as possible." True and correct copies of these four letters are attached as Exhibit A.

5. On May 2, 2008, I faxed, emailed and sent by overnight courier (DHL) the four letters to the respective banks.

6. During the next several days, I had two or three telephone conversations with representatives at each of these banks. In my conversations with each bank, all I did was ask if the bank had received the letter, and requested that the bank send documents to me at ENTEL to amend the bank's records so that Sr. Flores was registered as the sole official signatory on any accounts at the bank.

7. Other than the communications referred to in Paragraphs 5 and 6, I had no other communications with any of the four banks about the authorized signatory on the accounts, nor about the funds in these accounts. Without limitation, I did not

2

communicate to anyone at any of the banks that ENTEL intended to take any actions to move the funds from any of these banks to another bank. Moreover, I am not aware of anyone else at ENTEL who would have had any communication with any of these banks indicating that ENTEL intended to move the funds from these banks, nor am I aware of anyone who would have had the authority to do so.

Executed on June 1, 2008, in La Paz, Bolivia.

                                                                             _____

                                                                                 LORENA MOLINA

Michael Krinsky (MK 4503)
Eric M Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
　KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telefono: (212) 254-1111
Fax: (212) 674-4614

Abogados de Empresa Nacional de
Telecomunicaciones Entel, S.A.

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE LA CIUDAD DE NUEVA YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Demandante, <br><br> v. <br><br> REPÚBLICA DE BOLIVIA, y EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Acusados. | Case No. 08-cv-4247 (LTS) |

### DECLARACIÓN DE LORENA MOLINA

　　　LORENA MOLINA declara lo siguiente como verdadero y correcto bajo pena de perjurio de acuerdo con las leyes de los Estados Unidos de Norte America:

　　　1.　　Soy Gerente de Finanzas de Empresa Nacional de Telecomunicaciones, S.A. ("ENTEL"). Soy funcionaria de la empresa desde hace 21 años. Comenzando el año 2001, fui la Responsable de Finanzas de ENTEL, y en este cargo tuve la responsabilidad de realizar el seguimiento de todas las cuentas bancarias de ENTEL. Actualmente ocupo el cargo de Gerente de Finanzas desde diciembre 2007. Presento esta declaración en



oposición a la Moción para Confirmar la Orden de Embargo presentada por E.T.I. Euro Telecom International N.V. ("ETI").

2. Como gerente de finanzas, soy responsable por la supervisión, control y mantenimiento de cualquier cuenta bancaria que tenga ENTEL en bancos fuera de Bolivia.

3. El 2 de mayo de 2008 Joel Flores, interventor para ENTEL nombrado por el superintendente de telecomunicaciones de Bolivia, me proporcionó cuatro cartas escritas y firmadas por él, y me pidió que mandara esas cartas a cuatro bancos el exterior donde ENTEL mantiene fondos depositados. Estos bancos son: Intesa San Paola SpA, sucursal Nueva York; J.P. Morgan Chase Bank, sucursal Nueva York; Unicredito, sucursal New York, and Deutsche Bank, sucursal Londres.

4. En estas cartas, el señor Flores escribió que el 1º de mayo, 2008 hubo "a resolution appointing the undersigned [Sr. Flores] as Inspector, with all the legal representative power for a period of 90 days," y que "The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for a period of 90 days, only the undersigned is entitled and has the legal signature for this account. Please send to my office all documents to be amended as soon as possible." Copias fieles se adjuntan como prueba A.

5. El 2 de mayo de 2008 mandé un fax, email y overnight courier DHL con las cuatro cartas a los bancos indicados.

6. En el transcurso de los días siguientes, sostuve dos o tres conversaciones telefónicas con representantes de cada uno de estos bancos. En mis conversaciones con cada banco, sólo pregunté si el banco había recibido la carta, y pedí que el banco mandara documentos a mí en ENTEL para enmendar los registros del banco, para que el señor Flores fuera registrado como único signatario oficial de cualquier cuenta nuestra en su banco.



7.      Más allá de las comunicaciones mencionadas en los párrafos 5 y 6, no tuve comunicación con ninguno de los cuatro bancos sobre el signatario autorizado en las cuentas, ni sobre los fondos en estas cuentas. Sin excepción, no comuniqué a ninguna persona en ningún banco que ENTEL pretendía tomar acciones para transferir fondos desde estos bancos a otros bancos. Además, no tengo conocimiento de otra persona en ENTEL que se hubiera comunicado con cualquiera de estos bancos indicando que ENTEL pretendía transferir los fondos de estos bancos, ni tengo conocimiento de persona alguna que tendría la autoridad para hacerlo.

