**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E.T.I. Euro Telecom Internacional, N.V.    ) | |
| ) | Case No. 08-cv-4247 (LTS) |
| ) | |
| Plaintiff,    ) | **SCANNED** |
| ) | |
| v.    ) | **MOTION TO ADMIT COUNSEL** |
| ) | **PRO HAC VICE** |
| Republic of Bolivia and    ) | |
| Empresa Nacional de Telecomunicaciones    ) | |
| Entel S.A.,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronald E.M. Goodman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

PAUL S. REICHLER
Foley Hoag, LLP
1875 K Street, N.W.
Washington, D.C.   20006
Telephone:    (202) 223-1200
Facsimile:    (202) 785-6687
Email:    preichler@foleyhoag.com

JANIS H. BRENNAN
Foley Hoag, LLP
1875 K Street, N.W.
Washington, D.C.   20006
Telephone:    (202) 223-1200
Facsimile:    (202) 785-6687
Email:    jhbrennan@foleyhoag.com

GERALDINE R. FISCHER
Foley Hoag, LLP
1875 K Street, N.W.
Washington, D.C.   20006
Telephone:    (202) 223-1200
Facsimile:    (202) 785-6687
Email:    gfischer@foleyhoag.com

To the best of my knowledge, information and belief, Mr. Reichler and Ms. Brennan are members in good standing of the Bar of Washington, D.C., Ms. Fischer is a member in good standing of the Bar of the State of New York and the Bar of Washington, D.C., and there are no pending disciplinary proceedings against any of these attorneys in any State or Federal Court.

WHEREFORE, it is respectfully requested that the Court grant the motion to admit Paul Reichler, Janis Brennan, and Geraldine Fischer pro hac vice, to represent Defendant Republic of Bolivia in this matter.

Dated: June 11, 2008
Washington, D.C.

Ronald E.M. Goodman (SDNY #RG6698)
Foley Hoag, LLP
1875 K St, NW, Suite 800
Washington, DC 20006
Telephone:   (202) 223-1200
Facsimile:   (202) 785-6687

*Attorney for Defendant Republic of Bolivia*

CERTIFICATE OF SERVICE

I, Nicholas Renzler, hereby certify that on June 11, 2008, I caused a true copy of the foregoing document to be served upon all parties by Federal Express.

Nicholas Renzler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. Euro Telecom Internacional, N.V.         )<br>                                                                  )<br>                                                                  )<br>                            Plaintiff,            )<br>                                                                  )<br>v.                                                               )<br>                                                                  )      Case No. 08-cv-4247 (LTS)<br>Republic of Bolivia and                            )<br>Empresa Nacional de Telecomunicaciones  )<br>Entel S.A.,                                              )<br>                                                                  )<br>                            Defendants.       )<br>_____) | |

## AFFIDAVIT OF RONALD E.M. GOODMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Ronald E.M. Goodman, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the firm of Foley Hoag LLP, counsel to Defendant Republic of Bolivia in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Republic of Bolivia's motion to admit Paul S. Reichler, Janis H. Brennan and Geraldine R. Fischer counsel pro hac vice to represent Defendant Republic of Bolivia in this matter.

2. I am member in good standing of the bar of the State of New York, where I was admitted to practice law in July 1987, and of the bar of the District of Columbia, where I was admitted to practice law in April 1989.

3. I have known Paul S. Reichler since about August 2006.

4. I have known Janis H. Brennan since about August 2006.

5. I have known Geraldine R. Fischer since about February 2005.

5.    Mr. Reichler and Ms. Brennan are partners at Foley Hoag LLP, resident in the firm's Washington, D.C. office. Ms. Fischer is an associate at Foley Hoag LLP.

7.    I have found Mr. Reichler, Ms. Brennan and Ms. Fischer to be skilled attorneys and persons of integrity. To the best of my knowledge and information, they are experienced in federal practice and are familiar with the Federal Rules of Civil Procedure.

8.    Accordingly, I am pleased to move for the admission of Paul S. Reichler, Janis H. Brennan and Geraldine R. Fischer, pro hac vice.

9.    I respectfully submit a proposed order granting the admission of Paul S. Reichler, Janis H. Brennan and Gerladine R. Fischer pro hac vice, which is attached hereto.

Dated: June 11, 2008
Washington, D.C.

Ronald E.M. Goodman (SDNY #RG6698)
Foley Hoag, LLP
1875 K St, NW, Suite 800
Washington, DC 20006
Telephone:    (202) 223-1200
Facsimile:    (202) 785-6687

*Attorney for Defendant Republic of Bolivia*

### CERTIFICATE OF SERVICE

I, Nicholas Renzler, hereby certify that on June 11, 2008, I caused a true copy of the foregoing document to be served upon all parties by Federal Express.

Nicholas Renzler



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### PAUL S. REICHLER

was on the 7TH day of DECEMBER, 1973 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Geraldine Rebeca Fischer

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of January, 2003**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **22nd day of May, 2008**.



Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JANIS H. BRENNAN

was on the 4TH day of DECEMBER, 1987 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GERALDINE FISCHER

was on the 4TH day of NOVEMBER, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| E.T.I. Euro Telecom Internacional, N.V.                )<br>                                                                           )<br>                                                                           )<br>                         Plaintiff,                           )<br>                                                                           )<br>v.                                                                       )<br>                                                                           )<br>Republic of Bolivia and                                  )<br>Empresa Nacional de Telecomunicaciones      )<br>Entel S.A.,                                                         )<br>                                                                           )<br>                         Defendants.                        )<br>_____) | Case No. 08-cv-4247 (LTS)<br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Ronald E.M. Goodman, attorney for Defendant Republic of Bolivia in the above-caption case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Paul S. Reichler
    Firm Name:    Foley Hoag, LLP
    Address:    1875 K Street, N.W.
    City/State/Zip:    Washington, D.C.  20006
    Telephone:    (202) 223-1200
    Facsimile:    (202) 785-6687
    Email:    preichler@foleyhoag.com

    Applicant's Name:    Janis H. Brennan
    Firm Name:    Foley Hoag, LLP
    Address:    1875 K Street, N.W.
    City/State/Zip:    Washington, D.C.  20006
    Telephone:    (202) 223-1200
    Facsimile:    (202) 785-6687
    Email:    jhbrennan@foleyhoag.com

    Applicant's Name:    Geraldine R. Fischer
    Firm Name:    Foley Hoag, LLP
    Address:    1875 K Street, N.W.
    City/State/Zip:    Washington, D.C.  20006
    Telephone:    (202) 223-1200
    Facsimile:    (202) 785-6687
    Email:    gfischer@foleyhoag.com

-2-

are admitted to practice pro hac vice as counsel for Defendant Republic of Bolivia in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  
City, State:                                                 United States District Judge