UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. Euro Telecom Internacional, N.V.　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiff,　　　　　　)　　Case No. 08-cv-4247 (LTS)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Republic of Bolivia and　　　　　　　　　　　)　　**ORDER FOR ADMISSION**
Empresa Nacional de Telecomunicaciones　　　 )　　**PRO HAC VICE**
Entel S.A.,　　　　　　　　　　　　　　　　 )　　**ON WRITTEN MOTION**
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED  #: ___  DATE FILED: JUN 1 8 2008]

Upon the motion of Ronald E.M. Goodman, attorney for Defendant Republic of Bolivia in the above-caption case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　Applicant's Name:　　Paul S. Reichler
　　Firm Name:　　　　　Foley Hoag, LLP
　　Address:　　　　　　1875 K Street, N.W.
　　City/State/Zip:　　　 Washington, D.C.　20006
　　Telephone:　　　　　(202) 223-1200
　　Facsimile:　　　　　 (202) 785-6687
　　Email:　　　　　　　preichler@foleyhoag.com

　　Applicant's Name:　　Janis H. Brennan
　　Firm Name:　　　　　Foley Hoag, LLP
　　Address:　　　　　　1875 K Street, N.W.
　　City/State/Zip:　　　 Washington, D.C.　20006
　　Telephone:　　　　　(202) 223-1200
　　Facsimile:　　　　　 (202) 785-6687
　　Email:　　　　　　　jhbrennan@foleyhoag.com

　　Applicant's Name:　　Geraldine R. Fischer
　　Firm Name:　　　　　Foley Hoag, LLP
　　Address:　　　　　　1875 K Street, N.W.
　　City/State/Zip:　　　 Washington, D.C.　20006
　　Telephone:　　　　　(202) 223-1200
　　Facsimile:　　　　　 (202) 785-6687
　　Email:　　　　　　　gfischer@foleyhoag.com

-2-

are admitted to practice pro hac vice as counsel for Defendant Republic of Bolivia in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 6/18/08
City, State: NY NY

United States District Judge