



**O**
**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

June 16, 2008

Robert L. Sills
(212) 506-5110
rsills@orrick.com

**BY HAND**

Hon. Laura T. Swain
United States District Judge for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

E.T.I. Euro Telecom International N.V. v. Republic of Bolivia et al.,
Civil Action No. 08- CV-4247 (LTS)

Dear Judge Swain:

    We are attorneys for plaintiff E.T.I. Euro Telecom International N.V. ("ETI") in the above-entitled action.

    Under the schedule approved by Your Honor, plaintiff's reply papers on the pending motion to confirm are due this Thursday, June 19. However, over the weekend, the senior associate in our office assigned to this matter underwent emergency surgery, and therefore is not available to work on these papers. Accordingly, I respectfully request that Your Honor grant a brief extension for our reply papers until Monday, June 23. I have spoken with counsel for both defendants and neither has any opposition to this request.

    In addition, both defendants filed, with the Court's permission, over-sized memoranda in opposition to the motion to confirm. Given the length of these memoranda, I respectfully request that plaintiff be given leave to file a single reply memorandum not to exceed 30 pages. Counsel for both defendants have authorized me to represent to the Court that they have no opposition to this request, as well.

*The requests are granted.*

Respectfully,

SO ORDERED.

Robert L. Sills

/s/ 6/18/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE