

# ORRICK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 3 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

June 19, 2008

**BY HAND**

Hon. Laura T. Swain
United States District Judge for
 the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

Robert L. Sills
(212) 506-5110
rsills@orrick.com


MEMO ENDORSED

E.T.I. Euro Telecom International N.V. v. Republic of Bolivia et al.,
Civil Action No. 08-CV-4247 (LTS)

Dear Judge Swain:

My letter to the Court dated June 16, 2008, which Your Honor endorsed yesterday, should have requested leave for plaintiff to file a single reply memorandum not to exceed 35 pages, rather than the 30 pages requested through a typographical error.

Both defendants had previously consented to plaintiff filing a 35 page reply memorandum. Accordingly, I respectfully request that the court allow plaintiff to file a reply memorandum of that length. I apologize to the Court and to defendants' counsel for my error.

Respectfully,

Robert L. Sills

Robert L. Sills

Copies (by email) to
 Michael Krinsky, Esq.
 Janis H. Brennan, Esq.

*Permission to file a 35-page memorandum is granted.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE


RECEIVED JUN 2 3 2008 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.