Robert L. Sills (RS 8896)
Steven J. Fink (SF 3497)
Ryan S. Lester (RL 5603)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM INTERNATIONAL N.V.,

    Plaintiff,

-against-

REPUBLIC OF BOLIVIA and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL S.A.,

    Defendants.

08 CV 4247 (LTS)

DECLARATION OF
FRANCESCO S. LOBIANCO

---

**FRANCESCO S. LOBIANCO** declares the following to be true:

1. I am the Managing Director of E.T.I. Euro Telecom International N.V. ("ETI").

2. ETI is in possession of the share certificate evidencing ETI's ownership of 6,404,494 shares of the stock of Empresa Nacional de Telecommunicaciones Entel S.A. (the "Share Certificate"). The Share Certificate is held at ETI's office in Amsterdam, with an address of Strawinskylaan 1627, 1077 XX Amsterdam - The Netherlands. A copy of the Share Certificate (front and back) is attached as Exhibit A.

3. The Share Certificate remains in ETI's name. It has not been endorsed to the Republic of Bolivia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20th, 2008 at Amsterdam.

Francesco S. Lobianco

# EXHIBIT A

Título Nº 0000001
Por ..G.104.494.Acción (es)
SERIE UNICA
Valor nominal de cada Acción: Bs100,00.-

**EMPRESA NACIONAL DE TELECOMUNICACIONES SOCIEDAD ANONIMA**
**ENTEL S.A.**

Transformada de Sociedad Anónima Mixta (S.A.M.) en Sociedad Anónima (S.A.), por imperio del art. 434 del Código de Comercio e inscrita en la Dirección General de Registro de Comercio y Sociedades por Acciones, mediante Resolución Administrativa No. 02-06838/96 de 16 de enero de 1996.

MATRICULA RECSA Nº      07-037406-01
CAPITAL AUTORIZADO:    Bs2.561.797.600
CAPITAL SOCIAL:             Bs1.280.898.800

Lugar y fecha de conversión:   La Paz, noviembre 27 de 1995
Duración:                              99 años
Domicilio:                             La Paz - Bolivia

El presente título acredita que: Entel Telecom International N.V. es propietario(a) de seis millones cuatrocientos cuatro mil cuatrocientos noventicuatro Acción(es) Ordinaria(s), Nominativa(s) de la Empresa Nacional de Telecomunicaciones Sociedad Anónima (ENTEL S.A.), totalmente pagadas, registrada(s) bajo el folio Nº ...0.0.0.2....... del Libro de Registro de Acciones de la Sociedad.

Este título confiere todos los derechos reconocidos a los titulares de acciones por el Código de Comercio y los Estatutos Sociales de la Sociedad.

La Paz, 9 de Abril de 199.6.

Presidente Ejecutivo ENTEL S.A.      Director Secretario ENTEL S.A.      Síndico (s)

TODA TRANSFERENCIA PARA TENER VALOR LEGAL DEBE ESTAR INSCRITA EN EL LIBRO DE REGISTRO DE ACCIONES.

## TRANSFERENCIAS

| | |
|---|---|
| Transferido a: ..................................<br>Del Folio No. ............ Al Folio No.............<br><br>..................  ..................<br>Transferente      Transferido<br><br>_____<br>Director Secretario | Transferido a: ..................................<br>Del Folio No. ............ Al Folio No.............<br><br>..................  ..................<br>Transferente      Transferido<br><br>_____<br>Director Secretario |
| Transferido a: ..................................<br>Del Folio No. ............ Al Folio No.............<br><br>..................  ..................<br>Transferente      Transferido<br><br>_____<br>Director Secretario | Transferido a: ..................................<br>Del Folio No. ............ Al Folio No.............<br><br>..................  ..................<br>Transferente      Transferido<br><br>_____<br>Director Secretario |

## DIVIDENDOS

| | | | |
|---|---|---|---|
| DIVIDENDOS<br>GESTION<br>PAGADOS | | | . |
| | | . | |

Impreso en L.d.X. Telf. 35 64 93 con norma de seguridad X-Plus Ultra