

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

tel 212-506-5000
fax 212-506-5151
WWW.ORRICK.COM

June 26, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
JUN 3 0 2008

Robert L. Sills
(212) 506-5110
rsills@orrick.com

BY FACSIMILE

Hon. Laura T. Swain
United States District Judge for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



MEMO ENDORSED

E.T.I. Euro Telecom International N.V. v. Republic of Bolivia et al., Civil Action No. 08-CV-4247 (LTS)

Dear Judge Swain:

We write, on behalf of our client E.T.I. Euro Telecom International N.V. ("ETI"), in response to the letter from Paul Reichler, Esq. and Michael Krinsky, Esq. to Your Honor dated June 25, 2008, seeking leave to file two separate fifteen page sur-reply memoranda on the pending motion to confirm the order of attachment entered on May 5, 2008 (the "June 25 Letter").

Because of the rapidly evolving circumstances of this case (including Defendant Entel's acknowledgment of a debt to Defendant Bolivia), and Plaintiff's need to respond in its reply papers to arguments and assertions raised in Defendants' opposition papers, there are legal and factual issues before the Court that Defendants have not yet addressed. While a request to file a limited sur-reply under such circumstances is not unreasonable, we were surprised that the June 25 Letter argued, at some length, the points that Defendants apparently wish to raise in those sur-replies. We were particularly surprised at this given that, as acknowledged in the fifth paragraph of the second page of the June 25 Letter, we had already informed Defendants' counsel that ETI took no position on Defendants' request for leave to file sur-reply memoranda so long as they did not seek to rehash points already raised in their voluminous initial submissions.

Needless to say, we disagree with the arguments made in the June 25 Letter. However, we can see no reason to burden the Court with a response to those arguments at this time.

Copies mailed ~~faxed~~ to counsel 6/27/08
Chambers of Judge Swain



Hon. Laura T. Swain
June 26, 2008
Page 2

Rather, if Your Honor grants Defendants' request, ETI will respond to their sur-reply papers either in a brief final submission or at the hearing of the motion, as the Court deems appropriate.

Respectfully,

*Robert L. Sills* by RSL

Robert L. Sills

Copies (by facsimile) to
Michael Krinsky
Paul S. Reichler

A sur-surreply of no more than 20 pages may be served and filed by July 14, 2008.

SO ORDERED.

6/27/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE