## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| E.T.I. Euro Telecom International, N.V.,<br><br>Plaintiff,<br><br>v.<br><br>Republic of Bolivia and Empresa Nacional de Telecomunicaciones Entel SA,<br><br>Defendants. | CIVIL ACTION NO. 08-cv-4247-LTS<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant the Republic of Bolivia. I certify that I am admitted to practice in this court pro hac vice.

Nothing in this Appearance shall constitute a waiver, explicit or implicit, of any right, privilege, or immunity the Republic of Bolivia may have, or any objections it may have, with respect to the jurisdiction of the Court, service or purported service or otherwise, including such rights, privileges, immunities and objections under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1602, *et seq.*, and the Republic of Bolivia expressly reserves same.

Dated: July 1, 2008

FOLEY HOAG LLP

By _____
Janis H. Brennan
1875 K Street, NW
Suite 800
Washington, DC 20006-1238
202.223.1200

*Attorney for Defendant the Republic of Bolivia*