**RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.**

**ATTORNEYS AT LAW**
111 BROADWAY, ELEVENTH FLOOR
NEW YORK, NY 10006-1901

TELEPHONE (212) 254-1111

FACSIMILE (212) 674-4614

www.rbskl.com

VICTOR RABINOWITZ (1911-2007)
LEONARD B. BOUDIN (1912-1989)

MICHAEL KRINSKY
ERIC M. LIEBERMAN
DAVID B. GOLDSTEIN
CHRISTOPHER J. KLATELL

LINDSEY FRANK

COUNSEL

LEONARD I WEINGLASS
DEBRA EVENSON
TERRY GROSS
CRAIG KAPLAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 3 2008

MICHAEL KRINSKY
212 254 1111 Ext. 102
mkrinsky@rbskl.com

July 1, 2008

By FAX to (212) 805-0426

Honorable Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:    *E.T.I. Euro Telecom International N.V. v. Republic of Bolivia and Empresa Nacional de Telecomunicaciones Entel S.A.*, Civil Action No. 08-CV-4247 (LTS/FM)

Dear Judge Swain:

On behalf of defendant Empresa Nacional de Telecomunicaiones Entel S.A. ("ENTEL"), we respectfully request an enlargement of ENTEL's sur-reply from 15 to 20 pages. Plaintiff's counsel has authorized us to represent that plaintiff takes no position on this request. We understand that the Republic of Boliva does not intend to seek similar relief. It consents to ENTEL's request. ENTEL's sur-reply brief is due this Thursday, July 3.

On June 25, ENTEL requested leave to file a sur-reply brief of 15 pages, which request was granted by the Court on June 30. In advancing further in the preparation of our brief, we have concluded that our original request was too limited and that a brief up to 20 pages will allow for a more adequate treatment of the issues. We apologize to the Court for not having anticipated this in the first instance.

Request granted.
SO ORDERED.

Respectfully submitted,

Michael Krinsky
*Counsel for ENTEL*