Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
  KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS/FM) |

**DEFENDANT EMPRESA NACIONAL de TELECOMUNICACIONES
ENTEL S.A.'s EVIDENTIARY OBJECTIONS IN
OPPOSITION TO MOTION TO CONFIRM
*EX PARTE* ORDER OF PREJUDGMENT ATTACHMENT**

Of Counsel:
Jules Lobel
3900 Forbes Avenue
Pittsburgh, PA 15260

Adam Belsky
Gross Belsky Alonso LLP

Defendant Empresa Nacional de Telecomunicaciones Entel S.A. ("ENTEL") hereby submits the following evidentiary objections to the Reply Declaration of Robert L. Sills, sworn to on June 23, 2008, and the exhibits attached thereto.

ENTEL makes these evidentiary objections without prejudice to any other evidentiary objections, including as to relevance, it may have to the declarations submitted by plaintiff in its opening and reply submissions, and the exhibits thereto.

| Declaration of | Paragraph/ Exhibit No. | Description | Objection(s) |
|---|---|---|---|
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 4, & Ex. 1 | Statement by Bolivian Governmental Coordination Vice-Minister Héctor Arce; ElEconomista.es Article 10/23/2007 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 7, & Ex. 4 | Statement by Bolivian Governmental Coordination Vice-Minister Héctor Arce; Red Erbol article, dated December 3, 2007 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 8, & Ex. 5 | Statement by Bolivian Minister of Public Works, Óscar Coca; La Prensa article, dated May 17, 2008 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 18, & Ex. 10 | Statement by Bolivian President Evo Morales; Reuters article, dated May 16, 2008 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 19, & Ex. 11 | Statements by Bolivian government; El Deber.com.bo article, dated May 3, 2008 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 19, & Ex. 12 | Statements by Bolivian government; Bolpress article, dated May 1, 2008 | • Federal Rule of Evidence 802, Hearsay |
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 20, & Ex. 13 | ENTEL's alleged concession of tax obligation; El Diario article, dated May 29, 2008 | • Federal Rule of Evidence 802, Hearsay |

| Declaration of | Paragraph/ Exhibit No. | Description | Objection(s) |
|---|---|---|---|
| Robert L. Sills, sworn to on June 23, 2008 | ¶ 21, & Ex. 14 | Statement by Bolivian Minister of Public Works, Óscar Coca; La Prensa.com article, dated May 16th, 2008 | • Federal Rule of Evidence 802, Hearsay |

Dated: July 3, 2008

                                                      Respectfully submitted,

Of Counsel:

                                                      Michael Krinsky (MK 4503)
                                                      Eric M. Lieberman (EL 4822)

Jules Lobel                                     RABINOWITZ, BOUDIN, STANDARD,
                                                       KRINSKY & LIEBERMAN, P.C.

Adam Belsky
GROSS BELSKY ALONSO LLP           Terry Gross (TG 3249)
                                                       GROSS BELSKY ALONSO LLP

                                                      *Counsel for Empresa Nacional de*
                                                      *Telecomunicaciones Entel S.A.*