Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254-1111
Facsimile: (212) 674-4614

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, # 2200
San Francisco, California 94104
Telephone: (415) 514-0200
Facsimile: (415) 544-0201

*Attorneys for Empresa Nacional de Telecomunicaciones Entel S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., | |
| Plaintiff, | |
| v. | Case No. 08-cv-4247 (LTS/FM) |
| REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL, S.A., | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Empresa Nacional de Telecomunicaciones Entel, S.A. ("ENTEL"), by and through its undersigned counsel, will move the Court, the Honorable Laura Taylor Swain, Presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 4, 2008, or on such other date as the Court may fix, pursuant to Rule 12(b)(1), (2) and (6), Fed. R. Civ. P., and the Foreign Sovereign Immunities Act, 28

U.S.C. §§ 1602 *et. seq.*, for an order dismissing, with prejudice, Plaintiff's Complaint for Attachment in Aid of International Arbitration and dissolving the *ex parte* order of prejudgment attachment issued herein on May 5, 2008 pursuant to said Complaint, together with an award of costs and attorneys fees. Pursuant to Local Rule 6.1(b) of the United States District Court for the Southern District of New York, Plaintiff is required to serve and file any papers in opposition on or before July 25, 2008, with reply papers to be served and filed by ENTEL on or before August 1, 2008.

In support of its motion, ENTEL relies upon its accompanying memorandum of law; the Republic of Bolivia's memorandum of law in support of its contemporaneous motion to dismiss the Complaint; and the following declarations filed by ENTEL in opposition to plaintiff's motion to confirm the *ex parte* order of prejudgment attachment issued May 5, 2008, and the exhibits thereto: Declaration of Javier Castro, executed June 1, 2008; First Declaration of Alejandro Salinas Vilela, executed June 2, 2008; Second Declaration of Alejandro Salinas Vilela, executed June 6, 2008; Declaration of Joel Flores Carpio, executed June 10, 2008, ¶¶ 1-8 and 21 only; First Declaration of Lorena Molina, executed June 1, 2008; Second Declaration of Lorena Molina, executed June 1, 2008; and Declaration of Maria Cecilia Rocabado, executed July 3, 2008.

ENTEL requests oral argument on its motion.

As required by Rule 2B of the Individual Practice Rules of the Honorable Laura Swain Taylor, the undersigned counsel for ENTEL and counsel for the Republic Bolivia have used their best efforts to resolve informally the matters raised in Defendants' respective Motions with counsel for Plaintiff, including exchanging e-mails and holding a telephone conference with counsel for Plaintiff.

Dated: July 11, 2008

Of Counsel:

Jules Lobel

Adam Belsky
GROSS BELSKY ALONSO LLP

*[signature]*
Michael Krinsky (MK 4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP

*Counsel for Empresa Nacional de
Telecomunicaciones Entel S.A.*

TO:

Robert L. Sills
Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 1010
Telephone: (212) 506–5000
Facsimile: (212) 506-5151
*Counsel for Plaintiff*

Ronald E.M. Goodman
Paul S. Reichler
Janis H. Brennan
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-1200
Facsimile: (202) 785-6687
*Counsel for Defendant Republic of Bolivia*