Ronald E.M. Goodman (RG 6698)
Paul S. Reichler
Janis H. Brennan
FOLEY HOAG LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-1200
Facsimile: (202) 785-6687
*Counsel for Defendant Republic of Bolivia*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. Euro Telecom International, N.V., <br><br> Plaintiff, <br><br> v. <br><br> Republic of Bolivia and <br> Empresa Nacional de Telecomunicaciones <br> ENTEL S.A., <br><br> Defendants. | CIVIL ACTION NO. <br> 08-cv-4247 (LTS/FM) <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that Defendant the Republic of Bolivia ("Bolivia"), by and through its undersigned counsel, will move the Court, the Honorable Laura Taylor Swain, Presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 4, 2008, or on such other date as the Court may fix, pursuant to Rule 12(b)(1), (2), (5) and (6) of the Federal Rules of Civil Procedure and the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 *et seq.*, for an Order dismissing, with prejudice, Plaintiff's Complaint for Attachment in Aid of International Arbitration and dissolving the *ex parte* order of prejudgment attachment issued herein on May 5, 2008 pursuant to said Complaint, together with an award of costs and attorneys fees and for such other and further relief as the Court deems appropriate.

Pursuant to Local Rule 6.1(b) of the United District Court for the Southern District of New York, Plaintiff is required to serve and file any papers in opposition to Bolivia's Motion on or before July 25, 2008, with reply papers to be served and filed by Bolivia on or before August 1, 2008.

In support of its motion, Bolivia relies upon its accompanying Memorandum of Law; the Memorandum of Law in support of the Motion to Dismiss the Complaint filed contemporaneously herewith by Empresa Nacional de Telecomunicaciones ENTEL S.A. (Entel); and Bolivia's and Entel's respective previous submissions in this case.

Bolivia requests oral argument on its Motion.

As required by Rule 2B of the Individual Practice Rules of Judge Laura Swain Taylor, the undersigned counsel for the Republic Bolivia and counsel for Entel have used their best efforts to resolve informally the matters raised in Defendants' respective Motions to Dismiss the Complaint with counsel for Plaintiff, including exchanging e-mails and holding a telephone conference with counsel for Plaintiff.

Dated: Washington, D.C.
       July 11, 2008

 

*Ronald E. M. Goodman* (signature)
_____
Ronald E.M. Goodman (RG 6698)
Paul S. Reichler
Janis H. Brennan
FOLEY HOAG LLP
1875 K Street, N.W.
Washington, D.C.  20006
Telephone:     (202) 223-1200
Facsimile:     (202) 785-6687
*Counsel for Defendant Republic of Bolivia*

TO:

Robert L. Sills (rsills@orrick.com)
Steven J. Fink (sfink@orrick.com)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151
*Counsel for Plaintiff*

Michael Krinsky (mkrinsky@rbskl.com)
Rabinowitz, Boudin, Standard, Krinsky
    & Lieberman, PC
740 Broadway, Fifth Floor
New York, New York   10003
Telephone:  (212) 254-1111
Facsimile:  (212) 674-4614
*Counsel for Defendant Empresa Nacional
    de Telecomunicaciones ENTEL S.A.*