UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

E.T.I. EURO TELECOM INTERNATIONAL
N.V.,

        Plaintiff,

  -v-                             No.  08 Civ. 4247 (LTS)(FM)

REPUBLIC OF BOLIVIA, and EMPRESA
NACIONAL DE TELECOMMUNICACIONES
ENTEL S.A.,

        Defendants.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 9 2008

## ORDER

The Initial Pre-Trial Conference scheduled for August 22, 2008, is adjourned <u>sine</u> <u>die</u> pending resolution of Plaintiff's Motion for Reconsideration and for a Stay.

SO ORDERED.

Dated:      New York, New York
           August 19, 2008

                                   LAURA TAYLOR SWAIN
                                   United States District Judge