FOLEY HOAG LLP
Ronald E.M. Goodman (RG6698)
Paul S. Reichler
Janis H. Brennan
1875 K Street, N.W.
Washington, D.C.  20006
(202) 223-1200
(202) 785-6687
*Attorneys for Defendant the Republic of Bolivia*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL S.A., <br><br> Defendants. | Case No. 08-cv-4247 (LTS)(FM) |

## NOTICE OF MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

PLEASE TAKE NOTICE that pursuant to New York CPLR §6212 and the Court's July 30, 2008 Memorandum Opinion and Order, the Republic of Bolivia hereby moves the Court, the Honorable Laura Taylor Swain, Presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, for an award of attorney's fees and costs covering the period May 9, 2008 through August 24, 2008.  The amount of the award Bolivia seeks is set forth in the Declaration of Paul S. Reichler, including the attachments thereto, and the Memorandum of Law submitted contemporaneoulsy herewith.

In addition to the amounts stated, Bolivia also seeks an award of fees and costs for any additional sums incurred subsequent to August 24, 2008 through the date on which the attached funds belonging to Entel are returned to it and final judgment dismissing this action has been entered.

In support of this Motion, Bolivia relies upon the above-referenced Declaration of Paul S. Reichler, the attachments thereto, and the Memorandum of Law submitted simultaneously herewith, together with all its prior submissions and the prior proceedings in this matter.

As stated in the Court's July 30, 2008 Opinion and Order, Plaintiff ETI's response to this Motion is due by September 5, 2008, and Bolivia's Reply will be due by September 12, 2008.

Dated:     August 25, 2008

        Respectfully submitted,

        FOLEY HOAG LLP

        By: /s/ Ronald E.M. Goodman
           Ronald E.M. Goodman (RG6698)
           Paul S. Reichler
           Janis H. Brennan
           1875 K Street, N.W.
           Washington, D.C.  20006
           Telephone:  (202) 223-1200
           Facsimile:  (202) 785-6687
           *Attorneys for Defendant*
             *the Republic of Bolivia*

TO:

Robert L. Sills
Steven J. Fink
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 1010
Telephone: (212) 506 –5000
Facsimile: (212) 506-5151
*Counsel for Plaintiff*

Michael Krinsky (MK4503)
Eric M. Lieberman (EL 4822)
RABINOWITZ, BOUDIN, STANDARD,
   KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006

Terry Gross (TG 3249)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
*Counsel for Entel*