FOLEY HOAG LLP
Ronald E.M. Goodman (RG6698)
Paul S. Reichler
Janis H. Brennan
1875 K Street, N.W.
Washington, D.C.  20006
(202) 223-1200
(202) 785-6687
*Attorneys for Defendant the Republic of Bolivia*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| E.T.I. EURO TELECOM INTERNATIONAL, N.V.,<br><br>   Plaintiff,<br><br>   v.<br><br>REPUBLIC OF BOLIVIA, and EMPRESA NACIONAL DE TELECOMUNICACIONES ENTEL S.A.,<br><br>   Defendants. | Case No. 08-cv-4247 (LTS)(FM) |

---

**DECLARATION OF PAUL S. REICHLER
IN SUPPORT OF DEFENDANT THE REPUBLIC OF BOLIVIA'S
MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES**

I, Paul S. Reichler, hereby declare under penalty of perjury that the following is true and correct:

  1.  I am a member of the bar of the District of Columbia and a senior partner in the law firm Foley Hoag LLP, counsel to Defendant the Republic of Bolivia ("Bolivia") in the above-captioned action.  I serve as lead counsel to Bolivia in this matter.

2.    I make this Declaration in support of Bolivia's Motion for Attorney's Fees and Costs pursuant to N.Y.C.P.L.R. §6212 and the Court's Memorandum Opinion and Order dated July 30, 2008.

3.    Bolivia seeks an award of attorney's fees and costs for the period May 9, 2008, when Foley Hoag was first retained by Bolivia to represent it in this action, through August 24, 2008, as follows:

| | |
|---|---|
| Attorney's Fees: | $161,789 |
| Costs: | $25,439.87 |
| Total: | $187,228.87 |

4.    In support of the foregoing request for fees and costs, attached hereto as Annex 1 is a copy of Foley Hoag's billing statements to Bolivia for the pertinent periods. The billing statements have been minimally redacted to delete only (a) information on the specific subjects of research that are protected by the attorney-client privilege and/or the work product doctrine and (b) work on behalf of Bolivia that did not constitute direct work on this action. In addition, I have caused to be marked through time entries related to our firm's supervision of Bolivia's defense of the parallel attachment action that Plaintiff maintained in the English courts, which supervision we carried out at the request of Bolivia.

5.    I have caused to be subtracted from each billing statement the attorney's fees incurred in connection with the litigation in England, as well as attorney's fees for matters not directly related to defending Bolivia in this action. The revised amount of each billing statement is reflected on the last page thereof and, when added together, equal the total amount of fees and costs sought.

## ATTORNEY'S FEES

6.     Foley Hoag LLP is an international law firm founded in 1943, with offices in Washington, D.C. and Boston, Massachusetts.

7.     For the period May 9, 2008 through August 24, 2008, the following Foley Hoag attorneys worked on this matter at the following hourly rates:

| Attorney | Position | Hourly Rate |
|---|---|---|
| Paul S. Reicher | Partner | $625.00 |
| Ronald E.M. Goodman | Partner | 625.00 |
| Janis H. Brennan | Partner | 530.00 |
| Andrew Schwartz | Partner | 660.00 |
| Lawrence Martin | Partner | 505.00 |
| Geraldine Fischer | Associate | 435.00 |
| Kiran Ghia | Associate | 370.00 |
| Clara Brillembourg | Associate | 320.00 |
| Erica Jong | Associate | 295.00 |
| Analia Gonzalez | Associate | 180.00 |
| Daniel Firger | Summer Associate | 215.00 |
| Nicholas Renzlez | Paralegal | 150.00 |
| Joanne Blinn | Research Librarian | 150.00 |

I supervised the work of the above individuals.

8.     On the basis of publicly-available billing rates for attorneys in New York City (where Plaintiff chose to bring this action) and Washington, D.C. (from where Foley Hoag has conducted its representation of Bolivia), and on the basis of my own personal knowledge, the above rates are comparable to or less than those charged by attorneys and paralegals with the same levels of experience in the subject matters involved in the current action.

9.     Virtually all of the Foley Hoag attorneys (Mr. Goodwin, Mr. Martin, Ms. Brennan, Ms. Fischer, Ms. Brillembourg, Ms. Ghia, Ms. Jong, Ms. Gonzalez and myself) and the paralegal (Mr. Renzler) who worked on this case on behalf of Bolivia are part of

this firm's International Litigation and Arbitration Practice Group, which specializes in representing foreign States and State-owned enterprises before the U.S. courts and international dispute resolution tribunals. Collectively, the members of Foley Hoag's International Litigation and Arbitration Practice Group who worked on this case have over 52 years' experience representing foreign States and State-owned enterprises before U.S. courts.

10.    In addition to Bolivia, Foley Hoag has represented the following foreign States in over 30 cases before U.S. courts since 1980: Thailand, the Philippines, Iraq, Nicaragua, Venezuela, Honduras, Guyana, Nigeria, Zambia, Liberia and Tanzania. A copy of our brochure describing Representative Engagements of the Foley Hoag International Litigation and Arbitration Practice Group is attached as Annex 2, the final pages of which provide a description of just some of the representations in U.S. courts carried out by the attorneys who performed work for Bolivia in this matter.

11.    In addition to its work for foreign States and State-owned enterprises in the U.S. courts, attorneys in Foley Hoag's International Litigation and Arbitration Practice Group have represented the following States before international dispute resolution fora, and in their relationships with the U.S. Government and the international financial institutions located in the United States, among other matters: Malaysia, the Philippines, Vietnam, Angola, Tanzania, Kenya, Uganda, Djibouti, Lesotho, Cameroon, Namibia, Rwanda, Liberia, the Saharawi Republic, Guyana, Belize, Jamaica, Haiti, Costa Rica, Nicaragua, Guatemala, Honduras, Venezuela, Ecuador, Bolivia, Uruguay, Chile, France, Romania, China and Russia.

12.    Attached as Annex 3 to this Declaration are the resumes of the attorneys who performed the large majority of the work for Bolivia in this action; that is, Mr. Goodman, Ms. Brennan, Mr. Martin, Ms. Fischer, Ms. Brillembourg, Ms. Ghia, Ms. Jong, and myself, as well as the resume of the paralegal working on this matter, Mr. Renzler.

## COSTS

13.    Bolivia's costs in this matter are also set forth on the billing statements attached at Annex 1 hereto.  The costs consist primarily of long distance telephone and facsimile charges, photocopying, express couriers, secretarial overtime, local transportation, and on-line legal research charges.  I have caused to be deducted from the expenses the value of long distance telephone charges related to Plaintiff's parallel litigation in the courts of London, England, which are the only costs on the billing statements attached at Annex 1 that did not directly relate to this litigation.   The revised amount of each billing statement making up the requested award is reflected on the last page of each statement.

14.    Other than the attorney's fees and costs reflected on Annex 1 and addressed in this Declaration, Bolivia does not request additional damages by reason of Plaintiff's wrongful attachment of Entel's bank accounts.

*      *      *

15.    In addition to the expenses incurred during the period May 9, 2008 to August 24, 2008, Bolivia also seeks an award of attorney's fees and costs incurred subsequent to August 24, 2008 through the date on which the attached funds are returned to Entel and the Court has entered final judgment dismissing this action.  Bolivia will

submit an appropriate accounting to the Court for its consideration upon its final disposition of this case.

      16.    Should the Court feel that it requires additional detail of the attorney's fees and costs Bolivia has incurred, we will promptly provide it.

Dated:      Washington, D.C.
               August 25, 2008

                                   Paul S. Reichler

8/25/08

ANGELICA M. VILLAGRAN
Notary Public, District of Columbia
My Commission Expires March 31, 2013

**ANNEX 1**



FOLEY
HOAG LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

Paul S. Reichler
Washington, DC Office
202 223 1200

Government of Bolivia                          June 30, 2008
Ambassador Gustavo Guzman                       Invoice No. 418030
Embassy of Bolivia                              Matter No. 27724.00003
3014 Massachusetts Avenue NW
Washington, D.C.  20008

**Re:     Euro Telelcom International Litigation Litigation**

For Professional Services Rendered through May 31, 2008:


| | |
|---|---|
| Fees | $106,901.00 |
| Disbursements | 5,524.30 |
| **TOTAL FEES AND DISBURSEMENTS** | $112,425.30 |

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 418030
June 30, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/09/08 | Reichler | Review SDNY documents; memo to Ambassador Guzman; telephone conference with G. Guzman; telephone conference with Ambassador Inchauste. | 4.0 |
| 05/09/08 | Schwartz | Attention to attachment, order, email E. Rice regarding obtaining other court filings. | 0.1 |
| 05/09/08 | Fischer | Review attachment order; meet with P. Reichler re attachment of assets in anticipation of arbitration against Bolivia; attempt to locate pleadings on Pacer and research 28 USC Section 1610 | 1.4 |
| 05/11/08 | Schwartz | Attention to E. Rice emails regarding Judge Swain's background, obtaining complaint. | 0.1 |
| 05/12/08 | Schwartz | Emails with E. Rice regarding obtaining complaint, emails to P. Reichler | 0.1 |
| 05/12/08 | Renzler | Conduct research on Bolivia's nationalization of Entel per G. Fischer request | 1.8 |
| 05/12/08 | Brennan | Meeting with research associates regarding FSIA, NY law and other needed research and numerous e-mails with same regarding research; review ETI pleadings. | 2.1 |
| 05/12/08 | Fischer | Review relevant FSIA provisions; discuss FSIA assignment related to ETI's attachment with J. Brennan; review documents and discuss CPLR provisions with J. Klein; review news and decree regarding nationalization of ENTEL. | 2.3 |
| 05/13/08 | Brennan | Review papers filed by ETI; conferences with G. Fischer, C. Brillembourg and J. Klein; review legal research results. | 4.4 |
| 05/13/08 | Fischer | Research FSIA case law related to pre-judgment attachments; review nationalization decree; review memo in support of motion to confirm order of attachment; research issue of majority ownership by State and entitlement to instrumentality status under the | 6.8 |

To ensure proper credit to your account,
please include remittance page with your payment.

