UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.T.I. EURO TELECOM
INTERNATIONAL, N.V.,

        Plaintiff,

        v.

REPUBLIC OF BOLIVIA, and
EMPRESA NACIONAL DE
TELECOMUNICACIONES ENTEL, S.A.,

        Defendants.

Case No. 08 Civ. 4247 (LTS)(FM)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

SEP 0 5 2008

## ORDER DIRECTING CLERK AS TO DISPOSITION OF ATTACHED FUNDS

The Court, having issued on July 30, 2008 its Memorandum Opinion and Order (Docket Entry 69) denying plaintiff's motion to confirm the Court's *Ex Parte* Order of Attachment dated May 5, 2008 (Docket Entry 10), and vacating said Order of Attachment, hereby:

(a) directs and orders the Clerk of the United States District Court for the Southern District of New York (Cashier's Office) (hereafter, "Clerk") to issue a United States Treasury check *[handwritten: on or after September 19, 2008]* in the sum of $34,263,617.30, representing the total amounts transferred to the Clerk pursuant to the aforesaid Order of Attachment as shown on the docket of this action (5/21/2008 docket entry, $11,196,944.42, Receipt No. 651880, deposited on 5/19/2008 and placed into CRIS on 5/21/2008; 6/11/2008 docket entry, $7,534,755.59, Receipt No. 653140, deposited on 6/4/2008 and placed into CRIS on 6/12/2008; and 6/17/2008 docket entry, $15,531,917.29, Receipt No. 654219, deposited on 6/16/2008 and placed into CRIS on 6/17/2008), together with the accumulated interest earned thereon from the dates of transfer to the Clerk to the date of said check's

issuance (including such interest as may have been earned thereon while the funds were held at the Court Registry Investment System), made payable to "Empresa Nacional de Telecomunicaciones Entel, S.A;" and

(b) directs and orders the Clerk to deliver said check [on or after September 19, 2008] to Michael Krinsky, Esq. or Eric Lieberman, Esq., of Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. as attorneys for Empresa Nacional de Telecomunicaciones Entel, S.A., defendant in this action, upon either of them requesting same at the office of the Clerk, or by delivering said check to such other attorney of said law firm as may be designated in writing by Michael Krinsky or Eric Lieberman to retrieve said check at the office of the Clerk, for said attorneys to deliver same to Empresa Nacional de Telecomunicaciones Entel, S.A., Attention Joel Flores Carpio in La Paz, Bolivia, at Calle Federico Zuazo No. 171, 4450 La Paz, Bolivia, or for them to deliver same in such other manner as Joel Flores Caprio may direct said attorneys on behalf of Empresa Nacional de Telecomunicaciones Entel, S.A.,

SO ORDERED.

Dated:   New York, New York
         ~~August~~ September 4, 2008

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge