# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
E.T.I. EURO TELECOM INTERNATIONAL
N.V.,                           Plaintiff,
   -V-

REPUBLIC OF BOLIVIA, et.al.,
                    Defendants.
-----------------------------------------------------------X

**08 CIVIL 4247 (LTS)**
JUDGMENT
Pursuant to FRCP 54b

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08

     Whereas, before this Court is plaintiff's motion to reconsideration of the Court's July30, 2008 Order denying plaintiff's motion to confirm the Court's May 5, 2008 order of attachment, vacating said attachment, plaintiff also requests that, in the event plaintiff's motion for reconsideration is denied, the Court enter a final judgment dismissing plaintiff's claims and stay the July30,2008 Order pending appeal, the matter having then come before the Honorable Laura Taylor Swain, United States District Judge, who onSeptember 4, 2008, having issued her Memorandum Opinion and Order pursuant to FRCP 54b, denying defendants' motion to dismiss as moot, denying plaintiff's motion for reconsideration, dismissing plaintiff's claims with prejudice and an Order Directing Clerk as to Disposition of Attached Funds, it is,

     **ORDERED, ADJUDGED AND DECREED,** that for the reasons stated in the Court's Sep04, 2008 Order and pursuant to FRCP 54b, plaintiff's motion for reconsideration is denied, plaintiff's claims are dismissed with prejudice, and an Order Directing the Clerk as to the Disposition of Attached Funds will be entered, and there being no just reason for delay, the Clerk hereby enters judgment dismissing plaintiff's claims and terminating docket entries 56,58 & 70; accordingly, defendants' motions to dismiss the complaint are denied as moot

**DATED: NEW YORK, NY**
     September16, 2008

                                          J. Michael McMahon
                                                      Clerk

                                                  (By) Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____