Se ejecutó el 1º de junio, 2008, en La Paz, Bolivia.

_____
LORENA MOLINA

## DECLARATION OF ACCURACY

I, Erik Meier Kirzner, hereby declare under penalty of perjury under the laws of the United States as follows:

I am fluent in Spanish and English and the foregoing is, to the best of my knowledge and belief, a true and accurate translation from Spanish to English of the Declaration of Lorena Molina.

Executed on June 1, 2008 in La Paz, Bolivia.

_____
ERIK MEIER KIRZNER

**EXHIBIT A**



**entel**
vivir sin fronteras

May, 2nd, 2008

To: Intesa San Paolo SpA – NY Branch
One William Street
New York, NY 10028
Attn: Mr. Giancarlo Baiocchi
Tel: 001-212-607.3610
Fax: 001-212-809.2124

Subject: Bank Account N° 8601-081-0099

Dear Sir,

The Presidential Decree (n 29544), published on may 1st, 2008 with immediate effect, has transferred 50% of ENTEL's capital to the Bolivian state. These stakes were previously owned by ETI EuroTelecom International N.V. The state of Bolivia controls now 97% of the shares of ENTEL S.A.

The Authority Regulatory National of Bolivia (SITTEL), following the articles 10,12 and 17 of the Law number 1600 published the same day a resolution appointing the undersigned as Inspector, with all the legal representative power for a period of 90 days.

The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for the period of 90 days, only the undersigned is entitled and has the legal signature for this account.

Please send to my office all documents to be amended as soon as possible

Best regards,

**vivir sin fronteras**

Joel Flores
Intervertor
Entel S.A.

Attachment: Presidential Decree and SITTEL Resolution

Entel S.A.   C. Federico Zuazo N°1771, La Paz, Bolivia

*[DHL Express airway bill, rotated 90°. Key legible fields:]*

**DHL EXPRESS**

Número de envío: 5 8805 [barcode: 8855605271]

**1 | Número de cuenta y seguro del envío**
Cobrar a: ☒ Remitente
No. de cuenta: 650018245

**2 | Enviado por (remitente)**
Nombre del remitente: JOSE FUENTES
Nombre de la compañía: ENTEL S.A.
Dirección: FEDERICO ZUAZO 1771 ED. TUNARI
PISO/NIVEL 3
LA PAZ
País: BOLIVIA
Teléfono: 231 3030

**3 | Para (Destinatario)**
Nombre de la Compañía: INTESA SAN PAOLO SPA - NY
Dirección de entrega: ONE WILLIAM STREET
NEW YORK, NY 10028
Código postal: 10028
País: U.S.A.
Persona a contactar: GIACARLO BRIOCCHI
Teléfono: 1-212-607-3610

**CÓDIGO DE DESTINO:** ZYP
**ORIGEN:** LPB

**B | Productos y Servicios**
☒ DHL Worldwide Express

**4 | Detalles del envío**
No. de piezas: 1
Peso total: 1.5 kg

**5 | Detalles del envío**
Descripción del contenido y cantidad: DOC.

**7 | Autorización y firma del remitente**
Firma: [signature]
Fecha: 28/05/15

May, 2nd, 2008



entel
vivir sin fronteras

To: Unicredito Italiano S.p.A.
New York Branch
150 East 42nd Street
New York, NY 10017
Attn: Mr. Nicola Longodente
Tel: 1 212 546 9628
Fax: 1 212 826 8623

Subject: Bank Accounts N° 1091717178 - 3100042572

Dear Sir,

The Presidential Decree (n 29544), published on may 1st, 2008 with immediate effect, has transferred 50% of ENTEL's capital to the Bolivian state. These stakes were previously owned by ETI EuroTelecom International N.V. The State of Bolivia controls now 97% of the shares of ENTEL S.A.

The Authority Regulatory National of Bolivia (SITTEL), following the articles 10,12 and 17 of the Law number 1600 published the same day a resolution appointing the undersigned as Inspector, with all the legal representative power for a period of 90 days.