**REDACTED**

Matter No.: 27724.00003                                    Invoice No.: 418030
Re: Euro Telecom International Litigation                         June 30, 2008
                                                                      Page 3

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | FSIA; participate in meeting with J. Brennan, J. Klein and C. Brillembourg to discuss results of research. | |
| 05/13/08 | Renzler | Receive Google Alert; send article to G. Fischer | 0.2 |
| 05/14/08 | Renzler | Manage Google Alerts | 0.1 |
| 05/14/08 | Brennan | E-mails with team regarding evidence needed; prepare memo to P. Reichler regarding arguments and evidence needed; review legal research. | 3.8 |
| 05/14/08 | Fischer | Review legal arguments and factual allegations made by ETI in pleadings; draft questions for Bolivians to answer pertaining to FSIA issues; review nationalization decrees;  research additional information on                      .; research case law on majority ownership and instrumentality and direct ownership questions; research relevant ICSID provisions | 6.8 |
| 05/15/08 | Fischer | Discuss with J. Brennan and J. Klein outstanding research issues related to ETI attachment; research caselaw on ownership and instrumentality under the FSIA; summarize icsid research: continue reviewing applicable FSIA cases; discuss outstanding research issues with J. Brennan and P. Reichler; e-mail R.Goodman and J. Brennan applicable ICSID provisions;  review new documents filed by ETI in SDNY. | 7.4 |
| 05/15/08 | Brennan | Conferences with G. Fischer regarding additional research and oversee same; telephone calls with M. Krinsky. | 2.5 |
| 05/15/08 | Jong | Spoke with J. Brennan re: assignment and background to case. | 0.7 |
| 05/15/08 | Renzler | Get documents in SDNY case from PACER & save to system; create binders of pleadings for P. Reichler, R. Goodman, J. Brennan, C. Brillembourg, G. Fischer and J. Klein; receive documents from Bolivian Embassy | 4.3 |
| 05/15/08 | Goodman | Assist in finding relevant article; review relevant ICSID provisions. | 0.5 |
| 05/15/08 | Reichler | Teleconference with G. Guzman (3); H. Arce (2); J. Flores; C. Inchauste; Memo to all the above re: legal analysis of case and tasks to perform. | 2.5 |

**REDACTED**

Matter No.: 27724.00003                                                    Invoice No.: 418030
Re: Euro Telecom International Litigation                                          June 30, 2008
                                                                                        Page 4

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 05/16/08 | Reichler | Teleconference with H. Arce; teleconference with M. Krinsky; consult with J. Brennan; review documents. | 2.0 |
| ~~05/16/08~~ | ~~Renzler~~ | ~~Speak with J. Brennan regarding research on UK courts & answer questions regarding UK attachment order; conduct research regarding document notification in UK courts; make news/press binder; speak with G. Fischer regarding case; conduct FSIA research on Westlaw.~~ | ~~2.0~~ |
| 05/16/08 | Jong | Researched J. Swain's FSIA decisions; drafted memo summarizing findings. | 1.6 |
| 05/16/08 | Fischer | Prepare memo for J. Brennan re FSIA research and ICSID questions; review New York law research section pertaining to attachments; research case law related to FSIA attachment requirements, particularly related to "commercial activity in the U.S." | 3.0 |
| 05/16/08 | Brennan | ~~Telephone call and e-mail with S. Wordsworth/Essex Court Chambers;~~ telephone calls with M. Krinsky; ~~attempt to obtain UK court documents;~~ e-mails with P. Reichler reporting on various issues; review legal research. | ~~4.7~~ 3.2 |
| 05/17/08 | Fischer | Research and review attachment cases, draft memo and send to J. Brennan. | 3.0 |
| 05/17/08 | Brennan | E-mails with P. Reichler ~~and Essex Court Chambers.~~ | ~~0.3~~ .1 |
| 05/18/08 | Jong | Researched Judge Swain's decisions on prejudgment attachments; drafted memo on findings; researched legislative history of 22 USC 1650(a). | 2.6 |
| 05/19/08 | Jong | Researched legislative history of 22 USC @1650(a) and drafted email summarizing results. | 0.9 |
| 05/19/08 | Renzler | ~~Emails with J. Brennan regarding British court documents;~~ review of Google Alerts articles; print articles and file them | ~~2.0~~ 1.0 |
| 05/19/08 | Fischer | Continue reviewing case law re attachment issue; review memo on New York law section and provide comments to J. Klein; discuss FSIA issues with J. Brennan; research legal aspects of nationalization of Entel; review Judge's individual practice rules re request for extension and relay to J. Brennan; continue reviewing documents submitted by ETI        ; review D. Jong memos on FSIA and attachment decision by Judge Swain and | 3.0 |

**REDACTED**

Matter No.: 27724.00003                                                    Invoice No.: 418030
Re: Euro Telecom International Litigation                                        June 30, 2008
                                                                                      Page 5

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | ICSID legislative history | |
| 05/19/08 | Brennan | ~~Telephone calls and e-mails with J. Smouha~~; telephone calls and e-mails with M. Krinsky; conferences with research associates and paralegal; reach research memos; telephone call and e-mail with P. Reichler. | ~~5.5~~ 4.5 |
| 05/20/08 | Brennan | ~~Telephone calls and e-mails with J. Fordham and Essex Court~~; e-mails and telephone call with P. Reichler; review decrees and research memos/cases; conferences with G. Fischer and J. Klein; numerous telephone calls and e-mails with M. Krinsky; telephone call with opposing counsel. | ~~5.2~~ 4.0 |
| 05/20/08 | Fischer | Review documents submitted by ETI; review legal regime related to         ; discuss with J. Brennan; converse with L. Frank re legal regime and decrees to request; review new decrees sent by L. Frank | 3.8 |
| 05/20/08 | Renzler | Review & print articles from Google Alerts; travel to DC Court of Appeals to obtain certificates of good standing for PSR, JHB, GRF; update pleadings binders; answer J. Klein question regarding research; create file index & file; speak with help desk regarding DM problems in case; send request to NY Supreme Court for GRF Certificate of Good Standings; prepare documents for PHV admission for PSR & JHB; speak with J. Brennan & G. Fischer regarding case | 6.7 |
| 05/21/08 | Renzler | Research documents per G. Fischer request; create binders of Bolivian laws; check docket; speak with J. Brennan & G. Fischer regarding status of case; update physical file; review & print articles received from Google Alerts | 2.8 |
| 05/21/08 | Fischer | Review news article on Entel nationalization; continue reviewing and summarizing          ; e-mail memo summarizing legal decrees to M. Krinsky and L. Frank; review additional laws found related to          ; update memo on Bolivian laws; update memo on FSIA issues to reflect analysis of Bolivian laws; send laws out for translation; e-mail M. Krinsky and L. Frank updated memos and additional laws; review articles discussing exclusivity of ICSID | 2.0 |

**REDACTED**

Matter No.: 27724.00003                                     Invoice No.: 418030
Re: Euro Telecom International Litigation                        June 30, 2008
                                                                      Page 6

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/21/08 | Brennan | Draft letter to Orrick; numerous telephone calls and e-mails with M. Krinsky and e-mails and telephone calls with P. Reichler; review results of research (memos and cases); ~~telephone call with J. Fordham/UK~~; conferences with G. Fischer and J. Klein. | 2.5 3.0 |
| 05/22/08 | Fischer | Research to find U.S. State Department Intervenor Brief in MINE v. Guinea case; call K. Ghia to explain research assignment re ⎯ ; explain research assignment to D. Jong; continue reviewing documents filed by ETI; meet with P. Reichler, J. Brennan and J. Klein to discuss arguments for brief to be presented to court re attachment issue; review State Department intervener brief and ICSID cases | 5.3 |
| 05/22/08 | Reichler | Review pleadings file; teleconference with M. Krinsky (3); meeting with legal team to go over legal and evidentiary arguments; review and edit correspondence to ETI's counsel. | 4.0 |
| 05/22/08 | Brennan | Revise memo on legal arguments and evidence needed in case; e-mails and telephone calls with M. Krinsky; conferences with P. Reichler; review research memos and read cases cited by ETI; edit letter to Orrick regarding Scheduling; finalize and transmit letter to Orrick regarding service of process. | 5.2 |
| 05/22/08 | Renzler | Research Bolivian laws and international agreements for G. Fischer & J. Brennan; review Google Alerts articles and print them | 1.5 |
| 05/22/08 | Jong | Researched FSIA Section 1605(a)(6) and drafted memo summarizing results. | 2.6 |
| 05/23/08 | Renzler | Correspond with J. Brennan regarding treaties; assist in research; view Google Alerts and update press binders | 0.5 |
| 05/23/08 | Reichler | Various calls with M. Krinsky; e-mail to H. Arce; teleconference with H. Arce. | 2.0 |
| 05/23/08 | Brennan | Numerous conferences with P. Reichler, G. Fischer and J. Klein and telephone calls with M. Krinsky; ~~e-mails and telephone call with J. Fordham/UK; telephone call with J. Ferrigno/Essex Court chambers;~~ review letter from Orrick/opposing counsel; review legal research for opposition brief. | 5.2 4.0 |
| 05/23/08 | Blinn | Locate and order articles for J. Klein. | 0.1 |

To ensure proper credit to your account,
please include remittance page with your payment.

**REDACTED**

Matter No.: 27724.00003                                          Invoice No.: 418030
Re: Euro Telecom International Litigation                              June 30, 2008
                                                                          Page 7

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/24/08 | Reichler | Consult with Janis Brennan over memorandum in opposition to motion to confirm attachment; review Krinsky memo. | 2.0 |
| 05/24/08 | Brennan | Prepare Bolivia's opposition to ETI Motion to confirm order of attachment; review case law and ETI's pleadings and evidence; conference call with P. Reichler to discuss case law and strategy for argument; e-mails with G. Fischer and J. Klein; ~~e-mails with J. Fordham/UK.~~ | ~~6.2~~ 6.0 |
| 05/25/08 | Brennan | Draft Bolivia's opposition to ETI's motion to confirm order of attachment; review additional case law. | 5.2 |
| 05/26/08 | Fischer | Research the meaning of "used for commercial activity in the U.S." in the context of 1610(d) as well as 1610(a)(2) in federal courts; e-mail results of research to J. Brennan | 2.0 |
| 05/26/08 | Brennan | Conference call with P. Reichler; draft Bolivia's opposition to ETI's motion to confirm order of attachment. | 5.8 |
| 05/27/08 | Fischer | Review and edit English translation of decrees; continue researching second circuit jurisprudence; | 5.0 |
| 05/27/08 | Renzler | Update Bolivian Laws & Pleadings binders; conduct research; provide documents for G. Fischer; prepare PHV motions w/ R. Goodman's name | 2.3 |
| 05/27/08 | Jong | Responded to G. Fischer's email re: format for citations to legislative history. | 0.2 |
| 05/27/08 | Gonzalez | Reviewed translation of Decree. | 0.5 |
| 05/27/08 | Reichler | Work on memorandum; teleconference with H. Arce. | 2.0 |
| 05/27/08 | Brennan | Draft Bolivia's opposition to motion to confirm; conferences with P. Reichler; telephone call to M. Krinsky ~~to J. Fordham/UK~~; e-mails with m. Krinsky; e-mails and office conferences with G. Fischer regarding research; conference call with P. Reichler and M. Krinsky. | ~~6.0~~ 5.5 |
| 05/28/08 | Brennan | E-mails and telephone calls with P. Reichler and M. Krinsky; revise letter to Orrick; review orrick response; prepare stipulation and transmit to M. Krinsky; e-mails and telephone calls with G. Fischer. | 3.8 |
| 05/28/08 | Renzler | Review & print articles from Google Alerts; prepare | 1.0 |

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 418030
June 30, 2008
Page 8

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | appearance for filing; organize file; update binder | |
| 05/28/08 | Fischer | Review and edit Bolivian law translations; call L. Frank to discuss pending document and information requests; continue reviewing second circuit case law re attachment issue and provide information to J. Brennan; discuss additional research assignment related to explicit waivers of immunity and "no use of property for commercial purposes" with J. Brennan | 6.6 |
| 05/29/08 | Renzler | Prepare & file Appearance & Stipulation; speak with J. Brennan regarding case; calls to Clerk regarding Stipulation | 2.0 |
| 05/29/08 | Brennan | Revise stipulation and transmit to M. Krinsky; numerous telephone calls and e-mails with M. Krinsky and opposing counsel regarding stipulation, and oversee execution and filing of same; oversee preparation and filing of R. Goodman notice of appearance, draft opposition brief; assign additional research. | 6.7 |
| 05/30/08 | Brennan | E-mails with opposing counsel; oversee stipulation filing; draft opposition brief; numerous telephone calls and e-mails with Mr. Krinsky; e-mails with P. Reichler; tasks to                                             ; conferences with G. Fischer; telephone call to J. Swain's Chambers; review expanded research memos; assign research on de facto agency or instrumentality arguments; draft and transmit letter to J. Swain regarding page limits; review Krinsky letter to J. Swain. | 8.5 |
| 05/30/08 | Ghia | Telephone call with G. Fischer regarding research assignment. | 0.3 |
| 05/30/08 | Gonzalez | Called Ambassador Guzman with R.Goodman. Meeting with R.Goodman. | 0.6 |
| 05/30/08 | Renzler | Call Clerk; email & phone call w/ J. Brennan regarding stipulation; conduct research regarding ICSID convention & InterAmerican Service convention per J. Brennan request; update binders; improve file index & file documents; retrieve case for J. Brennan | 3.7 |
| 05/30/08 | Fischer | Review translations and send to L. Frank and M. Krinsky; discuss research assignment with J. Brennan and K. Ghia related to                                             ; draft letter to Judge requesting to submit a brief in excess of page | 3.0 |

To ensure proper credit to your account,
please include remittance page with your payment.