The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for the period of 90 days, only the undersigned is entitled and has the legal signature for this account.

Please send to my office all documents to be amended as soon as possible.

Best regards,

vivir s i fronteras

Intervertor
Entel S.A.

Attachment: Presidential Decree and SITTEL Resolution

Entel S.A.   C. Federico Zuazo N°1771, La Paz, Bolivia

[DHL Express international air waybill, rotated 90°. Form fields include:]

**1 | Número de cuenta y seguro del envío**
- Cobrar al: Remitente / Destinatario / Tercero
- No. de cuenta de quien paga:
- Seguro del Envío ver al Reverso
- Si valor asegurado (en otros ind)
- Efectivo / Cheque / Tarjeta Credo

**2 | Enviado por (remitente)**
- No. de cuenta: 850018213
- Nombre del remitente: Ntte Trotes
- Referencia del remitente:
- Nombre de la compañía: ENTEL S.A.
- Dirección: FEDERICO ZUAZO 1771 ED. TORRE SUBSUELO 1, LA PAZ, BOLIVIA
- Código postal:
- Teléfono/Fax/Correo electrónico: 2413030

**3 | Para (Destinatario)**
- Nombre de la Compañía: [illegible] TTLLLN [illegible] S/A
- Dirección de entrega: [illegible] 40 East 42nd Street
- New York, NY [illegible]
- Código postal: [illegible]
- País: USA
- Persona a contactar: [illegible]
- Teléfono/Fax/Correo electrónico: [illegible]

**4 | Detalles del envío**
- No. de piezas: 1
- Peso total: .5 kg
- Dimensiones (Largo × Ancho × Alto)

**5 | Detalles del envío**
- Descripción del contenido y cantidad: [illegible]

**6 | Sólo envíos por aduana (WPX)**
- Valor declarado indica moneda:
- Código aduanero
- No. IVA/GST del Remitente:
- TIPO DE EXPORTACIÓN: PERMANENTE / REPARACIÓN/DEVOLUCIÓN / TEMPORAL
- Impuestos/derechos de destino: Destinatario / Remitente / Otro

**7 | Autorización y firma del remitente**
- Firma: [signature]
- Fecha: CAGS[illegible]

**8 | Productos y Servicios**
- DHL Worldwide Express
- Priority / Standard / Other
- PESO FACTURABLE / VOLUMETRICO: kg
- CARGOS: Servicios / Otros / Seguro / VAT
- CÓDIGO DE MONEDA:
- TOTAL:
- DETALLES DE PAGO (Cheque, Tarjeta No.):
- No. DE ETIQUETA TRANSPORTE POR COBRAR:
- Type / Vencimiento
- RECOGIDO POR:
- Ruta No. / Hora / Fecha

**ORIGEN:** LPB
**CÓDIGO DE DESTINO:** JFK

Barcode: 5690805283 — 5805

May, 2nd, 2008



**entel**
vivir sin fronteras

To: Deutsche Bank - GTO
99 Bishop Gate
UK – London EC2N
Attn: Mr. Adriano Leva
Tel: 44 207 545 1688
Fax: 44 207 545 1872

Subject: Entel S.A. Bolivia – Time Deposits

Dear Sir,

The Presidential Decree (n 29544), published on may 1st, 2008 with immediate effect, has transferred 50% of ENTEL's capital to the Bolivian state. These stakes were previously owned by ETI EuroTelecom International N.V. The State of Bolivia controls now 97% of the shares of ENTEL S.A.

The Authority Regulatory National of Bolivia (SITTEL), following the articles 10,12 and 17 of the Law number 1600 published the same day a resolution appointing the undersigned as Inspector, with all the legal representative power for a period of 90 days.

The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for the period of 90 days, only the undersigned is entitled and has the legal signature for this account.

Please send to my office all documents to be amended as soon as possible.

Best regards,

Joel Flores
Intervertor
Entel S.A.