**REDACTED**

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 418030
June 30, 2008
Page 9

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | limitation; send J. Brennan electronic copies of research on 1610(d) and 1610(a); call and translate email to Bolivian officials , discuss with J. Brennan research assignment related to the use of Entel's assets to pay a potential arbitral award against Bolivia | |
| 05/30/08 | Reichler | Work on Memorandum. | 6.0 |
| 05/30/08 | Goodman | Briefing on need for ; review and edit request to G. Guzman in that regard; contact G. Guzman. | 1.5 |
| 05/31/08 | Fischer | Research jurisprudence related to attachment of Entel's assets to pay for a potential arbitral award against Bolivia and send memo to J. Brennan; review cases that distinguish and provide information to J. Brennan; review Bolivian legal documents to find support for proposition that l and review laws to | 5.4 |
| 05/31/08 | Reichler | Work on memorandum. | 1.5 |
| 05/31/08 | Brennan | Draft opposition brief; numerous e-mails and telephone call with P. Reichler and with G. Fischer; e-mail to Mr. Krinsky. | 8.5 |

**Total Hours**    **234.0**

**REDACTED**

Matter No.: 27724.00002
Re: Euro Telecom International Litigation

Invoice No.: 416397
June 30, 2009
Page 10

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | |
|---|---|---|---|
| Gonzalez | 1.1 | x $180/hr = | $198.00 *(198.00)* |
| Schwartz | 0.3 | x 660/hr = | 2,537.00 |
| Jong | 8.6 | x 295/hr = | 29,058.00 |
| Fischer | 66.8 | x 435/hr = | 15.00 |
| Blinn | 0.1 | x 150/hr = | |
| Brennan | 92.9 | — 5.9 hrs = 87.0 x $530/hr = 46,110.00 | |
| Ghia | 0.3 | x $370/hr = $111.00 | |
| Renzler | 30.9 | — 3 hrs = 27.9 hrs x $150/hr = 4,185.00 | |
| Reichler | 31.0 | — 4 hrs = 27.0 hrs x $625/hr = 16,875.00 | |
| Goodman | 2.0 | x $625/hr = 1,250 | |

**Total Fees**  ~~$106,901.00~~
*$100,537.00*

## Disbursements

| Date | | Amount |
|---|---|---|
| 05/31/08 | Telecommunication | ~~277.86~~ *210.00* |
| 05/31/08 | Photocopying | 308.42 |
| 05/31/08 | Computer Research, Lexis | 290.75 |
| 05/31/08 | Computer Research, Westlaw | 4,647.27 |

**Total Disbursements**  ~~$5,524.30~~
*$5,456.44*

**Total Fees and Disbursements**  ~~$112,425.30~~
*$105,993.44*



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Paul S. Reichler
202-223-1200
Washington

Republic of Bolivia
Amb. Gustavo Guzman
3014 Massachusetts Avenue, NW
Washington, DC  20008

July 31, 2008
Invoice No.: 419885
Matter No.: 27724.00003

Re:     **Euro Telecom International Litigation**

For Professional Services rendered through June 30, 2008

| | |
|---|---|
| Fees | $7,992.00 |
| Disbursements | 13,736.85 |
| **Total Fees and Disbursements** | **$21,728.85** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 419885
July 31, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/02/08 | Reichler | Edits and revisions to memorandum for NY court. | 4.0 |
| 06/10/08 | Reichler | Revisions to Memorandum to New York Court. | 2.0 |
| 06/26/08 | Martin | Conference with P. Reichler re sur-reply brief; conference with J. Brennan re same. | 0.6 |
| 06/30/08 | Martin | Draft sur-reply brief; conferences with J. Brennan and P. Reichler. | 7.8 |
| | | **Total Hours** | **14.4** |

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 419885
July 31, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Martin | 8.4 |
| Reichler | 6.0 |

**Total Fees**    $7,992.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/30/08 | Telephone | $250.00 ~~355.70~~ |
| 06/30/08 | Facsimiles | 9.05 |
| 06/30/08 | International Facsimiles | 63.00 |
| 06/30/08 | Express Delivery | 94.23 |
| 06/30/08 | Courier Services | 20.92 |
| 06/30/08 | In-House Photocopying | 335.00 |
| 06/30/08 | Outside Photocopying | 83.97 |
| 06/30/08 | In-House Color Photocopying | 9.00 |
| 06/30/08 | Official Fees and Costs | 75.00 |
| 06/30/08 | Outside Professional Fees | 1,401.69 |
| 06/30/08 | Secretarial Overtime | 175.62 |
| 06/30/08 | Computer Research, Lexis | 1,918.00 |
| 06/30/08 | Computer Research, Westlaw | 9,195.67 |

**Total Disbursements**    ~~$13,736.85~~

$13,631.15

| | |
|---|---|
| **Total Fees** | $7,992.00 |
| **Total Disbursements** | 13,631.15 ~~13,736.85~~ |
| **Total Fees and Disbursements** | ~~$21,728.85~~ |

$21,623.15

To ensure proper credit to your account,
please include remittance page with your payment.



Paul S. Reichler
202-223-1200
Washington

Republic of Bolivia                                         August 20, 2008
Amb. Gustavo Guzman                                        Invoice No.: 421242
3014 Massachusetts Avenue, NW                              Matter No.: 27724.00003
Washington, DC  20008


**Re:**    **Euro Telecom International Litigation**

For Professional Services rendered through July 31, 2008

|  |  |
|---|---|
| Fees | $52,193.50 |
| Disbursements | 6,333.67 |
| **Total Fees and Disbursements** | **$58,527.17** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 27724.00003                                              Invoice No.: 421242
Re: Euro Telecom International Litigation                             August 20, 2008
                                                                            Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/01/08 | Brillembourg | Communications with Dr. Gutierrez; Communications with J. Brennan re: expert opinion; Reviewing plaintiff's pleadings. | 1.6 |
| 07/01/08 | Martin | Draft sur-reply brief. | 9.2 |
| 07/02/08 | Martin | Draft sur-reply brief; related legal research; conference with J. Brennan. | 6.0 |
| 07/02/08 | Brillembourg | Communications with client re: expert opinion; Meeting with S. Tabak re: same. | 1.0 |
| 07/02/08 | Brillembourg | Communications with Dr. Gutierrez regarding expert opinion. | 0.8 |
| 07/03/08 | Renzler | Proofread & cite check brief; create table of contents; edit brief; file brief; prepare courtesy copy for judge; prepare and send letter enclosing courtesy copy to judge | 3.0 |
| 07/03/08 | Martin | Draft sur-reply brief; conferences with J. Brennan, P. Reichler, and N. Renzler. | 3.3 |
| 07/07/08 | Brennan | ~~E-mails with R. Garcia; telephone call with London counsel;~~ e-mails with M. Krinsky and P. Reichler; review letter from ETI to Bolivia/ICSID regarding arbitration appointment. | ~~1.3~~ .8 |
| 07/07/08 | Renzler | Send client electronic companies of filings; draft letter from P Reichler to client; redraft letter; prepare documents to send to client; send documents to client; file documents in hard copy file | 2.7 |
| 07/08/08 | Renzler | Retrieve cases for J. Brennan | 0.8 |
| 07/08/08 | Brennan | ~~E-mails with UK counsel;~~ prepare outline of motion to dismiss and conferences with P. Reichler and L. Martin regarding same; begin drafting memorandum supporting motion to dismiss. | ~~3.4~~ 3.0 |
| 07/09/08 | Brennan | ~~Review report on UK hearing before Justice Andrew Smith; e-mails with UK counsel; e-mails with P. Reichler; telephone call with UK counsel;~~ prepare memorandum in support of motion to dismiss; review SDNY and Judge Swain's motion rules; e-mails with M. Krisnky; e-mails to opposing counsel regarding potential resolution of issues on motion to dismiss; conference with P. Reichler. | ~~7.8~~ 4.8 |
| 07/10/08 | Brennan | Prepare memorandum in support of motion to dismiss; ~~e-mails with UK counsel and P. Reichler; telephone call~~ | ~~8.4~~ 6.0 |

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 421242
August 20, 2008
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | ~~with UK counsel;~~ e-mails with M. Krinsky; e-mails with A. Alvarez; telephone call with opposing counsel (Orrick); assign brief legal research project to K. Ghia. | |
| 07/11/08 | Renzler | Proofread, cite check, and format brief; assist J. Brennan in filing brief; send courtesy copy to judge; send electronic copies to client | 4.6 |
| 07/11/08 | Martin | Review/edit draft motion to dismiss; conference with J. Brennan re same. | 1.0 |
| 07/15/08 | Brennan | Review ETI Sur-Sur Reply; ~~e-mails with UK counsel regarding ETI appeal; telephone call with UK counsel regarding procedure in UK appeal and review order of Court of Appeals; e-mail to A. Alvarez; e-mail to P. Reichler regarding UK appeal.~~ | ~~3.2~~ .4 |
| 07/16/08 | Brennan | Review ETI's Sur-Sur reply and brief P. Reichler on same; ~~e-mails with UK counsel; prepare memorandum on UK appeal procedure for client~~. | ~~3.8~~ .8 |
| 07/17/08 | Brennan | conference with S. Tabak regarding additional legal research; ~~finalize memorandum to client on UK appeal proceeding.~~ | ~~1.2~~ .2 |
| 07/18/08 | Brennan | Meeting with Minister Arce; ~~e-mails with UK counsel;~~ telephone calls and e-mails with M. Krinsky and opposing counsel; telephone call to S. Young/Judge Swain's law clerk (with P. Reichler); letter to the Court. | ~~3.6~~ 3.2 |
| 07/21/08 | Brillembourg | | ~~3.6~~ |
| 07/21/08 | Reichler | | ~~3.0~~ |
| 07/21/08 | Brennan | E-mails to D. Goldstein; e-mails and conferences with P. Reichler; review letter from Orrick to SDNY; ~~e-mails with R. Garcia~~; telephone calls with D. Goldstein; ; telephone calls to/from S. Young, Judge Swain's clerk. | ~~5.1~~ 1.0 |
| 07/22/08 | Reichler | | ~~4.0~~ |
| 07/22/08 | Brillembourg | | ~~5.4~~ |

To ensure proper credit to your account,
please include remittance page with your payment.