Attachment: Presidential Decree and SITTEL Resolution

Entel S.A.    C. Federico Zuazo N°1771, La Paz, Bolivia

*[DHL Express waybill, rotated 90°. Key handwritten fields:]*

**1 | Número de cuenta y seguro del envío**
No. de cuenta: 63001321.9

**2 | Enviado por (remitente)**
Nombre del remitente: JOEL TICONA S
Nombre de la compañía: ENTEL S.A
Dirección: FEDERICO ZUAZO 1771, ED. TOWER SURSUELO 1, LA PAZ, BOLIVIA
Teléfono: 2313030

**3 | Para (Destinatario)**
Nombre de la Compañía: DEUTSCHE BANK / COURTS
Dirección de entrega: 90 CHURCH GAN
UNIONES E.UN
País: UN LONDON
Código postal: ECZA
Persona a contactar: ARIBAL LEVA
Teléfono: (212) 205-1638

**4 | Detalles del envío**
No. de piezas: 1
Peso total: 0.5 kg

**5 | Detalles del envío**
Descripción: CC

Shipment No: 5805
Tracking: 8586365504
Origen: LPB

May, 2nd, 2008



entel
vivir sin fronteras

To: JP Morgan Chase Bank N.A.
270 Park Avenue
New York, NY 10017
Attn: Noemi Mitchell
Tel: 1 813 432 7734
Fax: 1 813 432 7522

Subject: Bank Accounts N° 304-279757 – 400-216752

Dear Sir,

The Presidential Decree (n 29544), published on may 1st, 2008 with immediate effect, has transferred 50% of ENTEL's capital to the Bolivian state. These stakes were previously owned by ETI EuroTelecom International N.V. The State of Bolivia controls now 97% of the shares of ENTEL S.A.

The Authority Regulatory National of Bolivia (SITTEL), following the articles 10,12 and 17 of the Law number 1600 published the same day a resolution appointing the undersigned as Inspector, with all the legal representative power for a period of 90 days.

The current authorized signatures appearing in your records are no longer valid. Starting on May 1st onwards for the period of 90 days, only the undersigned is entitled and has the legal signature for this account.

Please send to my office all documents to be amended as soon as possible.

Best regards,

*vivir sin fronteras*

Joel Flores
Intervertor
Entel S.A.

Attachment: Presidential Decree and SITTEL Resolution

Entel S.A.   C. Federico Zuazo N°1771, La Paz, Bolivia

# DHL EXPRESS

Rastree este envío por medio de la Internet: http://www.dhl.com

**1 | Número de cuenta y seguro del envío**

Cobrar al: ☐ Remitente ☐ Destinatario ☐ Tercero
No. de cuenta de quién paga: _____
Seguro del Envío ver al Reverso
☐ Si, valor asegurado (en moneda local)

Formas de pago:
☐ Efectivo
☐ Cheque
☐ Tarjeta de Débito

**2 | Enviado por (remitente)**

Nombre del remitente: JOEL FLORES
No. de cuenta: 680013218
Referencia del remitente (en la factura aparecerán los 12 primeros caracteres): _____

Nombre de la compañía: ENTEL S.A.
Dirección: FEDERICO ZUAZO 1771 ED. TOWER SUBSUELO 1
LA PAZ
BOLIVIA
Código postal: _____
Teléfono/Fax/Correo electrónico: 2313030

**3 | Para (Destinatario)**

Nombre de la Compañía: JP MORGAN CHASE BANK
Dirección de entrega: 270 PARK AVENUE
NEW YORK-NY 10017
Código postal: 10017
País: U.S.A.
Persona a contactar: LEGAL NOTICES
Teléfono/Fax/Correo electrónico (requerido): 1-813-432-7434

Barcode: 5805
6585905262

ORIGEN: LPB
CÓDIGO DE DESTINO: JSS

**8 | Productos y Servicios**

DHL Worldwide Express
☐ Priority
☐ Standard
☐ Other

Otros productos
☐ WORLDMAIL ☐ Domestico
☐ Otros

PESO FACTURABLE / VOLUMÉTRICO _____ kg

**4 | Detalles del envío**

No. de piezas | Peso total
1 | _____

**5 | Detalles del envío**

Descripción del contenido y cantidad: DOC.

**6 | Sólo envíos por aduana (WPX)**

**7 | Autorización y firma del remitente**

Firma: _____
Fecha: 02/05/08

CARGOS servicios
Otros
Seguro
VAT
CÓDIGO DE MONEDA
TOTAL

No. DE ETIQUETA TRANSPORTE POR COBRAR
DETALLES DE PAGO (Cheque, Tarjeta No.)
No.:
Tipo: Vencimiento:

RECOGIDO POR: _____
Ruta No.: _____
Hora: _____ Fecha: _____