**REDACTED**

Matter No.: 27724.00003                                    Invoice No.: 421242
Re: Euro Telecom International Litigation                      August 20, 2008
                                                                    Page 4

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/23/08 | Reichler | Memo to Dr. Arce on case coordination issues. | 1.5 |
| 07/24/08 | Reichler | | ~~2.0~~ |
| 07/24/08 | Brennan | ~~Telephone call and e-mails with R. García; telephone call and e-mails with UK counsel.~~ | ~~1.2~~ |
| 07/25/08 | Brennan | ~~E-mails with UK counsel regarding Court of Appeal decision and read decision; telephone calls with UK counsel;~~ e-mail to M. Krinsky; conferences with P. Reichler. | ~~2.0~~ 1.0 |
| 07/25/08 | Reichler | ~~Review decision of UK court of Appeal;~~ outline letter to NY court on UK decision; teleconference with Shawn Young, clerk to Judge Swain; | ~~2.5~~ .5 |
| 07/25/08 | Renzler | Respond to letter regarding PACER from A. Alvarez. | 0.3 |
| 07/26/08 | Brennan | Draft letter to Judge Swain regarding Court of Appeal decision; e-mails with P. Reichler ~~and UK counsel.~~ | ~~2.5~~ 2.0 |
| 07/27/08 | Reichler | Review and edit draft letter to Judge Swain on UK Court of Appeal decision. | 2.0 |
| ~~07/28/08~~ | ~~Reichler~~ | ~~Correspondence and calls with client re: UK court of Appeal decision.~~ | ~~1.0~~ |
| 07/28/08 | Brennan | Finalize and submit letter to Judge Swain; conferences with P. Reichler; e-mails to co-counsel and opposing counsel; review papers intended to be filed by M. Krinsky and provide comments on same. | 2.1 |
| 07/30/08 | Reichler | Review Judge's Opinion, send to client; teleconference with Dr. Arce; teleconference with Ambassador Guzman;                    ; research appealability of Judge's opinion. | ~~2.5~~ 2.0 |
| 07/30/08 | Martin | Review decision; conference with P. Reichler re same. | 0.5 |
| 07/31/08 | Renzler | Speak with Judge's clerk; notify P. Reichler, J. Brennan, L. Martin & R. Goodman regarding schedule of pretrial conference. | 0.4 |
| 07/31/08 | Reichler | E-mail correspondence with Krinsky; review Krinsky's memo to Court. | 1.0 |
| | | **Total Hours** | **109.3** |

To ensure proper credit to your account,
please include remittance page with your payment.

**REDACTED**

Re: Euro Telecom International Litigation

August 20, 2008
Page 5

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Brillembourg | 12.4 − 9.0 = 3.4 × \$320/hr = \$1,088.00 |
| Brennan | 45.6 − 20.3 = 25.3 × \$530/hr = 13,409.00 |
| Martin | 20.0 × \$505/hr = \$10,100.00 |
| Renzler | 11.8 × \$150/hr = \$1,770.00 |
| Reichler | 19.5 − 12.5 = 7.0 × \$625/hr = \$4,375.00 |

**Total Fees** ~~\$52,193.50~~

\$30,742.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/31/08 | Telephone | 225.00  ~~373.54~~ |
| 07/31/08 | Facsimiles | 43.15 |
| 07/31/08 | International Facsimiles | 20.50 |
| 07/31/08 | Express Delivery | 170.15 |
| 07/31/08 | In-House Photocopying | 727.25 |
| 07/31/08 | Outside Photocopying | 130.68 |
| 07/31/08 | In-House Color Photocopying | 907.50 |
| 07/31/08 | Taxi Fare | 34.65 |
| 07/31/08 | Computer Research, Lexis | 376.75 |
| 07/31/08 | Computer Research, Westlaw | 3,549.50 |

**Total Disbursements** ~~\$6,333.67~~

\$6,185.13

| | | |
|---|---|---|
| **Total Fees** | \$30,742.00 | ~~\$52,193.50~~ |
| **Total Disbursements** | 6,185.13 | ~~6,333.67~~ |
| **Total Fees and Disbursements** | \$36,927.13 | ~~\$58,527.17~~ |

To ensure proper credit to your account,
please include remittance page with your payment.



Paul S. Reichler
202-223-1200
Washington

Republic of Bolivia
Amb. Gustavo Guzman
3014 Massachusetts Avenue, NW
Washington, DC  20008

August 25, 2008
Invoice No.: 421621
Matter No.: 27724.00003

**Re:**    **Euro Telecom International Litigation**

For Professional Services rendered through August 25, 2008

|  |  |
|---|---|
| Fees | $22,518.50 |
| Disbursements | <u>167.15</u> |
| **Total Fees and Disbursements** | <u>**$22,685.65**</u> |

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 08/01/08 | Renzler | Print out pleadings for J. Brennan and P. Reichler; send documents to client; emails with A. Alvarez and P. Reichler; speak with B. Marroquin regarding filing opposition. | 0.5 |
| 08/03/08 | Reichler | Review and comment on ETI"s motion for reconsideration of 30 July decision. | 1.0 |
| 08/04/08 | Martin | Review motion to reconsider/stay; review case law cited in support; review Judge Swain's decision; research re status of tax obligation as attachable "debt"; related research; conference with D. Firger. | 6.5 |
| 08/04/08 | Brennan | Conferences and e-mails with L. Martin regarding opposition to ETI's motion for reconsideration and a stay.  Arrange for legal research assistance from D. Firger. | 0.4 |
| 08/05/08 | Brennan | Conference with L. Martin regarding opposition to ETI motion. | 0.2 |
| 08/05/08 | Martin | Legal research for opposition to motion for reconsideration; begin draft of same. | 3.5 |
| 08/06/08 | Martin | Draft opposition to motion to reconsider; legal research for same. | 6.5 |
| 08/07/08 | Martin | Draft opposition to motion to reconsider related legal research; conference with D. Firger re edits to same. | 4.5 |
| 08/07/08 | Firger | Edited opposition brief to ETI's motion for reconsideration | 0.4 |
| 08/07/08 | Firger | Met with J. Brennan to discuss research assignment on attorneys' fees; Re-read Judge Swain's July 30 order | 0.4 |
| 08/07/08 | Brennan | Assign research project to D. Firger regarding issues involved in motion for attorneys fees and other costs. | 0.3 |
| 08/08/08 | Martin | Additional edits to draft opposition to motion to reconsider. | 0.4 |
| 08/09/08 | Reichler | Review and edit opposition to ETI's motion for reconsideration and for a stay. | 1.5 |
| 08/11/08 | Brennan | Phone call with P. Reichler re motion for attorneys fees. | 0.1 |
| 08/12/08 | Martin | Telephone conference with P. Reichler; P. Reichler edits to draft opposition to motion for reconsideration; email correspondence with counsel for Entel. | 1.1 |

Matter No.: 27724.00003                                              Invoice No.: 421621
Re: Euro Telecom International Litigation                                August 25, 2008
                                                                              Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 08/13/08 | Martin | Additional edits to draft opposition to stay motion; email correspondence with P. Reichler; email correspondence with counsel for Entel; finalize and file opposition; review Entel draft and comments to same. | 3.5 |
| 08/14/08 | Brennan | Arrange for transmission of courtesy copy of opposition to reconsideration and stay to Judge Swain; e-mail to M. Krinsky and opposing counsel; conference with D. Firger re research results. | 1.5 |
| 08/16/08 | Brennan | Read D. Firger memo on attorneys fees motion. | 1.0 |
| 08/18/08 | Brennan | Read cases on motion for attorneys fees; conference with P. Reichler. | 1.0 |
| 08/20/08 | Brennan | Obtain billing statements for motion for attorneys fees and telephone call with P. Reichler regarding same. | 0.5 |
| 08/22/08 | Brennan | Telephone call with M. Krinsky; review time records in support of motion for attorneys fees and costs. | 1.0 |
| 08/23/08 | Brennan | Prepare declaration and memorandum of law for motion for attorneys fees and costs. | 3.5 |
| 08/24/08 | Brennan | Prepare declaration and memorandum of law and supporting documentation in support of motion for attorneys fees and costs; e-mails with P. Reichler and L. Martin re same. | 4.8 |

**Total Hours**     **44.1**

Matter No.: 27724.00003
Re: Euro Telecom International Litigation

Invoice No.: 421621
August 25, 2008
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Firger | 0.8 |
| Brennan | 14.3 |
| Martin | 26.0 |
| Renzler | 0.5 |
| Reichler | 2.5 |

**Total Fees**                    **$22,518.50**

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 08/25/08 | Telephone | 12.00 |
| 08/25/08 | In-House Photocopying | 24.75 |
| 08/25/08 | In-House Color Photocopying | 102.00 |
| 08/25/08 | Computer Research, PACER | 28.40 |

**Total Disbursements**                    **$167.15**

| | |
|---|---|
| **Total Fees** | **$22,518.50** |
| **Total Disbursements** | **167.15** |
| **Total Fees and Disbursements** | **$22,685.65** |

**ANNEX 2**



# International Litigation and Arbitration Practice

*Representative Engagements*

- Litigation and Arbitration between Sovereign States
- Arbitration between Sovereign States and Investors
- International Commercial Arbitration
- Litigation before the United States Courts

FOLEY HOAG LLP

WASHINGTON | BOSTON | FOLEYHOAG.COM

FOLEY HOAG LLP

# LITIGATION AND ARBITRATION BETWEEN SOVEREIGN STATES

## Litigation before the International Court of Justice in The Hague

- **Ecuador v. Colombia (Case Concerning Aerial Spraying on the Border).** We represent Ecuador in this proceeding, in which Ecuador has asked the Court to order Colombia to terminate its aerial spraying of toxic herbicides in such close proximity to the Ecuadorian border that it has caused, and continues to cause, serious harm to human health, livestock, crops and the environment in Ecuador.

- **Argentina v. Uruguay (Case Concerning Pulp Mills on the Uruguay River).** Our attorneys are representing Uruguay in this proceeding, defending its right to sustainable development through the construction of a pulp plant that satisfies the highest environmental standards. Argentina has asked the Court to prohibit the construction of the plant on the basis of possible harm to the river shared by the two States.

- **Costa Rica v. Nicaragua (Case Regarding Navigational and Related Rights).** We represent Nicaragua in this dispute over the extent of Costa Rica's navigational rights on the San Juan River, which is part of Nicaragua and divides the land territories of the two States.

- **Nicaragua v. Colombia (Case Concerning Territorial and Maritime Dispute).** We represent Nicaragua in this case, which will determine sovereignty over certain islands in the Western Caribbean, as well as the maritime boundary between Nicaragua and Colombia in those waters.

- **Democratic Republic of Congo v. Uganda (Case Concerning Armed Activities in the Territory of Congo).** Our attorneys represented Uganda, which was accused of armed intervention in the Congolese civil war and the unlawful occupation of Congolese territory.

- **Nicaragua v. the United States of America (Case Concerning Military and Paramilitary Activities In and Against Nicaragua).** We represented Nicaragua in this historic proceeding, which resulted in a decision condemning the United States for its military, logistical and financial aid to counterrevolutionary forces attempting to overthrow the Government of Nicaragua, and for the mining of Nicaraguan harbors by U.S. intelligence forces.



**Arbitration and Mediation of Territorial and Maritime Disputes**

- **Guyana v. Suriname.** We represented Guyana in this proceeding under the Convention on the Law of the Sea (Annex VIII) to delimit the maritime boundary between the two neighboring countries. The arbitration resulted in a victory for Guyana, which was awarded the vast majority of the maritime area in dispute, including all of the area where significant oil deposits are believed to exist.

- **Guatemala and Belize.** One of our partners served as Mediator, named by the Secretary General of the Organization of American States, to facilitate a definitive resolution of the territorial dispute between Guatemala and Belize. The mediation resulted in an Accord signed by the Ministers of Foreign Relations of the two countries.



# ARBITRATION BETWEEN SOVEREIGN STATES AND INVESTORS

## Arbitration between Sovereign States and Investors before the International Centre for Settlement of Investment Disputes (ICSID)

- **Occidental Petroleum Corporation and Occidental Exploration and Production Company v. the Republic of Ecuador.** We represented Ecuador in the provisional measures phase of this arbitration, resulting from the Ecuadorian Government's termination of a contract for the exploitation of an oil field, and the claimants' allegation that their investment was "expropriated." The tribunal ruled unanimously in Ecuador's favor, and refused to order the measures requested by the claimants. The proceedings were conducted in Spanish and English.

- **I&I Beheer B.V. v. the Bolivarian Republic of Venezuela.** Our lawyers represented Venezuela in an arbitral proceeding based upon a dispute over promissory notes, brought by a Netherlands investor under the bilateral investment treaty between Holland and Venezuela. The proceeding was conducted in Spanish and English.

- **Vannessa Ventures Ltd. v. the Bolivarian Republic of Venezuela.** Our lawyers represented Venezuela in this arbitral proceeding under the ICSID Additional Facility, based on a claim of more than US$1 billion brought by a Canadian mining company under the bilateral investment treaty between Canada and Venezuela. The proceeding was conducted in Spanish and English.

- **Química e Industrial del Bórax Ltda. v. the Republic of Bolivia.** We are representing Bolivia in this proceeding, initiated under the bilateral investment treaty between Bolivia and Chile, concerning the Bolivian Government's termination of a mineral concession. The arbitration is being conducted in Spanish.

- **Shell Brands International AG and Shell Nicaragua S.A. v. Republic of Nicaragua.** We represented Nicaragua in this arbitration, initiated under the bilateral investment treaty between Nicaragua and Holland, concerning a seizure of the trademarks of the two investors ordered by the Nicaraguan courts.

- **Victor Pey Casado and Fundación Presidente Allende v. Republic of Chile.** Our lawyers represented Chile in its defense of a US$515 million claim in an arbitration under the bilateral investment treaty between the Kingdom of Spain and Chile. The proceedings are being conducted in Spanish and French.

- **MTD Equity Sdn. Bhd. and MTD Chile S.A. v. Republic of Chile.** Our attorneys represented Chile in an annulment proceeding under the ICSID Convention, based upon an arbitral award issued under the bilateral investment treaty between Malaysia and Chile. The proceeding concerned a construction project. The official languages of the arbitration were Spanish and English.


FOLEY HOAG LLP

- **Sociedad Anónima Eduardo Vieira v. Republic of Chile.** One of our partners advised Chile in an arbitration brought against it by a Spanish fishing company under the bilateral investment treaty between Chile and the Kingdom of Spain. The official language of the proceedings was Spanish.

- **Noble Ventures v. Romania.** One of our partners represented the Government of Romania in an international arbitration concerning a US$550 million claim concerning a steel mill under the bilateral investment treaty between the United States and Romania.

- **EDF Internacional S.A. and Electricidad Argentina S.A. v. Republic of Argentina.** Our lawyers represented a French electricity company and its Argentine affiliate in a US$1.2 billion claim in arbitration against the Argentine Republic under the bilateral investment treaty between France and Argentina. The arbitration was conducted in Spanish and English.

- **EDF Internacional S.A., SAUR Internacional S.A. and León Participaciones Argentinas S.A. v. Republic of Argentina.** Our lawyers represented various European energy sector claimants in a US$258 million arbitration claim under the bilateral investment treaties between France and Argentina and between Luxembourg and Argentina. The arbitration proceedings were in Spanish and English.

- **Compañía General de Electricidad S.A. v. Republic of Argentina.** One of our partners represented a Chilean energy sector investor in its claim against Argentina under the bilateral investment treaty between Argentina and Chile. The arbitration was conducted in Spanish.

- **Azurix Corp. v. Republic of Argentina.** We represent Azurix Corporation in its claim against Argentina under a concession contract for water and sewerage services in the Province of Mendoza.

- **Azurix Corp. v. Republic of Argentina.** We represent Azurix Corporation in opposing a request by Argentina to annul an arbitral award in favor of Azurix in the amount of US$265 million in relation to a concession contract for water and sewerage services in the Province of Buenos Aires.

- **Manufacturers Hanover Trust Company v. Egypt.** One of our partners represented Manufacturers Hanover Trust Company in a claim brought against it by the Arab Republic of Egypt and its General Authority for Investments and the Free Trade Zone Area, based on tax matters and indirect expropriation.



- **Southern Pacific Properties (Middle East) Limited v. Egypt.** One of our partners represented the claimant in an arbitration alleging expropriation in relation to the construction of a residential complex in the Plateau of the Pyramids.

## Arbitration between Sovereign States and Investors before the International Chamber of Commerce (ICC)

- **Republic of the Philippines v. Westinghouse Electric Corporation.** We represented the Philippines in an arbitration in Lausanne, Switzerland, for hundreds of millions of dollars, over defects in the design and construction of a nuclear power plant.

- **Green Mining Company v. Republic of Guyana.** We represented the Republic of Guyana in an arbitration based in London against an Australian-American company, over claims that the Guyana Government expropriated the company's contract rights.

- **Consortium Impreglio v. Lesotho Highlands Development Authority.** One of our partners defended a state-owned company of the Kingdom of Lesotho in an arbitration in London initiated by a European construction consortium over the construction of a dam and reservoir.

## Arbitration between Sovereign States and Investors before Other International Fora

- **Republic of Guyana v. Texas Ohio Corp.** We represented the Republic of Guyana in an arbitration before the International Dispute Resolution Center of the American Arbitration Association, to obtain compensation for the respondent's violation of a contract to rehabilitate and operate a power plant in Guyana.

- **Republic of Nicaragua v. Standard Fruit Company.** We represented Nicaragua in an arbitration under the UNCITRAL Arbitration Rules, to obtain compensation for the cancellation of an investment contract for banana plantations by an American company.

- **Neptune Mining Company v. Republic of Nicaragua.** We represented Nicaragua in an arbitration based in Caracas, Venezuela, to determine the value of gold mines nationalized by the Nicaraguan Government and the amount owed to the Government by the mining company for failure to pay taxes.

- **ENABAS (Republic of Nicaragua) v. Cargill.** We represented a Nicaraguan state-owned company in an arbitration before the Rice Millers Association (U.S.) against a North American company that distributes rice and other commodities over the shipment of adulterated rice.



- **Delaney v. Société Nationale des Hydrocarbures.** One of our partners defended a state-owned company from the Republic of Cameroon in an arbitration in Paris under the UNCITRAL Arbitration Rules against a Bermuda oil company over the sale of oil.

- **Devres v. Government of Guyana.** We represented the Government of Guyana in an arbitration in Georgetown, Guyana, under the Guyana Arbitration Act, against a U.S.-based health care consulting firm over contract performance and termination.



WASHINGTON | BOSTON | FOLEYHOAG.COM

# INTERNATIONAL COMMERCIAL ARBITRATION

## International Commercial and Construction Arbitration

- Represented a European/Latin American construction consortium in a Spanish language ICC arbitration in Bolivia related to the construction of a water transfer tunnel.

- Represented a Latin American media company in an arbitration, in Spanish, against a Spanish company.

- Defended a Japanese trading company in an ICC arbitration brought by a Turkish construction company related to the construction of a hydroelectric facility in Turkey.

- Represented the owner of a large entertainment facility in an ICC arbitration in Paris related to construction at the facility.

- Represented a Malaysian oil company in arbitrations under the Rules of the American Arbitration Association and the Rules of the Maritime Arbitrators Association in Houston (Texas) over claims related to the rehabilitation of a drilling rig.

- Represented an American instrumentation company before the International Dispute Resolution Center of the American Arbitration Association against its distributor in Colombia.

- Represented a British instrumentation company before the International Dispute Resolution Center of the American Arbitration Association against its distributor in Asia.

- Represented a U.S. insurance company in an arbitration under New York law brought by a U.S. company for alleged loss suffered by its French subsidiary.

- Represented a European country against a North African country in an arbitration regarding the construction of submarine equipment for the development of a gas deposit.

- Represented a French construction company in an arbitration against an African state-owned entity in an ad hoc proceeding in another African country regarding the construction of an access road for a dam construction site.



- Represented a French construction company in pre-arbitration conciliation proceedings in Singapore against an Asian government under European Development Fund Rules in relation to the construction of a highway.

- Advised a U.S. bank on a pre-arbitration claim to the Overseas Private Investment Corporation (OPIC) regarding the expropriation of a power plant in Latin America.

- Represented clients in arbitral award enforcement actions in England, Belgium, the United States and other jurisdictions.



## LITIGATION BEFORE THE U.S. COURTS

- Defending the **Bolivarian Republic of Venezuela** in a lawsuit brought by two Venezuelan mining companies in the U.S. District Court for the Southern District of New York over the termination of diamond and gold mine concessions.

- Defended the **Kingdom of Thailand** in a proceeding before the U.S. District Court for the Southern District of New York brought by the families of victims of the 2004 tsunami and accusing the Thai Government of negligence with respect to the failure to provide warning of the tsunami and adequate relief to the victims.

- Represented the **Republic of Liberia** in various lawsuits before the U.S. Federal Courts in New York, New Jersey and the District of Columbia and the State Courts of New York over alleged contract breaches and expropriation claims, and in proceedings to attach sovereign funds deposited in various banks within the United States.

- Defended the **Republic of Nicaragua** in numerous proceedings before the U.S. Federal and State Courts in New York, Florida, Illinois, California, Texas and Louisiana over issues such as alleged breaches of commercial contracts, violations of investment contracts, expropriations, and debt collection.

- Represented the **Republic of Liberia**, the **Republic of Nicaragua**, and the **Republic of the Philippines** in various U.S. Federal and State courts to recuperate State funds and assets stolen by former dictators of those three countries: Samuel Doe, Anastasio Somoza Debayle, and Ferdinand Marcos.

- Defended the **Republic of the Philippines** before a U.S. Federal Court in California in a lawsuit against the Philippine Government and its armed forces brought by a medical institution.

- Defended the **Republic of Guyana** in the U.S. District Court for the District of Columbia against an American investor who claimed that its contract rights had been expropriated and requested an order from the Court freezing all economic assistance from the U.S. Government and all loans from the Inter-American Development Bank to Guyana.

- Defended the **Republic of Tanzania** and its **President** and **Minister of Finance** before the U.S. District Court for the District of Columbia against several European companies claiming breaches of promissory notes allegedly issued by the Government and guaranteed by its highest ranking officials.

- Represented the **Republic of Tanzania** before various U.S. Federal courts in proceedings to obtain judicial orders to transfer properties from the Embassy of Tanzania in Washington.



- Represented the **Republic of Honduras** before the U.S. Federal Court in Florida in a trial over alleged breaches of commercial contracts.

- Represented the **Republic of Nigeria** before the U.S. Federal Court in New York against an American company regarding alleged breaches of contract.

- Represented the **Republic of Zambia** before the U.S. District Court for the District of Columbia against a British company over the execution of an arbitral award.



# ANNEX 3

# FOLEY HOAG LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

## PAUL S. REICHLER



FOLEY HOAG LLP
1875 K STREET, NW
WASHINGTON, DC 20006
EMAIL: preichler@foleyhoag.com
PHONE: 202.223.1200
FAX: 202.467.9675

### AREAS OF CONCENTRATION

- Public International Law

- Litigation and Arbitration before International Courts and Tribunals

- Litigation before the Federal and State Courts of the United States

- Governmental Representation and Lobbying in Washington

### SPECIALIZATION IN THE REPRESENTATION OF SOVEREIGN STATES

- Before the International Court of Justice in The Hague

- Before the International Tribunal on the Law of The Sea

- Before the International Centre for the Settlement of Investment Disputes (ICSID)

- Before the International Chamber of Commerce (ICC)

- Before Other International Arbitration Bodies in Latin America, Europe, Asia and the United States

- Before Federal and State Courts in the United States

- Before the Executive and Legislative Branches of the United States Government in Washington

## REPRESENTATIVE CASES

### Litigation before the International Court of Justice in The Hague

- Counsel for the Republic of Nicaragua, *Case Concerning Military and Paramilitary Activities in and Against Nicaragua* (Nicaragua v. United States of America), 1984-1991.

- Counsel for the Republic of Uganda, *Case concerning Armed Activities in the Territory of Congo* (Democratic Republic of Congo v. Uganda), 1999-present.

- Counsel for the Republic of Uruguay, *Case concerning Pulp Mills on the Uruguay River* (Argentina v. Uruguay), 2006-present.

- Counsel for the Republic of Nicaragua, *Case concerning Navigational and Related Rights* (Costa Rica v. Nicaragua), 2008-present.

- Counsel for the Republic of Nicaragua, *Case concerning Territorial and Maritime Dispute* (Nicaragua v. Colombia), 2008-present.

- Counsel for the Republic of Ecuador, *Case concerning Aerial Spraying along the Border* (Ecuador v. Colombia), 2008-present.

### Arbitration and Mediation of Disputes over Land and Maritime Boundaries

- Counsel for the Republic of Guyana, *Guyana v. Suriname*, arbitration under the United Nations Convention on the Law of the Sea to delimit the maritime boundary between the two states, 2004-present.

- Mediator, *Territorial Differendum between Guatemala and Belize,* appointed by the Secretary General of the Organization of American States, 2000-2002.

### Arbitration before the ICSID

- Counsel for the Republic of Ecuador, *Occidental Petroleum v. Ecuador*, 2006-present.

- Counsel for the Republic of Nicaragua, *Shell Brands International v. Nicaragua*, 2006-2007.

- Counsel for the Republic of Bolivia, *Química Industrial del Bórax v. Bolivia*, 2007-present.

### Arbitration before the ICC

- Counsel for the Republic of Guyana, *Green Mining Company v. Guyana*, 1992-1996.

- Counsel for the Philippines, *Philippines v. Westinghouse Electric Corporation*, 1989-1996.

### Litigation before the Federal and State Courts of the United States

- Counsel to the following Sovereign States and their governmental agencies, between 1979 and 2007: Nicaragua, Guatemala, Honduras, Guyana, Malaysia, Thailand, the Philippines, Kenya, Zambia, Uganda, Tanzania, Liberia, Nigeria and Namibia.

## PROFESSIONAL MEMBERSHIPS

- American Society of International Law, Member.

- List of Arbitrators, International Centre for Settlement of Investment Disputes.

- List of Arbitrators, Arbitration Centre of Kuala Lumpur (Malaysia).

### Bar and Court Admissions

- Supreme Court of the United States.

- United States Courts of Appeal for the Second, Third, Fourth, Fifth, Ninth, and Eleventh Circuits and the District of Columbia Circuit.

- United States Federal Courts for the District of Columbia, District of Maryland, Eastern and Western Districts of Virginia, Southern District of New York and Southern District of Florida.

- Court of Appeals of the District of Columbia.

## EDUCATION

- Harvard University Law School, J.D., *cum laude*, 1973.

- Tufts University, B.A., Phi Beta Kappa, *summa cum laude*, 1969.

## LANGUAGES

- English
- Spanish



**FOLEY HOAG** LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

---

## RONALD E.M. GOODMAN



**FOLEY HOAG LLP**
**1875 K STREET, NW**
**WASHINGTON, DC 20006-1238**
**PHONE: 202.223.1200**
**FAX: 202.467.9675**
**E-MAIL: RGOODMAN@FOLEYHOAG.COM**

Ron Goodman is a partner in Foley Hoag LLP and co-chairs the firm's international arbitration and litigation practice.

## PRACTICE DESCRIPTION

Dr. Goodman has represented sovereigns, sovereign entities and corporations in numerous public international law and international commercial arbitration proceedings focused on investor-State, commercial, energy, project and construction matters, before the International Centre for Settlement of Investment Disputes (ICSID), International Chamber of Commerce (ICC), United Nations Commission on International Trade Law (UNCITRAL), United Nations Compensation Commission, London Court of International Arbitration (LCIA), American Arbitration Association (AAA), European Development Fund, International Arbitral Centre of the Federal Economic Chamber Vienna, and in ad hoc arbitrations under various national systems, and also represents international clients in U.S. courts. He also sits as arbitrator in international arbitrations. Dr. Goodman was a member of the legal staff of the Iran-U.S. Claims Tribunal in the Hague. From 1988 to 1996 he was a member of the Editorial Board of *Arbitration International.* He is now an adjunct Professor at American University Law School where he teaches Investor-State Dispute Resolution (fall 2008).

Dr. Goodman represents clients in disputes involving states, state entities, and corporations before international tribunals, courts, and commissions. He has also advised governments with respect to public international law, law reform, restructuring, treaties, privatization, and project finance. Some of his significant current and concluded matters are listed below.

## REPRESENTATIVE EXPERIENCE

### International Arbitration/Dispute Resolution

- Representing a Latin American country in ICSID annulment proceedings relating to a case about zoning and land use permits regarding construction of a satellite city.

- Representing an investor in ICSID annulment proceedings brought by a Latin American country involving a water and sanitation project.

- Defending an Eastern European country in an ICSID arbitration brought by a U.S. investor under a bilateral investment treaty, relating to the privatization of a steel mill.

- Defending a Latin American country in an ICSID arbitration brought by a European foundation and a Latin American individual under a bilateral investment treaty, relating to expropriation of a media company.

- Defending a Latin American country in an ICSID arbitration brought by an Asian property developer under a bilateral investment treaty.

- Defending a Latin American country in an ICSID (Additional Facility) arbitration brought by a Canadian gold mining company under a bilateral investment treaty.

- Defending a Latin American country in an ICSID arbitration brought by a Dutch company under a bilateral investment treaty, relating to promissory notes.

- Representing a U.S. bank in an ICSID arbitration brought against a Middle Eastern country under its investment legislation for breach of an investment agreement, relating to customs duties and related taxes.

- Representing a Far Eastern private investor in an ICSID arbitration brought against a Middle Eastern country under its investment legislation in connection with an expropriation claim related to a hotel and tourism project.

- Representing a Latin America power company in an ICSID arbitration brought against a Latin American country under a bilateral investment treaty.

- Representing a European power company and its Latin American subsidiary in an ICSID arbitration against a Latin American country under a bilateral investment treaty.

- Representing an American water company against a Latin American country in a ICSID arbitration under a bilateral investment treaty.

- Representing a European power company and two other European investors in an ICSID arbitration against a Latin American country under two bilateral investment treaties.

- Representing construction companies of Turkey, Bosnia-Herzegovina and the Bahamas with respect to their claims submitted to the U.N. Compensation Commission regarding the construction of a dam in northern Iraq.

- Defending an African state entity in an ICC arbitration brought by a foreign construction consortium related to the construction of a dam.

- Defending an African country in an UNCITRAL Rules arbitration brought by a Bermuda oil trading company.

2

- Representing an Asian company with respect to an ICC arbitration brought against it by a Government-controlled company in relation to the construction of an LPG plant in the Middle East.

- Advising a U.S. bank with respect to a claim to the Overseas Private Investment Corporation (OPIC) regarding expropriation of a power plant in Latin América.

- Advising the South African Law Commission with respect to South Africa's new draft bill on international arbitration.

**Project Finance/Privatization/Other Advisory**

- Advising the City of Johannesburg with respect to the sale of its power generation plant to a private sector purchaser, including negotiation of the sale and purchase agreement, the power purchase agreement, advice on competition and other regulatory issues.

- Advising the City of Pretoria with respect to the sale of one of its power generation plants to a private sector purchaser.

- Advising the Government of Mozambique on the Cahora Bassa Hydroelectric Project, including negotiations with the Government of Portugal on debt refinancing and restructuring of the project company, and power purchase negotiations with Eskom, the South African electric utility.

- Advising the South African Government and the Mozambique Government with respect to the project financing of the Maputo Development Corridor Toll Highway Project, a toll road between the two countries, the first limited recourse project financing in Southern Africa, including advice on the treaty between the countries enabling the project.

- Advising the three arrangers and underwriters, including the Development Bank of Southern Africa, with respect to the project financing of the water and sanitation services of a municipality in South Africa.

- Advising the South African Government with respect to the project financing of the N3 toll road project from Johannesburg to Durban ("African Project Finance Deal of the Year").

- Advising, as Regional Counsel, the International Finance Corporation and the Government of Botswana in the partial privatization of Air Botswana.

- Advising the Province of KwaZulu Natal in its public-private partnership project for the equipping, maintenance and operation of Durban's new Central Hospital.

- Advising the Governments of Mozambique, Swaziland and South Africa on the establishment of a statutory and regulatory framework for various conservation areas,

3

the drafting of treaties for the coordinated and effective control of malaria (the first such treaty in the world) and for the management and coordination of transfrontier areas and the concessioning of various tourism facilities.

- Advising the South African Government in defense procurement, including advice on procurement contracts and countertrade requirements.

- Advising the South African Government in its $500 million project to transform and recapitalize the South African taxi fleet.

- Advising the South African Government in the restructuring of the South African statutory framework for the regulation of the airports sector and partial privatization of Airports Company of South Africa Limited by the sale of a strategic minority interest.

- Advising the South African Government in the US$1.26 billion sale of a strategic minority interest in Telkom SA Limited.

**BARS AND COURTS**
United States District Court for the Southern District of New York
Bar of the District of Columbia
Bar of the State of New York
Bar of Paris
U.S. Court of International Trade
U.S. Appeals Court for the Federal Circuit

**MEMBERSHIPS**
International Bar Association
American Society of International Law
Inter-American Bar Association
International Law Association (American branch)
London Court of International Arbitration
Association of Arbitrators, Southern Africa (Fellow)
Panel of Arbitrators of the Korean Arbitration Association
United States Council for International Business, Arbitration Committee
American Bar Association, Section of International Law, Section of Dispute Resolution
New York State Bar Association, Section of International Law and Practice,

**EDUCATION**
Dr. Goodman received a B.A., cum laude, from Cornell University and a Ph.D. from Princeton University and received a grant to study at the Fondation Nationale des Sciences Politiques in Paris. He received a J.D. from Columbia University School of Law.

**LANGUAGES**
English, French (fluent), Dutch (proficient), Spanish (legal reading fluency).

**RECENT AND FORTHCOMING SPEAKING ENGAGEMENTS; PUBLICATIONS**

Co-chair, "Remedies Against States Under Public International Law," State Chancellery, Republic of Latvia, International Conference on Public International Law Treaties: Theory and Practice, Riga, October 30-31, 2008

Co-chair, "Investment Arbitration and Natural Resources", New York State Bar Association, International Law and Practice Section Fall Meeting, Stockholm, Sweden, September, 2008

Faculty Expert, American University, International Arbitration Summer Session course, "Nuts and Bolts of International Commercial Arbitration," May, 2008

Panelist, "Annulment and Judicial Review—How 'Final' Is an Award," Juris Second Annual Investment Treaty Arbitration Conference, Washington, D.C., April 25, 2008

Speaker, "Investment Arbitration at a Crossroads: Latin American States Reject ICSID," ABA, International Section Spring Meeting, New York, April 3, 2008

Speaker, "The Initiation of an Investment Arbitration," Cameron May Conference on Commercial and Investment Arbitration in Latin América, Quito, Ecuador, November 30, 2007

Moderator, "Current Legal Issues in Latin American BIT Arbitration," American University Conference on Investment Arbitration in Latin America, Washington, D.C., October 24, 2007

Co-chair, "Fair and Equitable and Most Favored Nation Treatment: New Liability for States," New York State Bar Association International Law and Practice Section Fall Meeting, Lima, Perú, September, 2007

Faculty Expert, American University, International Arbitration Summer Session course, "Nuts and Bolts of International Commercial Arbitration," May 2007

Author (with Rodrigo Novoa), "Inversiones con China: Cómo protegerlas mejor," Revista del Abogado, Santiago de Chile, April, 2007

Speaker, "The Conditions for Negotiating Recourse to Arbitration When Sovereign States are Involved," 6th Conference of Brazilian Committee of Arbitration and the 2nd ICC Arbitration Day," Salvador de Bahia, Brazil, October 30, 2006

Faculty Member and Speaker, "Presentation and Discussion on the Selection of Arbitrators -- From the Parties' Point of View," American University's Third Annual Seminar on International Commercial Arbitration ("How to Handle a Bilateral Investment Treaty Arbitration"), co-sponsored by the American Arbitration Association and the International Centre for Settlement of Investment Disputes, Washington, D.C., October 9-12, 2006

Speaker, "The Fair and Equitable Standard: The Continuing Development of New Liability for States," State Chancellery, Republic of Latvia, International Conference on "Topics in International Commercial Arbitration," Riga, September 4-5, 2006

Faculty Expert, American University, International Arbitration Summer Session course "Nuts and Bolts of International Commercial Arbitration," May 30-31, 2006

Moderator, Roundtable panel entitled "The Corporate Counsel Perspective on International Law and Dispute Resolution: Are Improvements Needed in Laws, Rules and Services?", International Law Section of the American Bar Association, Spring Conference, New York, April 7, 2006

Co-Moderator, Roundtable panel entitled, "May It Please the Court: A Forum With Some of the World's Leading Arbitral Institutions," International Law Section of the American Bar Association, Spring Conference, New York, April 6, 2006

Co-Moderator, Roundtable panel entitled, "Transatlantic Arbitration" Choice of Forum -London or New York," New York State Bar Association International Law and Practice Section 2005, Fall Meeting, ("Cross-Atlantic Legal Practice in a Time of Global Change") in cooperation with the Law Society of England and Wales, London, October 18-23, 2005

Speaker, "Overlapping Jurisdictions in International Commerce," 2005 Hague Joint Conference on Contemporary Issues of International Law, The Hague, 30 June - 2 July 2005

Speaker, "Choice of Forum: Jurisdictional and Other Considerations," on the panel "Investing in Latin America:  coping with the political risk," International Bar Association Conference 2003, San Francisco, September 16, 2003

Author, "South Africa: New Draft International Arbitration Act," 1 Int. A.L.R.(1997)

Author, "Conciliation, Mediation and Dispute Resolution," Proceedings of the 90th Annual Meeting, ASIL, March, 1996 (1997)

Author, "Provisional Measures and the Protection of ICSID Jurisdictional Exclusivity Against Municipal Proceedings" (with Charles N. Brower), 6 ICSID Review - Foreign Investment Law Journal 431 (1991)

Author, "UNCITRAL Model Law on International Commercial Arbitration: Divergent Approaches in England and Scotland - A Question of Appeal?", International Business Lawyer 250 (1990)

Author, "Arbitrability and Antitrust: Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth" in 23 Columbia Journal of Transnational Law 655 (1985)

## HONORS
Dr. Goodman has been repeatedly selected for inclusion in *Chambers Global:  The World's Leading Lawyers (International Arbitration), Chambers USA: Americas' Leading Business Lawyers, Washington DC Superlawyers,* and *Who's Who Legal (Commercial Arbitration).*

 **FOLEY HOAG** LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

**JANIS H. BRENNAN**

**FOLEY HOAG LLP**

**PARTNER**
**INTERNATIONAL ARBITRATION AND**
**LITIGATION DEPARTMENT**
**1875 K STREET, NW**
**WASHINGTON, DC 20006-1238**
**PHONE: 202.261.7315**
**FAX: 202.785.6687**
**E-MAIL: JHBRENNAN@FOLEYHOAG.COM**



## PRACTICE AREAS

- International Commercial and Investment Arbitration
- Foreign Investment
- Joint Ventures
- Infrastructure Projects
- Licensing, Distributorships and Agencies
- Foreign Sovereign Immunities Act Litigation
- Project Finance

## EXPERIENCE

- Has successfully arbitrated international commercial and investment disputes under the arbitration rules of the International Chamber of Commerce (ICC), American Arbitration Association (AAA), United Nations Commission on International Trade Law (UNCITRAL), International Centre for the Settlement of Investment Disputes (ICSID), and various commodities associations
- Represents foreign country governments and their state-owned corporations in litigation under the U.S. Foreign Sovereign Immunities Act
- Has served as an arbitrator in arbitrations under the International Chamber of Commerce and the American Arbitration Association Rules
- Has extensive experience in international transactions, including investment, venture capital, privatization and commercial contracts involving Latin America, the Caribbean, Asia, Africa and Russia
- Structures and negotiates transactions on behalf of corporate and governmental clients
- Has special expertise in structuring public/private partnerships for international infrastructure projects and related project financing

- Advises clients on the legal, political, and practical aspects of doing business in foreign markets and in the United States
- Assists both private sector and country government clients in resolving investment disputes

## REPRESENTATIVE INTERNATIONAL COMMERCIAL ARBITRATON CASES

- Representation of a commodities trading company in arbitrations before the U.S. Rice Millers Association and under the UNCITRAL Arbitration Rules against a North American commodities supplier over the shipment of adulterated rice.
- Representation of a Malaysian petroleum services company, in an ICDR/AAA arbitration and an arbitration under the rules of the Houston Maritime Arbitrators Association, over claims related to the rehabilitation of a drilling rig.
- Representation of a South American country in an ICC arbitration based in London against two Australian-American companies, over claims of expropriation of contract rights.
- Representation of an Asian country in an ICC arbitration in Lausanne, Switzerland, for hundreds of millions of dollars, over defects in the design and construction of a nuclear power plant.
- Representation of a South American country in an arbitration before the AAA's International Centre for Dispute Resolution (ICDR), to obtain compensation for the respondent's violation of a contract to rehabilitate and operate a power plant.
- Representation of a Central American country in an arbitration under the UNCITRAL Arbitration Rules, to obtain compensation for the cancellation of an investment contract for banana plantations.
- Representation of a South American country in an *ad hoc* arbitration brought by UK and Irish investors in the country's s major utility company, related to contracts governing the investors' rate of return.
- Service as the sole arbitrator, tribunal chair, and a party-appointed arbitrator in more than a dozen ICC and AAA commercial arbitrations.

## EDUCATION
University of Georgia, B.A.,
  *magna cum laude*, Phi Beta
  Kappa, Honors Program, 1974
Georgetown University Law
  Center, J.D., 1987

## BAR AND COURT ADMISSIONS
District of Columbia
U.S. District Court for the District of
  Columbia
U.S. Court of Appeals, District of
  Columbia Circuit

## PROFESSIONAL INVOLVEMENT

- Arbitrator in International Chamber of Commerce and American Arbitration Association international arbitration cases
- Member, Panel of Arbitrators, International Centre for the Settlement of Investment Disputes and Kuala Lumpur Regional Arbitration Centre
- North American Representative, International Chamber of Commerce Commission on Arbitration

- American Bar Association International Section, Member
- American Bar Association, Working Group of the Hague Convention on Exclusive Choice of Court Agreements, Member (2001-2003)
- Guest lecturer on International Arbitration and on Privatizations, American University Washington College of Law

## RECENT PUBLICATIONS

- Janis H. Brennan and Andrew B. Loewenstein, *Supreme Court Decides Important Foreign Sovereign Immunity Issues: Dole Food Corp. v. Patrickson*, INTERNATIONAL LAW NEWS (Summer 2003)

## LANGUAGE SKILLS

- French (read, speak)
- Spanish (read)



1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

**LAWRENCE H. MARTIN**

**FOLEY HOAG LLP**

**ASSOCIATE**
**LITIGATION DEPARTMENT**
**1875 K STREET, NW**
**SUITE 800**
**WASHINGTON, DC 20006-1238**
**PHONE: 202.261.7395**
**FAX: 202.785.6687**
**E-MAIL: LMARTIN@FOLEYHOAG.COM**



**PRACTICE AREAS**
- International
- Intellectual Property
- Intellectual Property Litigation

**AREAS OF CONCENTRATION**
- International Litigation
- General Commercial Litigation

**EXPERIENCE**
- Named one of Washington, D.C.'s top civil defense lawyers by WASHINGTONIAN magazine, December 2004
- Extensive experience representing foreign sovereign governments in United States courts and before international tribunals, including:
  - Lead counsel in civil action against an African government in District of Columbia Federal Court seeking to recover over $500 million in alleged sovereign debt
  - Currently represents another African government in the International Court of Justice in The Hague in a proceeding charging violations of international law
  - Recently engaged to represent Middle Eastern government in an array of lawsuits brought against it in jurisdictions throughout the United States
  - Represented a Southeast Asian government in action to recover alleged commercial debt in the Central District of California
- Also has considerable experience representing foreign companies, including European and Asian corporations, in United States litigations and arbitrations
- Frequently represents domestic clients in varied commercial litigation in local and federal courts around the country, including:
  - Currently representing major insurance company in an action litigation brought against it in the District of Columbia by its national agent association

- Represents major drug manufacturer in products liability actions in the District of Columbia
- Considerable experience in copyright litigation throughout the United States, including matters relating to satellite television and publications

**EDUCATION**

Bowdoin College, A.B., *summa cum laude*, 1988

Harvard Law School, J.D., *magna cum laude*, 1997

**BAR AND COURT ADMISSIONS**

Massachusetts

U.S. District Court for the District of Massachusetts

District of Columbia

U.S. District Court for the District of Columbia

**PROFESSIONAL INVOLVEMENT**

- American Bar Association, Member
- Boston Bar Association, Member

**COMMUNITY INVOLVEMENT**

- Represents detainee incarcerated at Guantanamo Bay, Cuba in habeas corpus action against the United States Government
- Represented persons with disabilities in successful effort to make local supermarket chain wheel-chair accessible

**HONORS**

- Named one of Washington, D.C.'s top civil defense lawyers by WASHINGTONIAN magazine, December 2004
- Outstanding Achievement Award, 2003, Washington Lawyers' Committee for Civil Rights and Urban Affairs

**LANGUAGE SKILLS**

- Mandarin Chinese
- Working knowledge of Spanish



**FOLEY HOAG** LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

---

GERALDINE R. FISCHER

**Foley Hoag LLP**
**1875 K Street, NW**
**Suite 800**
**Washington, D.C. 20006-1238**
**Teléfono: 202-223-1200**
**Fax: 202-467-9686**
**E-Mail: gfischer@foleyhoag.com**



## PRACTICE AREAS
- Alternative Dispute Resolution
- Government Strategies
- Infrastructure, Transportation and Privatization
- International

## AREAS OF CONCENTRATION
- Public International Law
- International Arbitration
- International Trade

## EXPERIENCE

Geraldine Fischer is an associate in the firm's Washington office who concentrates her practice on international arbitration and alternative dispute resolution with a focus on commercial and investor-State matters. Geraldine represents foreign government and corporate clients before U.S. courts and international tribunals, including the International Centre for the Settlement of Investment Disputes (ICSID) and the American Arbitration Association (AAA).

Some of her significant matters include:
- Representing a Latin American government in an ICSID annulment proceeding brought by an Asian investor under a bilateral investment treaty.
- Defending a Latin American government in an ICSID arbitration brought by a Dutch claimant concerning a financial instrument.
- Defending a Latin American government in an ICSID arbitration brought by a Canadian claimant pertaining to a mining development project.
- Representing a U.S. company in an annulment proceeding brought by the Argentine Republic related to a dispute in the water sector.

Prior to private practice, Geraldine served as an Attorney-Advisor (International) for the U.S. Department of Commerce from 2002-2005. At the Department, Geraldine participated as the Lead Coordinating Attorney for the U.S.-Panama Free Trade Agreement (FTA) negotiations. She also participated in the negotiation of several other international agreements as a member of the U.S. inter-agency team, including the U.S.-Australia FTA, the U.S.-Chile FTA, the U.S.-Central America-Dominican Republic FTA, and the U.S.-Uruguay Bilateral Investment Treaty.

Geraldine also provided substantial legal assistance with respect to commercial law reform in post-conflict Iraq, including the areas of foreign investment, customs (specifically free trade zones), commercial security interests, and competition issues.

| **EDUCATION** | **BAR AND COURT ADMISSIONS** |
|---|---|
| Tufts University, BA in Economics, International Relations and Spanish, 1999 | District of Columbia |
| | New York |
| American University, Washington College of Law, JD, 2002 | |

**PROFESSIONAL INVOLVEMENT**
- American Bar Association (International Law Section)
- Hispanic National Bar Association
- Chilean-American Chamber of Commerce
- Representative in Washington D.C., *Centro Jurídico de Implementación del Libre Comercio*, a non-profit organization based in Santiago, Chile dedicated to promoting and establishing the necessary legal framework for free trade

**HONORS**
- Awarded U.S. Department of Commerce Silver Medal, 2004, for U.S.-Australia FTA negotiations
- Awarded U.S. Department of Commerce Special Act Award, 2004

**RECENT PUBLICATIONS**
- Reviving the U.S. Bilateral Investment Treaty Program, 39 INT'L LAWYER 243 (Summer 2005).
- Co-author (with Laura Svat), Introductory Note of the Treaty Between the United States of America and the Republic of Uruguay Concerning the Encouragement and Reciprocal Protection of Investment, 44 I.L.M. 265 (Mar. 2005).

**LANGUAGE SKILLS**
- Fluent Spanish and Intermediate Portuguese



# FOLEY HOAG LLP

1875 K Street, NW
Suite 800
Washington, DC 20006-1238

202 223 1200 *main*
202 785 6687 *fax*

---

## CLARA ELENA BRILLEMBOURG

**FOLEY HOAG LLP**

**ASSOCIATE**

**1875 K STREET, NW**
**SUITE 800**
**WASHINGTON, DC 20006-1238**
**PHONE: 202.261.7334**
**E-MAIL: CBRILLEMBOURG@FOLEYHOAG.COM**



### PRACTICE AREAS
- International Arbitration and Litigation
- Corporate Social Responsibility
- Government Strategies

Clara Brillembourg is uniquely positioned to advise private sector and governmental clients on a diverse array of international matters involving both dispute resolution and corporate social responsibility. She has represented sovereign governments in arbitration and litigation proceedings before international courts, such as the International Court of Justice, and arbitral tribunals, such as ICSID and UNCLOS tribunals, as well as before courts in the United States.

Another particular emphasis of Clara's work on behalf of international clients is the management of business and sovereign risk. She integrates this counsel with public policy advocacy on behalf of global business and governmental entities before the executive and legislative agencies of the federal government and before non-governmental organizations.

In conjunction with her risk management practice, Clara advises clients, particularly multinational corporations, on corporate social responsibility issues involving related global business activity. That includes helping clients to develop, implement and review of codes of conduct, and counseling them on human rights and labor conditions, environmental stewardship, and rule of law matters.

Before entering law school, Clara served from 2001 to 2003 as a Junior Professional Associate with the World Bank's Environment Department and African Human Development Department, working with the Department Directors on internal Bank and field project monitoring. She was associated with two global law firms, focusing in international administrative and corporate matters, prior to joining Foley Hoag.

**REPRESENTATIVE MATTERS**
- Represents foreign sovereign governments in international tribunals and courts and before US courts in controversies that include:
    - Investment disputes before ICSID and other investment arbitral tribunals.
    - Territorial and maritime boundary disputes in international tribunals, including UN Convention on the Law of the Sea tribunals.
    - Public international law cases before the International Court of Justice.
- Advises multinational corporate clients on the development, implementation, and review of codes of conduct, human rights and labor conditions, environmental stewardship, and rule of law matters.
- Counsels corporations, quasi-governmental organizations, and sovereign nations on international risk management.
- Helps corporate, non-governmental organization, and foreign state clients develop government lobbying strategies before the executive and legislative branches of the United States Government and before non-governmental organizations.

**EDUCATION**

Yale Law School, J.D., 2006
Harvard College, B.A., *magna cum laude with highest honors*, 2001

**BAR AND COURT ADMISSIONS**

New York
District of Columbia

**RELATED PROFESSIONAL EXPERIENCE**
- Junior Professional Associate, *World Bank Group*, working with Directors of Environment Department and the Africa Region: Human Development Department, 2001-2003.
- Consultant, *Global Exchange for Social Investment*, focused on for-profit social investment and corporate social responsibility, Summer 2004.
- Associate, *Two global law firms*, focusing in international trade, litigation and corporate matters, Summer 2005.
- Law Clerk, *Jerome N. Frank Legal Services Organization*, focused on immigration (esp. deportation and acquired/ derivative citizenship), employment discrimination, domestic violence/ divorce, and disability benefits, 2003- 2006.

**PROFESSIONAL /CIVIC INVOLVEMENT**
- American Bar Association, Member
- American Society of International Law, Member
- District of Columbia Bar Association, Member

**HONORS**
- YALE JOURNAL OF INTERNATIONAL LAW, Managing Editor
- Two World Bank Spot Awards for exceptional work

**LANGUAGE SKILLS**
- Spanish (native)



**FOLEY HOAG** LLP

*Driving Business Advantage*

## People
**Lawyers**    Specialists    Other Professionals    Management Team



**SERVICES**

Litigation

International

Business Crimes & Government Investigations

Pro Bono

**RELATED PROFESSIONAL EXPERIENCE**

Law Clerk to the Hon. Reginald C. Lindsay, U.S. District Court for the District of Massachusetts

Judicial intern to the Hon. Janet Bond Arterton, U.S. District Judge for the District of Connecticut

**EDUCATION**

Yale University, B.A., *magna cum laude, with distinction in History,* 2001

Georgetown University Law Center, J.D., 2004

Yale Law School, Visiting Student, 2003-2004

**LANGUAGES**

Hindi, Spanish

# Kiran K. Ghia

Associate
Boston
617 832 1183 direct
617 832 7000 fax

Kiran Ghia has a diverse litigation practice with a particular emphasis in international law. She advises corporations on public international law issues, and also represents corporations in criminal and civil investigations.

She was previously an associate at a Wiggin & Dana, where she was actively engaged in the firm's pro bono practice, including her extensive work in the representation of Jose Padilla, the U.S. citizen detained without charge in a military brig following the events of 9/11. Kiran has also represented a number of clients seeking political asylum in the United States.

## BARS AND COURT ADMISSIONS

- Massachusetts
- Connecticut
- U.S. District Court for the District of Massachusetts
- U.S. District Court for the District of Connecticut

## PROFESSIONAL / CIVIC INVOLVEMENT

- North American South Asian Bar Assocation, Judiciary Committee Member
- Boston Bar Association, Member
- South Asian Bar Association of Greater Boston, Member
- Political Activities
  - Policy Committee on Immigration, Borders, and Refugees (Sen. Barack Obama, 2008 presidential candidate), Informal Advisor
  - New England Finance Committee for Obama, Member

## PUBLICATIONS

- *"From Stolen Secrets to Safeguarded Source Code: The Importance of Trust in International Outsourcing Ventures,"* New York Intellectual Property Association Bulletin (January/February 2005)

Back to List



FOLEY
HOAG LLP

*Driving Business Advantage*

**People**
**Lawyers**   Specialists   Other Professionals   Management Team



### Diana Jong

Associate
617 832 1186 direct

Diana Jong is an Associate in the firm's Litigation Department working on a broad range of issues including complex environmental matters, trustee compensation, and state appellate procedure.

In addition, Diana maintains an active pro bono practice. Diana represents clients in domestic violence and public housing matters.

Before working at Foley Hoag, Diana worked as a Data Analyst at the Space Telescope Science Institute. She also wrote, briefly, for Space.com and Genome Technology Magazine, and had a long career as a summer camp counselor.

#### BARS AND COURT ADMISSIONS

- Massachusetts
- New York
- U.S. Court of Appeals, First Circuit
- U.S. District Court for the District of Massachusetts

#### PROFESSIONAL / CIVIC INVOLVEMENT

- Boston Bar Association, Member
- Foley Hoag Foundation
- Boston Lawyers Group, Mentor
- Writing Coach, Citizens Schools Eighth Grade Academy

Back to List

**SERVICES**

Litigation

Environmental Compliance

Environmental Litigation

Pro Bono

**HONORS/AWARDS**

BOSTON UNIVERSITY INTERNATIONAL LAW JOURNAL, ARTICLES EDITOR (2006-2007)

**RELATED PROFESSIONAL EXPERIENCE**

Environmental Law (Political Science 201), Boston College

**EDUCATION**

Boston University School of Law, J.D., 2007

New York University, M.A. in Journalism , 2003

Pomona-College, B.A. in Physics, 1999



## FOLEY HOAG LLP

*Driving Business Advantage*

**People**
Lawyers   Specialists   **Other Professionals**   Management Team

**SERVICES**
   Litigation
   International

**HONORS/AWARDS**
Lifetime Associate of
the Watson Institute for
International Studies,
Brown University

**EDUCATION**
   Brown University,
   A.B., *magna cum
   laude*, 2007

**LANGUAGES**
Spanish

## Nicholas Renzler

Paralegal
Washington, D.C.
202 261 7330 direct
202 785 6687 fax

Nick Renzler is a Paralegal in the firm's Litigation Department, working primarily within the International Litigation and International practices. He focuses on state-state disputes in the International Court of Justice, state-investor disputes in various investment dispute arbitrations, and actions brought against foreign sovereigns in US federal courts.

Before joining Foley Hoag, Nick worked as a Paralegal for a small boutique civil rights law firm in Washington, DC. In that position, he provided crucial support to the firm's attorneys in matters ranging from qui tam whistleblower lawsuits to sexual and racial discrimination class action lawsuits.

Nick graduated from Brown University in May 2007. While at Brown, he studied international development and researched civil society's role in shaping multinational trade and integration policies. He also was involved in local and national activism, working to end felony disenfranchisement in Rhode Island and helping to raise awareness about the harmful effects in the U.S. and internationally of the U.S. War on Drugs.
Back to List